# CONSTITUTION
## of the



# International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers

Affiliated with the AFL-CIO and CLC



*As revised and adopted
at the 34th Consolidated Convention
held July 21, 2021*

EXHIBIT 2

**INTERNATIONAL PRESIDENTS:**

Lee Johnson ............................................................................. 1893-1897
John McNeil ............................................................................. 1897-1905
George F. Dunn......................................................................... 1905-1908
Joseph A. Franklin ................................................................... 1908-1944
Charles J. MacGowan.............................................................. 1944-1954
William A. Calvin ..................................................................... 1954-1962
Russell K. Berg......................................................................... 1962-1970
Harold J. Buoy ......................................................................... 1970-1983
Charles W. Jones ..................................................................... 1983-2003
Newton B. Jones...................................................................... 2003-

**INTERNATIONAL SECRETARY-TREASURERS:**

William J. Gilthorpe................................................................. 1893-1914
Frank Reinmeyer ..................................................................... 1914-1920
Joseph Flynn ........................................................................... 1920-1926
Charles F. Scott ....................................................................... 1926-1936
William E. Walter..................................................................... 1936-1945
William J. Buckley .................................................................... 1945-1958
Homer E. Patton....................................................................... 1958-1973
Charles F. Moran...................................................................... 1973-1986
Don Whan................................................................................. 1986-1989
Jerry Willburn.......................................................................... 1989-2005
William T. Creeden .................................................................. 2005-

# CONSTITUTION

## of the

## International Brotherhood of

# Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers

### Affiliated with the
American Federation of Labor and Congress of Industrial Organizations (AFL-CIO) and Canadian Labour Congress (CLC)



International Headquarters
10510 N. Ambassador Drive
Kansas City, MO 64153

As revised and adopted at the
34TH CONSOLIDATED CONVENTION
held July 21, 2021



Constitution of the International Brotherhood of
Boilermakers, Iron Ship Builders, Blacksmiths,
Forgers, and Helpers, AFL-CIO, CLC

# Contents

**HISTORICAL** ..............................................................................................................1

**PREAMBLE** ...............................................................................................................7

**ARTICLE 1 – OBJECTIVES AND GOVERNMENT**.................................................8
  1.1 Name and Composition........................................................................................8
  1.2 Purposes and Objectives.....................................................................................8
  1.3 Government...........................................................................................................9
  1.4 Powers of the International Brotherhood..............................................................9
  1.5 Vesting of Powers................................................................................................9
  1.6 Headquarters.......................................................................................................9

**ARTICLE 2 – CONVENTION** ...................................................................................9
  2.1 Place, Time, and Expense....................................................................................9
  2.2 Delegate Representation....................................................................................10
    2.2.1 Local Lodge Voting Strength ......................................................................10
    2.2.2 District Lodge and Industrial Council Representation ................................10
  2.3 Qualifications of Delegates ...............................................................................10
  2.4 Selection of Delegates.......................................................................................11
  2.5 Credentials .......................................................................................................12
  2.6 Transportation and Expenses of Delegates .......................................................12
  2.7 Convention Quorum ..........................................................................................12
  2.8 Authority of Presiding Officer ...........................................................................13
  2.9 Submission of Resolutions by Subordinate Bodies ...........................................13
  2.10 Appointment of Committees and Their Duties..................................................13
    2.10.1 Committees .............................................................................................13
    2.10.2 PreConvention Committees......................................................................13
    2.10.3 Per Diem Allowance.................................................................................14
  2.11 Committee Functions.......................................................................................14
    2.11.1 Constitution and Law...............................................................................14
    2.11.2 Resolutions..............................................................................................14
    2.11.3 Credentials ..............................................................................................14
    2.11.4 Rules........................................................................................................14
    2.11.5 Officers Report .........................................................................................14

      2.11.6 Official Publication ........................................................................14
      2.11.7 Finance .........................................................................................14
   2.12 Tenure of Convention Committees ..........................................................15
   2.13 Order of Business of the International Brotherhood Convention ..................15

**ARTICLE 3 – CONSTITUTION** ...........................................................................15
   3.1 Constitution Supreme Law ......................................................................15
   3.2 How Amended ........................................................................................15
   3.3 Proposals to Amend ...............................................................................15
   3.4 Effective Date .........................................................................................16
   3.5 Corrections ............................................................................................16

**ARTICLE 4 – INTERNATIONAL OFFICERS** ........................................................16
   4.1 Designated Officers ................................................................................16
   4.2 Qualifications of Nominees ......................................................................16
   4.3 Territorial Sections .................................................................................16
   4.4 Nominations, Election, and Installation ....................................................17
      4.4.1 Nominations and Election ................................................................17
      4.4.2 Installation of Officers .....................................................................17
   4.5 Vacancies - How Filled ...........................................................................17
   4.6 Retirement of International Officers ..........................................................18
      4.6.1 Retirement Date ..............................................................................18
      4.6.2 Severance Pay ................................................................................18
   4.7 Outside Employment of Union Officers .....................................................18

**ARTICLE 5 – EXECUTIVE COUNCIL AND DUTIES** ..............................................18
   5.1 Composition ...........................................................................................18
   5.2 General Duties of Executive Council .........................................................18
      5.2.1 Authority to Require Direct Submission of Dues Check-Off ..................20
      5.2.2 Authority to Require Reimbursement of Audit Expenses ......................20
   5.3 Jurisdiction of District and Local Lodges ..................................................20
   5.4 Consolidation of District and Local Lodges and Offices Thereof .................21
      5.4.1 Consolidation of Lodges ..................................................................21
      5.4.2 Consolidation of Offices ..................................................................21
   5.5 Issuance of Local Lodge Charters ............................................................21
   5.6 Minimum Requirements for Maintaining Local Lodge Charters ...................21
   5.7 Grievance Adjustment Procedures ...........................................................22
   5.8 Meetings of Executive Council .................................................................22

**ARTICLE 6 – INTERNATIONAL BOARD OF TRUSTEES AND DUTIES** ...................22
   6.1 Qualifications and Selection ....................................................................22
   6.2 Authority to Hold Title .............................................................................23
   6.3 Management and Control of Funds ...........................................................23
   6.4 Authority to Purchase and Sell Property ...................................................23
   6.5 Majority Action Required .........................................................................23

6.6  Term of Office and Filling Vacancies ......................................................23
6.7  Termination of Responsibility ................................................................24

**ARTICLE 7 – DUTIES OF THE INTERNATIONAL PRESIDENT** ...........................24
7.1  General Duties .......................................................................................24
   7.1.1  Principal Executive and Administrative Officer ............................24
   7.1.2  Appointment of Delegates to Special Conventions .....................25
7.2  Constitutional Interpretations ...............................................................25
7.3  Salary and Expenses ..............................................................................25
7.4  International Representatives .................................................................25
7.5  Direction of Organizational Work and International Representatives .....26
7.6  Employment of Official Auditor .............................................................26
7.7  Presiding Officer and Convention Report ..............................................26
7.8  Financial Assistance ..............................................................................26

**ARTICLE 8 – DUTIES OF INTERNATIONAL VICE PRESIDENTS** ......................27
8.1  General Duties .......................................................................................27
8.2  Salary and Expenses ..............................................................................27

**ARTICLE 9 – DUTIES OF THE INTERNATIONAL SECRETARY-TREASURER** ...............27
9.1  General Duties .......................................................................................27
9.2  Supplies .................................................................................................28
9.3  Keeping of Accounts ..............................................................................28
9.4  Salary and Expenses ..............................................................................28
9.5  Accounting Requirement ........................................................................29

**ARTICLE 10 – OFFICIAL PUBLICATION** .......................................................29

**ARTICLE 11 – ESTABLISHED JURISDICTION OF THE TRADE** ........................29

**ARTICLE 12 – REVENUE** .............................................................................34
12.1  Sources .................................................................................................34
12.2  Taxes and Fees ......................................................................................35
   12.2.1  Schedule of Taxes and Fees .....................................................35
   12.2.2  Annual Adjustment ..................................................................35
   12.2.3  Contingency Increase ..............................................................35
12.3  Payments to International Secretary-Treasurer ......................................36

**ARTICLE 13 – BONDING** .............................................................................36
13.1  Requirement .........................................................................................36
13.2  Amount of Bond ...................................................................................36
13.3  Release from Bond ...............................................................................36

**ARTICLE 14 – DISTRIBUTION OF REVENUE** ................................................36
14.1  Distribution ..........................................................................................36

**ARTICLE 15 – DEATH BENEFIT** ..........................................................................37
15.1  Coverage ..................................................................................................37
15.2  Method of Funding Payments .................................................................37
15.3  Definitions ...............................................................................................37
15.4  Notice of Death .......................................................................................37
15.5  Beneficiaries ............................................................................................38
15.6  Funeral and Burial Expense ...................................................................38

**ARTICLE 16 – STRIKES AND STRIKE BENEFITS** .............................................38
16.1  Strike Vote ...............................................................................................38
16.2  Strike Benefits .........................................................................................39
16.3  Conditions for Payment of Strike Benefits ............................................39
 16.3.1  Authorization ................................................................................39
 16.3.2  Subordinate Body Reporting Requirements ...............................39
 16.3.3  Investigation by International ......................................................40
 16.3.4  Eligibility for Benefit ....................................................................40
16.4  Duties of Lodges Receiving Strike or Victimization Benefits ...............40
16.5  Termination of Strike Benefits ...............................................................41
16.6  Lockout or Victimization Benefits ..........................................................42
16.7  Limitation of Responsibility of International Brotherhood ...................42

**ARTICLE 17 – DISCIPLINARY PROCEEDINGS, TRIALS, AND APPEALS** .......42
17.1  Offenses ...................................................................................................42
17.2  Charges and Notice of Trial ....................................................................44
 17.2.1  Charges ..........................................................................................44
 17.2.2  Notice of Trial ...............................................................................44
 17.2.3  Dismissal of Charges ....................................................................45
17.3  Trial Bodies .............................................................................................45
 17.3.1  Local Lodge Jurisdiction ..............................................................45
 17.3.2  Executive Council Jurisdiction .....................................................46
17.4  Trial Procedure .......................................................................................46
 17.4.1  Conduct of Hearing ......................................................................46
 17.4.2  Minutes of Proceedings ...............................................................46
 17.4.3  Representation and Cross Examination .......................................46
 17.4.4  Decision of Trial Body ..................................................................47
17.5  Penalties ..................................................................................................47
 17.5.1  Types of Penalties ........................................................................47
 17.5.2  Notification ...................................................................................47
 17.5.3  Removal from Premises ................................................................47
17.6  Appeals ....................................................................................................47
 17.6.1  Written Appeal to Executive Council ...........................................47
 17.6.2  Disposal of Appeal .......................................................................48
 17.6.3  Decisions Involving an International Officer ................................48

**ARTICLE 18 – TRUSTEESHIPS** ...............................................................................48
  18.1  Authority For................................................................................................48
  18.2  Administration of Trusteeship.....................................................................48
  18.3  Emergency Power of the International President..........................................49

**ARTICLE 19 – DIVISIONS AND COUNCILS**..............................................................50
  19.1  Divisions......................................................................................................50
    19.1.1  Ship Building and Marine......................................................................50
    19.1.2  Construction..........................................................................................50
    19.1.3  Industrial Plants or Shops.....................................................................50
  19.2  Industry Councils.........................................................................................50
    19.2.1  Establishment and Affiliation ...............................................................50
    19.2.2  Council Function ...................................................................................51
    19.2.3  Collective Bargaining............................................................................51
  19.3  Industrial Councils ......................................................................................51
    19.3.1  Establishment and Affiliation ...............................................................51
    19.3.2  By-Laws.................................................................................................51

**ARTICLE 20 – CONSTRUCTION SECTOR OPERATIONS DIVISION**..............................52
  20.1  Establishment and Function .......................................................................52
    20.1.1  Establishment .......................................................................................52
    20.1.2  Function ................................................................................................52
  20.2  Administration and Conferences.................................................................52
    20.2.1  Administration ......................................................................................52
    20.2.2  Conferences...........................................................................................53
  20.3  Revenue ......................................................................................................53
    20.3.1  Construction Division Fund ..................................................................53
    20.3.2  Construction Division Field Dues Assessment .......................................53
    20.3.3  Lodge/District Field Dues Assessment ..................................................53
    20.3.4  Combined Minimum Field Dues Assessment..........................................53
    20.3.5  Transmission of Field Dues Assessment..................................................53
    20.3.6  Minimum Cash Reserve and Annual Adjustment.....................................54
      20.3.6.1  Suspension of Field Dues Caps and/or Escalator Formulas.............54
      20.3.6.2  Minimum Cash Reserve ..........................................................................54
      20.3.6.3  Annual Adjustment..................................................................................54
      20.3.6.4  Maximum Dues Increase .........................................................................54
      20.3.6.5  Dues Decreases ........................................................................................54
      20.3.6.6  Authority to Change Field Dues Assessment ......................................54
    20.3.7  Emergency Field Dues Assessment Authority..........................................55
      20.3.7.1  Emergency Field Dues Assessment to Construction Division.........55
      20.3.7.2  Emergency Field Dues Assessment to Lodge/District.....................55
  20.4  National Transient Division ........................................................................55
    20.4.1  Establishment and Function ..................................................................55
    20.4.2  Administration and Representatives.........................................................55
      20.4.2.1  Administration.........................................................................................55

20.4.2.2  Representatives.........................................................55
20.4.3  Revenue..........................................................................56
20.4.3.1  National Transient Division Fund...............................56
20.4.3.2  Field Dues Assessment .............................................56
20.4.3.3  Use of Funds..............................................................56

**ARTICLE 21 – INDUSTRIAL SECTOR OPERATIONS DIVISION**.........................................56
21.1  Establishment and Function ...............................................56
21.1.1  Establishment ...............................................................56
21.1.2  Function .........................................................................56
21.2  Administration and Conferences.........................................57
21.2.1  Administration ..............................................................57
21.2.2  Conferences...................................................................57
21.3  Revenue ...............................................................................57
21.3.1  Industrial Sector Operations Fund...............................57
21.3.2  Industrial Sector Operations Division Dues ................57
21.3.3  Transmission of Division Dues Assessment ................58
21.4  Railroad Division.................................................................58
21.4.1  Establishment ...............................................................58
21.4.2  Revenue/Industrial Sector Operations Division Dues.....58
21.5  Cement, Lime, Gypsum, and Allied Workers Division .........58
21.5.1  Establishment ...............................................................58
21.5.2  Revenue..........................................................................58
21.5.2.1  Dues and Per Capita Tax ...........................................58
21.5.2.2  Industrial Sector Operations Division Dues and Per Capita Tax......58
21.5.2.3  Per Capita Tax for Canadian District Lodges ..........59
21.6  Annual Report......................................................................59
21.7  Temporary Severance Status ..............................................59
21.7.1  Special Situations..........................................................59
21.7.2  Rights of Members on a Temporary Severance Status...........59
21.7.3  Deposit of Temporary Severance Status ......................59
21.7.4  Duration of Temporary Severance Status.....................60

**ARTICLE 22 – DISTRICT LODGES**.........................................................60
22.1  Formation.............................................................................60
22.2  Charter and Jurisdiction ......................................................60
22.3  Purposes..............................................................................60
22.4  Government and Meetings....................................................61
22.4.1  District Lodges ..............................................................61
22.4.2  Term of Office - United States......................................61
22.4.3  Term of Office - Canada ...............................................61
22.5  Representation and Establishment of By-Laws....................61
22.6  Officers.................................................................................62
22.6.1  Mandatory Officers .......................................................62
22.6.2  Designated Title ............................................................62

22.7   Revenue .............................................................................................................62
22.8   Reporting ...........................................................................................................63

**ARTICLE 23 – LOCAL LODGES** ...............................................................................63
23.1   Formation ..........................................................................................................63
23.2   Local Lodge By-Laws  Duty to Adopt ................................................................63
23.3   Procedure for Adoption or Amendment of Local Lodge By-Laws .................63
    23.3.1   Opening for Amendment.........................................................................63
    23.3.2   Monetary Amendments ...........................................................................63
    23.3.3   All Other Amendments.............................................................................64
        23.3.3.1   Appointment of Committees .....................................................64
        23.3.3.2   Notice of Amendment or Adoption ...........................................64
        23.3.3.3   Secret Ballot................................................................................64
    23.3.4   Approval by International President .........................................................65
    23.3.5   Availability to Membership ......................................................................65
23.4   Local Lodge Officers and Their Duties..............................................................65
23.5   Duties of the President......................................................................................65
23.6   Duties of the Vice President..............................................................................66
23.7   Duties of the Secretary-Treasurer....................................................................66
    23.7.1   General Duties..........................................................................................66
    23.7.2   Availability of Records .............................................................................67
    23.7.3   Maintenance of Records...........................................................................67
    23.7.4   Retention of Records................................................................................67
    23.7.5   Distribution of Campaign Literature .......................................................68
    23.7.6   Retention of Requests for Distribution of Campaign Literature..............68
23.8   Duties of the Recording Secretary....................................................................68
23.9   Duties of the Board of Trustees ........................................................................68
23.10  Duties of the Business Manager........................................................................69
23.11  Duties of the Inspector......................................................................................69
23.12  Local Lodge Executive Boards ..........................................................................69
23.13  Relinquishing Office...........................................................................................70

**ARTICLE 24 – MEMBERSHIP** ..................................................................................70
24.1   Qualifications ....................................................................................................70
24.2   Application .........................................................................................................70
24.3   Change of Classification ...................................................................................71
24.4   Apprenticeship ..................................................................................................71
24.5   Termination of Membership Rights...................................................................71
24.6   Modification of Membership Rights ..................................................................71

**ARTICLE 25 – NOMINATION AND ELECTION OF LOCAL LODGE OFFICERS** ................71
25.1   Nominations ......................................................................................................71
25.2   Time of Election .................................................................................................72
25.3   Member's Rights and Notification .....................................................................72
25.4   Eligibility for Local Lodge Officers....................................................................72

25.4.1 Requirements.......................................................................72
25.4.2 Apprentices and Trainees..................................................73
25.4.3 Transferred Members.........................................................73
25.4.4 Acceptance of Nomination ...............................................73
25.4.5 Eligibility...............................................................................73
25.5 Objections.......................................................................................74
25.6 Eligibility to Vote..........................................................................74
25.7 Conduct of Election......................................................................74
25.7.1 Secret Ballot Election ........................................................74
25.7.2 Observers ..............................................................................75
25.7.3 Election Committee ............................................................75
25.7.4 Certification of Results ......................................................75
25.8 Challenges and Objections.........................................................75
25.8.1 Challenges.............................................................................75
25.8.2 Objections..............................................................................76
25.9 Term of Office................................................................................76
25.9.1 United States ........................................................................76
25.9.2 Canada ...................................................................................77
25.10 Use of Lodge Funds in Election ..............................................77
25.11 Distribution of Campaign Literature......................................77
25.12 Preservation of Election Records...........................................77
25.13 Installation of Officers...............................................................77
25.14 Absence from Meetings.............................................................78
25.15 Equal Rights..................................................................................78
25.16 Filling of Vacancies.....................................................................78

**ARTICLE 26 – SHOP COMMITTEE'S AND SHOP STEWARD'S
                DUTIES AND AUTHORITY** ............................................................78
26.1 Appointment..................................................................................78
26.2 Function and Responsibility .......................................................78
26.2.1 Function .................................................................................78
26.2.2 Responsibility........................................................................78

**ARTICLE 27 – MEETINGS OF LOCAL LODGES** ........................................................79
27.1 Time ................................................................................................79
27.2 Membership Rights.......................................................................79
27.2.1 Members in Good Standing and Exceptions....................79
27.2.1.1 Supervisors.........................................................79
27.2.1.2 Employed Outside the Trade ...........................79
27.2.1.3 Retirees................................................................79
27.2.1.4 Visiting Members ..............................................80
27.2.2 International Officers and Representatives......................80
27.3 Constitutional Quorum................................................................80
27.4 Visiting Members Identification ................................................80
27.5 Limitation on Speaking................................................................80

**ARTICLE 28 – INITIATION FEES AND DUES** ..............................................................81
  28.1  Initiation Fees...............................................................................................81
    28.1.1  Limitations.............................................................................................81
    28.1.2  Special Dispensations ........................................................................81
    28.1.3  Reciprocal Agreements .......................................................................81
    28.1.4  Difference in Initiation Fees................................................................81
    28.1.5  Deviations.............................................................................................81
  28.2  Dues .............................................................................................................82
    28.2.1  When Payable .......................................................................................82
    28.2.2  Annual Increases ..................................................................................82
    28.2.3  Eligibility for Financial Assistance ....................................................82
    28.2.4  Deviations .............................................................................................82
  28.3  Service Charges ...........................................................................................82
    28.3.1  Permit Fees Prohibited........................................................................82
    28.3.2  Non-Member Per Capita Tax...............................................................83

**ARTICLE 29 – SUSPENSION AND REINSTATEMENTS** ...........................................83
  29.1  Suspension for Non-Payments ...................................................................83
  29.2  Reinstatement of Members Suspended for Non-Payments......................83
  29.3  Reinstatement of Expelled or Other Suspended Members .......................84

**ARTICLE 30 – TRAVELING CARDS** ...........................................................................84
  30.1  Issuance of Traveling Cards ........................................................................84
  30.2  Deposit of Traveling Cards ..........................................................................85
  30.3  Return of Traveling Card ..............................................................................85
  30.4  Maintenance of Membership .......................................................................85
  30.5  Reciprocal Agreements ................................................................................85

**ARTICLE 31 – TRANSFER OF MEMBERSHIP** ..........................................................86
  31.1  Requirements ...............................................................................................86
    31.1.1  Application for Transfer of Membership .............................................86
    31.1.2  Automatic Acceptance of Application.................................................86
    31.1.3  Required Transfer.................................................................................86
    31.1.4  Eligibility for Transfer Card .................................................................86
  31.2  Notification of International Secretary-Treasurer .......................................86

**ARTICLE 32 – WITHDRAWAL, SERVICE, AND RETIREMENT CARDS**.....................87
  32.1  Issuance of Withdrawal Cards .....................................................................87
  32.2  Deposit of Withdrawal Cards .......................................................................87
    32.2.1  Deposit/Revocation of Withdrawal Card ............................................87
    32.2.2  Monies Payable Upon Deposit of Withdrawal Card...........................87
    32.2.3  Per Capita Remittal to International Secretary-Treasurer .................88
    32.2.4  Dues Receipt .......................................................................................88
  32.3  Issuance of Service Cards ...........................................................................88
  32.4  Deposit of Service Cards .............................................................................88
  32.5  Retired Member's Card ................................................................................89

**ARTICLE 33 – SALARY ADJUSTMENTS** ............................................................................89

**ARTICLE 34 – MISCELLANEOUS** .....................................................................................89
    34.1  Use of Funds.............................................................................................................89
    34.2  Title to Funds and Property ....................................................................................90
    34.3  Filing of Agreements...............................................................................................90
    34.4  Recognition of Membership ....................................................................................90
    34.5  Affiliation Requirements..........................................................................................91
    34.6  Use of Official Stationery ........................................................................................91
    34.7  Litigation Responsibility ..........................................................................................91
        34.7.1  Subordinate Body .........................................................................................91
        34.7.2  International Union ........................................................................................91
    34.8  Ritual .......................................................................................................................91
    34.9  Agency for Service of Process.................................................................................91
    34.10  Duty to Pay Financial Obligations.........................................................................92
    34.11  Religious Discussions.............................................................................................92
    34.12  Rules of Order ........................................................................................................92
    34.13  Savings Clause .......................................................................................................92

## HISTORICAL

The International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers, and Helpers was born on September 1, 1893. On that day, at a meeting in Chicago, representatives from the International Brotherhood of Boiler Makers and Iron Shipbuilders, which had been organized on October 1, 1880, and the National Brotherhood of Boiler Makers, which had been formed in Atlanta in May of 1888, resolved to consolidate their organizations. It was decided that William Lee Andrew Johnson, who had served as President of the National Brotherhood, and William J. Gilthorpe, who had been Secretary-Treasurer of the International Brotherhood, would retain these positions in the new organization, and that International Brotherhood President Andrew Kier and National Brotherhood Secretary-Treasurer Raymond Garcia would step aside. It was further agreed that the new organization, to be known as the Brotherhood of Boiler Makers and Iron Shipbuilders of America, would make its headquarters in Kansas City, Kansas.

Two-and-one-half years later, on June 9, 1896, the Brotherhood affiliated with the American Federation of Labor.

In subsequent years, the Brotherhood continued to grow, and in 1902, under the guidance of President John McNeil, who had succeeded President Johnson after his retirement in May 1897, the Helpers Division was formed. Because helpers were barred from sitting in the lodge room with mechanics, this new division had its own local unions and was entirely separate from the Boiler Makers. This would change a decade later when the Helpers Division would be consolidated with the Mechanics Division.

In March 1906, at a special Convention in Kansas City overseen by President George F. Dunn, who had replaced President McNeil in February 1905, the name of the union was changed to the International Brotherhood of Boilermakers, Iron Shipbuilders, and Helpers of America in order to incorporate the newest division. Also at this time, the term "Boiler Makers" was condensed into one word: Boilermakers.

At the 8th Consolidated Convention, held in St. Paul in 1908, three major decisions were made. First, the Helpers Division was granted International vice-presidential representation with the election of John H. Dohney of the Western Division and John F. Schmitt of the Eastern Division. Second, N. W. Quesnel was elected to serve as the first Canadian International Vice President. Finally, with his election, Joseph A. Franklin began his long, and at times tumultuous, tenure as International President. With the exception of a 10-month period — from November 20, 1929, when he was relieved of his duties by the International Executive Council and replaced by Assistant International President William Atkinson, to September 1930, when he was re-elected by the delegates at the 15th Consolidated Convention — J. A. Franklin held the position of International President until his 1944 retirement at the 17th Consolidated Convention.

1

During his presidency, Franklin oversaw many changes in the organization. He served with five different Secretary-Treasurers including William J. Gilthorpe, who retired in 1914 with over 19 years of service, Frank Reinmeyer (1914-1920), Joseph Flynn (1920-1926), Charles F. Scott (1926-1936), and William E. Walter (1936-1945). In addition, President Franklin affiliated the Boilermakers with the National Building Trades Department of the American Federation of Labor in February 1931. Most impressive, though, is the tremendous membership growth that occurred during Franklin's presidency. At the turn of the century, total membership stood at about 8,500, but by Franklin's retirement, due in part to dramatic increases in the shipbuilding, railroad, and fabrication shop industries during World War II, the Boilermakers numbered over 350,000.

After Franklin's retirement in 1944, Charles MacGowan was elected to serve as International President by the delegates of the 17th Consolidated Convention. About a year later in 1945, International Secretary-Treasurer Walter passed away and the International Executive Council elected William J. Buckley to the office.

Under the direction of these two men, the Boilermakers continued to progress. On January 22, 1948, construction of the New Brotherhood Building began, and in September 1949, International headquarters moved to its current location — the fifth floor of the new building.

Five years later, International President MacGowan and International Secretary-Treasurer Buckley presided over the Boilermakers' 19th Consolidated Convention in Minneapolis, which merged their organization with the International Brotherhood of Blacksmiths, Drop Forgers, and Helpers. The International Brotherhood of Blacksmiths was organized in 1889, and added Helpers to both their membership and their name in 1901. A 1919 merger with the Brotherhood of Drop Forgers created the union that, on June 29, 1953, merged with the Boilermakers to form the International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers, and Helpers. A year later, a new International seal was adopted to include all crafts.

In 1954, International President MacGowan retired and the International Executive Council elected William Calvin as his replacement. President Calvin served until his death on January 27, 1962, whereupon International Vice President Russell K. Berg was elected by the International Executive Council to succeed him.

During President Calvin's term, several important services were created by the Boilermakers union: the Boilermaker National Health and Welfare Fund (Oct. 1, 1954); the Boilermakers National Joint Apprenticeship Fund (Nov. 9, 1959); and the Boilermaker-Blacksmith National Pension Trust (Oct. 1, 1960).

In 1958, International Secretary-Treasurer Buckley died and the International Executive Council elected International Vice President Homer E. Patton as the new International Secretary-Treasurer.

2

At the 24th Consolidated Convention in August 1973, International President Harold J. Buoy, who had been promoted from his position of Special Assistant to the International President upon the retirement of R. K. Berg in 1970, and International Secretary-Treasurer Charles F. Moran, who had replaced Homer Patton after his retirement on March 31, 1973, were each elected to a four-year term.

At the 25th Consolidated Convention in Vancouver, British Columbia, an International Executive Council sub-committee, led by Southeast International Vice President Charles W. Jones, proposed the establishment of a Construction Division at International headquarters to service members with employment in or related to the construction industry. After extensive debate, delegates to this 1977 convention voted by majority action to establish a Construction Division at International headquarters.

In 1983, Harold Buoy retired and International Vice President Charles W. Jones was elected International President by the International Executive Council.

The next year, on March 15, 1984, the delegates to the Special Merger Convention of the United Cement, Lime, Gypsum, and Allied Workers International Union (CLGAW) voted to merge with the International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers, and Helpers. The merger of the CLGAW, and its 10,000 members (which dominated the building products and supplies industry) with the Boilermakers union, forged an organization with a greater ability to provide services to its members, and set the stage for the next Boilermaker convention.

Almost two-and-one-half years later, in August 1986, delegates met at the 27th Consolidated Convention in Hollywood, Florida. After spirited debate and internal division, International President Jones and International Secretary-Treasurer Don Whan, a Canadian International Vice President who had been chosen to succeed International Secretary-Treasurer Moran after his retirement earlier in the year, were re-elected to their respective positions.

After the 27th Convention, political and ideological differences within the organization calmed, though those who lost their bid for higher office and control of the union did lure a few thousand members into an independent group called the Independent Workers of North America. This outfit, headed by the former president of the CLGAW and a former Boilermaker Vice President, ultimately failed, and the members were absorbed by the Papermakers, an AFL-CIO affiliate.

Five years after the 27th Consolidated Convention, political wounds had healed and the Boilermakers were once again a unified body. The 28th Consolidated Convention was held in Las Vegas, Nevada, in August 1991. International President Charles W. Jones and International Secretary-Treasurer Jerry Z. Willburn, a director of the National Transient Division who had been elected to succeed International Secretary-Treasurer Whan after his retirement on April 1, 1989, were unanimously re-elected along with the entire International Executive Council.

Having completed the 28th Consolidated Convention as a unified Brotherhood, International President Charles W. Jones began to seek out compatible merger partners. In July 1993, contact was made with the Stove, Furnace, and Allied Appliance Workers International Union — a skilled trade union that was organized in 1891. Discussions ensued and a merger of the two Brotherhoods was consummated October 1, 1994. The Stove Workers, with 5,800 members, became a division of the International Brotherhood known as the Stove, Furnace, Energy, and Allied Appliance Workers Division. The word energy was added to give special recognition to the coal miners within that division. The division's members are employed primarily in the manufacturing of stoves and various types of appliances.

Merger talks were also being carried out with an independent union known as the Western Energy Workers. This one-local union, formed in 1978 with members employed in the coal strip pits, signed a merger agreement with the Boilermakers effective December 1, 1994.

In August 1996, the 29th Consolidated Convention was held in Las Vegas, Nevada. International President Charles W. Jones and International Secretary-Treasurer Jerry Z. Willburn were unanimously re-elected. All members of the International Executive Council were also re-elected.

Shortly thereafter, ongoing merger discussions culminated in an agreement with the Metal Polishers, Buffers, Platers, and Allied Workers International Union. This union was also an old line, skilled trade union that was organized in 1892. Effective October 12, 1996, this merger brought 4,000 new members, who are employed primarily in plating and polishing shops within the United States and Canada.

Upon his retirement in 2003, International President Charles W. Jones was succeeded by Newton B. Jones. Two years later, in 2005, International Secretary-Treasurer Jerry Z. Willburn retired and was succeeded by William T. Creeden.

Delegates to the 31st Consolidated Convention in July 2006 re-elected International President Newton B. Jones and International Secretary-Treasurer William T. Creeden to their first full five-year terms and returned all incumbent International Vice Presidents to office.

With the goal of reducing expenses, delegates granted authority to the International Executive Council to decrease the number of International officers (set at 11 going into the convention) through attrition. In addition, the International Executive Council was granted authority, upon the recommendation of the International President, to realign territorial sections and the administration of the divisions, and to consolidate or redistribute the duties among other officer positions in conjunction with any office elimination.

At the 32nd Consolidated Convention in July 2011, delegates re-elected all International officers by acclamation. The officers ran as a slate that included International President Newton B. Jones, International Secretary-Treasurer William T. Creeden, and International Vice Presidents Larry McManamon,

4

Joseph Maloney, Edward Power, J. Tom Baca, Warren Fairley, James Pressley, and D. David Haggerty.

Delegates to the 2011 convention also approved substantial structural changes to the Brotherhood that included establishing a Construction Sector Operations (CSO) Division and an Industrial Sector Operations (ISO) Division. The purpose of the CSO Division is to service members who have an employment relationship in the Construction Sector. It comprises the Construction Sector Division, the National Transient Division, the Quality Control Council, and all other construction industries.

The purpose of the ISO Division is to service members who have an employment relationship within the Industrial Sector. It comprises the Cement, Lime, Gypsum, and Allied Workers (CLGAW) Division; the Shipbuilding and Marine Division; the Railroad Division; the Stove, Furnace, Energy, and Allied Appliance Workers (SFEAW) Division; and members engaged in manufacturing, including boiler manufacturing; blacksmithing; forging; and all other non-construction industries.

At the 33rd Consolidated Convention in Las Vegas July 18-21, 2016, del-egates reelected all incumbent International Officers, including International President Newton B. Jones, International Secretary-Treasurer William T. Creeden, and International Vice Presidents Larry McManamon, Joseph Maloney, J. Tom Baca, Warren Fairley, and D. David Haggerty. The offices of International President, International Secretary-Treasurer, International Vice President-Canada, and International Vice President-Northeast were contested, but all incumbents retained their positions by wide margins. Incumbents holding the offices of International Vice President in the Great Lakes, Western States and Southeast Sections were returned to office by acclamation.

Between the 32nd and 33rd Consolidated Conventions, two International Vice Presidents retired: Ed Power (Eastern Canada) and James Pressley (IVP-at-Large, Industrial Sector Operations). Consistent with the authority granted to the International Executive Council by delegates to the 31st Consolidated Convention, the IEC voted to reduce both of those positions through attrition. The Council also approved realigning the territorial sections of Canada so that Joseph Maloney became the International Vice President for all of Canada.

In 2018, the Brotherhood Building at 753 State Avenue in Kansas City, Kansas, was sold and a building near the Kansas City, Missouri, airport was purchased to become the new headquarters for the organization. Work was begun to prepare the building for occupancy.

In 2019, International President Newton B. Jones launched the M.O.R.E. Work Investment Fund, a unique strategy to increase the union's Marketing, Organizing, Recruitment and Employment efforts. The strategy was built upon a highly successful Boilermaker initiative in the Western States that brought millions of new man-hours to the union in the petroleum refining

5

industry. The M.O.R.E. Work program expanded upon that initiative with the aim of bringing more work opportunities across all Boilermaker construction sector jurisdictions while strengthening the union's pension and health and welfare funds. The M.O.R.E. Work program soon proved its effectiveness, with an estimated 1,000% return on investment for members and the union.

Early 2020, however, ushered in unprecedented times as the COVID-19 coronavirus pandemic swept the globe. As the world grappled with a new and highly contagious disease, nearly all gatherings and travel halted, and many workplaces were shuttered at least temporarily, if not permanently. During this period, leadership deftly navigated the union through challenging financial times.

The pandemic also brought new developments in digital communication, as well as virtual meeting and work environments, which made it possible for the Boilermakers union to conduct its 34th Consolidated Convention virtually in 2021. Broadcasting from a studio in Virginia, a special digital platform allowed delegates to securely log in, view and participate in convention proceedings. During the convention, delegates re-elected all incumbent International Officers, including International President Newton B. Jones, International Secretary-Treasurer William T. Creeden, and International Vice Presidents Larry McManamon, J. Tom Baca, Warren Fairley, and John Fultz, uncontested and by acclamation. The office of International Vice President-Canada was contested, but Arnie Stadnick, who had been elected to the position by the International Executive Council after the retirement of Joseph Maloney in 2019, won by a wide margin.

# PREAMBLE

In a representative democracy the economic guarantee of liberty, the natural right of those who toil to enjoy with their families the products of their labor, is uniquely essential to the welfare of a people.

In an organic unity, social justice demands recognition of this inalienable right. An organization that draws workers together, affording mutual assistance in securing just wages, reasonable hours and favorable conditions of employment, requires recognition of this natural propensity of man to live in society; cooperation, friendliness, and good understanding demand the forthright acceptance of duties among workers and mutual responsibilities between them and their employers.

Therefore, in furtherance of the ultimate purpose of social justice, cooperation, and good understanding and in order to assist our fellow craftsmen to continue their advancement, we have organized this International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers, and have adopted this body of law as its International Constitution.

# ARTICLE 1

## OBJECTIVES AND GOVERNMENT

### 1.1 – Name and Composition

1 The name of this organization shall be the International Brotherhood
2 of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers,
3 which shall be composed of the International Brotherhood, including
4 District Lodges, Local Lodges, and Industrial Councils, together with
5 all other subordinate bodies properly chartered by the International
6 Brotherhood. The International Executive Council may alter or amend
7 the name of this organization at any time to facilitate a merger with
8 another compatible union. This International Brotherhood shall not be
9 dissolved while there are seven (7) Local Lodges in good standing.

### 1.2 – Purposes and Objectives

1 This organization is founded on the principle that in a democracy,
2 good unionism is good citizenship. The purposes of this International
3 Brotherhood are to implement the exercise of the natural right of work-
4 ers to organize that they may more securely work with dignity; to estab-
5 lish the contentment of freedom and security; to enable its members to
6 participate actively in self-government; to unite into one International
7 Brotherhood all workers eligible for membership, regardless of reli-
8 gion, race, creed, color, national origin, age, or sex; to secure improved
9 wages, hours, working conditions, and other economic advantages
10 for the members through collective bargaining, through advance-
11 ment of our standing in the community and in the labor movement,
12 and through other lawful methods; to provide educational advance-
13 ment and training for officers, employees, and members; to safeguard
14 and promote the principle of free collective bargaining, the rights of
15 workers, farmers, and consumers, and the security and welfare of all
16 the people by political, educational, and other community activity; to
17 protect and strengthen our democratic institutions and preserve and
18 perpetuate the cherished traditions of democracy; to protect and pre-
19 serve the union as an institution and in the performance of its legal and
20 contractual obligations.

21 It is recognized that the problems with which this International
22 Brotherhood is accustomed to deal are not limited to organization
23 and collective bargaining alone, but encompass a broad spectrum of
24 economic and social objectives as set forth above and as the union may
25 determine from time to time; we, therefore, determine and assert that
26 the participation of this International Brotherhood, individually and
27 with other organizations, in the pursuit and attainment of the objectives
28 set forth herein are for the sole benefit of the organization and
29 its members.

8

30    This International Brotherhood will strive through collective
31  bargaining for immediate objectives, such as reasonable standard
32  of working conditions and hours, just compensation for work done,
33  and an annual family living wage commensurate with our modern
34  society. We seek the cooperation of other progressive, constructive, and
35  intelligent combinations of workers for the attainment of these ends.

36    Thus, by our mutual efforts, and with due regard for the rights of
37  employers and concern for the public interest, there will accrue to the
38  members of this International Brotherhood and those similarly situated,
39  increased benefits and sufficient leisure time to pursue civic, cultural,
40  spiritual, and other beneficial activities.

### 1.3 – Government

1    The International Brotherhood, when assembled in Convention, shall
2  be the highest tribunal of this International Brotherhood and shall have
3  full jurisdiction over the International Brotherhood and all District and
4  Local Lodges and other subordinate bodies.

### 1.4 – Powers of the International Brotherhood

1    The powers of this International Brotherhood while in Convention
2  session shall be legislative, executive, and judicial.

### 1.5 – Vesting of Powers

1    When the International Brotherhood is not in Convention session, its
2  executive and judicial powers only shall be vested in an International
3  Executive Council, hereinafter called the "Executive Council."

### 1.6 – Headquarters

1    The permanent headquarters of the International Brotherhood shall
2  be in Kansas, except that the International President and the Executive
3  Council are authorized and empowered, if they deem such action neces-
4  sary and to the best interests of the International Brotherhood, to trans-
5  fer the permanent headquarters of the International Brotherhood.

## ARTICLE 2

### CONVENTION

#### 2.1 – Place, Time, and Expense

1    The next Convention of this International Brotherhood shall be held
2  in 2026, at a time and in a city to be determined by the Executive Coun-
3  cil. The defraying of all legitimate operating expenses, transportation
4  expenses, Convention allowances and expenses, including, but not lim-
5  ited to, Convention gifts and mementos; social functions and Conven-
6  tion banquets, luncheons, and receptions; and entertainment of dele-
7  gates, delegates' family members, and invited guests of the Convention,

9

8  shall be borne by the General Fund, and the arrangements therefor shall
9  be made by the Executive Council. Should the General Fund be inad-
10  equate to defray all Convention expenses, such shall continue to be paid
11  from other International union funds as determined by the International
12  President and approved by the Executive Council.

## 2.2 – Delegate Representation

### 2.2.1 – Local Lodge Voting Strength

1  Total number of votes each Local Lodge of the International Brother-
2  hood will be eligible to cast shall be on the following basis: one (1) vote
3  for each member in good standing. Any one delegate may cast the full
4  vote of that delegate's Local Lodge. Not more than seven (7) delegates
5  shall be seated from any Local Lodge. The number of votes allotted
6  to each Local Lodge shall be on the basis of the membership as shown
7  to be in good standing as of the March report preceding the Convention,
8  and no delegate shall be seated unless such report has been filed with
9  the International Secretary-Treasurer on or before May 31st of such
10  Convention year. There shall be no deviation from the foregoing stated
11  months without prior approval of the Executive Council. Only Lodges
12  instituted prior to June 1 preceding the Convention shall be entitled
13  to representation. Any delegate whose Lodge is two (2) full months in
14  arrears for Per Capita Tax, or other charges, shall not be seated in
15  the Convention.

### 2.2.2 – District Lodge and Industrial Council Representation

16  Representation from District Lodges and Industrial Councils of the
17  International Brotherhood shall be on the following basis: The District
18  and Council officers designated herein shall attend the International
19  Brotherhood Convention with expenses paid in accordance with Article
20  2.6: Marine District Lodges — Executive Secretary or elected alternate;
21  other District Lodges — District Representative (or equivalent) or elect-
22  ed alternate; Industrial Councils — Industrial Council Representative
23  or elected alternate. They shall have voice and one (1) vote each in the
24  proceedings of the Convention except that they shall not be entitled to
25  vote in the election of International Officers. Each District Lodge and
26  Industrial Council shall be entitled to elect up to six (6) additional del-
27  egates. Such additional delegates shall be seated with all rights of other
28  delegates, but in no event shall the District Lodge or Industrial Council
29  be entitled to more than one (1) vote.

## 2.3 – Qualifications of Delegates

1  To be eligible for nomination and election as a delegate to the Inter-
2  national Convention, a member shall be:

10

3     **2.3.1.** Actively working under the jurisdiction of the International
4 Brotherhood or actively seeking and available for work under the
5 jurisdiction of the International Brotherhood for at least twelve (12)
6 months immediately prior to nomination date, or a full-time salaried
7 officer or representative of the International Brotherhood or of a
8 subordinate body thereof, or of the AFL-CIO, CLC, or any department
9 thereof, or is on authorized leave of absence from any such position;

10     **2.3.2.** Free from delinquency of every nature to the International
11 Brotherhood;

12     **2.3.3.** In continuous good standing in the International Brotherhood
13 and the Local Lodge from which the member is elected a delegate for a
14 period of at least two (2) years immediately prior to the time of nomination,
15 excepting at date of nominations in Lodges chartered less than two (2)
16 years there shall be no length of membership eligibility requirements,
17 except as provided in Article 2.2.1; members of consolidated Lodges
18 and members directed by the International President to transfer their
19 membership;

20     **2.3.4.** Shall have attended regular meetings of the Lodge as required
21 by approved Local Lodge By-Laws to establish eligibility, and;

22     **2.3.5.** Who is not disqualified under Article 25.4.5.

23     There shall be no deviation from the foregoing qualifications of
24 delegates without prior approval of the International President.

### 2.4 – Selection of Delegates

1     The Local Lodge delegates to the International Convention shall be
2 elected by secret ballot, unless chosen as delegates by virtue of their of-
3 fice, as provided in this Constitution or in approved By-Laws. Nomina-
4 tions of such delegates shall be held in the month of March and elections
5 shall be held in the month of April at a regular or special meeting, unless
6 otherwise approved by the International President. The procedure for
7 nominations and election of delegates shall be in accordance with pro-
8 cedures for nominations and election of Local Lodge officers as set forth
9 in Article 25. Those nominees for delegate who fail to receive a sufficient
10 number of votes to be named delegate shall be designated as alternates,
11 in the order of number of votes received, to serve in case of death, ill-
12 ness, resignation, or removal of the regularly-elected delegate.

13     Notice of the date, time, and place of nominations shall be mailed to
14 each member in good standing to the member's last-known home address
15 at least fifteen (15) days prior to such date; and notice of the date, time,
16 and place of election shall be mailed to each member in good standing to
17 the member's last-known home address at least thirty (30) days prior to
18 such date; provided, however, that such notices may be combined in one
19 notice. The foregoing provisions of this section shall not apply in the case
20 of District Lodge and Industrial Council delegates selected pursuant to

11

25 the provisions of Article 2.2.2. An International Officer by virtue of office
26 shall be seated as a delegate-at-large with voice and one (1) vote in the
27 proceedings of the International Convention. International Representa-
28 tives who are not elected delegates from the Local Lodge in which they
29 hold membership, or a retired International Officer, or a full-time officer or
30 representative of the AFL-CIO, CLC, or any department thereof shall, with
31 the approval of the International President, be seated as delegates-at-large
32 with all rights of other delegates except the right to vote.

## 2.5 – Credentials

1 The International Secretary-Treasurer shall send credentials to all eli-
2 gible Lodges in good standing not less than seventy (70) nor more than
3 one hundred twenty (120) days prior to the convening of the Conven-
4 tion. Credentials must be returned to the International Secretary-Trea-
5 surer no later than thirty (30) days prior to the date of the convening of
6 the Convention.

## 2.6 – Transportation and Expenses of Delegates

1 One (1) delegate from each Lodge in attendance at the International
2 Brotherhood Convention shall be reimbursed for transportation costs on
3 the basis of the lowest-available coach class plane fare that can be obtained
4 by the most direct air route between the location of the Local Lodge and
5 the International Convention city, five (5) nights lodging at the per-night
6 rate negotiated by the International for the applicable Consolidated Con-
7 vention, and Two Hundred Sixty-Five Dollars ($265.00) per day allow-
8 ance to be paid by the International Secretary-Treasurer from the General
9 Fund. Said allowance shall apply for the number of days the Convention
10 is in session and the two (2) days prior to the date of the convening of the
11 Convention and the two (2) days following the date of adjournment of the
12 Convention. The above referenced delegate expenses and allowance shall
13 not be paid by the International unless the delegate stays in a room which
14 is part of the negotiated block of rooms at the hotel where the Convention
15 is held. Receipts are required to be reimbursed for plane fare and hotel.

## 2.7 – Convention Quorum

1 A majority of the combined number of all Local Lodges, District
2 Lodges, and Industrial Councils represented at any Convention shall
3 constitute a Convention quorum to transact business. Issues other than
4 election of International Officers shall be resolved by majority vote of
5 those delegates present and voting by voice vote, standing vote, or roll-
6 call vote based on voting strength if such roll-call vote is requested by a
7 majority of the delegates present.

## 2.8 – Authority of Presiding Officer

1  The International President shall preside at all Conventions of the
2  International Brotherhood, preserve order, and enforce the laws thereof.
3  The International President shall decide all questions of order and all
4  constitutional questions, subject to appeal to the Convention.

## 2.9 – Submission of Resolutions by Subordinate Bodies

1  The International Secretary-Treasurer shall notify the subordinate
2  bodies, not later than January 15 of any Convention year, to submit to
3  the International President all proposed amendments to the Interna-
4  tional Brotherhood Constitution, in duplicate, not later than forty-five
5  (45) days prior to the opening of the Convention. All other resolutions
6  having to do with the establishment or declaration of policy of the Inter-
7  national Brotherhood shall be submitted to the International President,
8  in duplicate, at least forty-five (45) days prior to the opening of the Con-
9  vention. All resolutions shall be attested to by the President and the Sec-
10  retary-Treasurer of the subordinate body. The International President
11  shall refer all resolutions to the appropriate Committees. Any resolution
12  received subsequent to the above time limits shall be referred by the
13  International President to the appropriate Committee, which may take
14  such action on such resolution as it sees fit. Nothing in the foregoing
15  shall operate to abridge the right of a delegate to propose an amend-
16  ment to any pending matter before the Convention.

## 2.10 – Appointment of Committees and Their Duties

### 2.10.1 – Committees

1  The International President shall appoint the following Committees,
2  to consist of not less than five (5) members each: Committee on Con-
3  stitution and Law, Committee on Resolutions, Committee on Creden-
4  tials, Committee on Rules, Committee on Officers Report, Committee
5  on Official Publication, Committee on Finance, and other Committees
6  on Convention business.

### 2.10.2 – Pre-Convention Committees

7  Prior to the convening of a Convention, the International President
8  shall appoint the Committee on Constitution and Law, the Committee
9  on Credentials, and the Committee on Resolutions, to be chosen from
10  the different sections under the jurisdiction of the International Brother-
11  hood from among the delegates elected to the Convention. These Com-
12  mittees shall meet upon the call of the International President prior to
13  the convening of the Convention and shall be ready to report to the
14  Convention, in written form, on all matters under their respective juris-
15  diction, as soon as the Convention is organized.

### 2.10.3 – Per Diem Allowance

16 Members of any Committee serving before or after the Convention
17 may for such period receive daily allowances in equal amounts as deter-
18 mined by the International President.

## 2.11 – Committee Functions

### 2.11.1 – Constitution and Law

1 The Committee on Constitution and Law shall take charge of and
2 consider all resolutions and reports which propose to change, alter, or
3 revise the International Brotherhood Constitution. The Committee shall
4 report to the Convention such proposed amendments or resolutions
5 referred to it with recommendations, together with such other amend-
6 ments as it may deem proper.

### 2.11.2 – Resolutions

7 The Committee on Resolutions shall take charge of and consider all
8 resolutions, other than law and constitutional changes, referred to it and
9 report the same to the Convention, with recommendations.

### 2.11.3 – Credentials

10 The Committee on Credentials shall examine and report upon the
11 credentials of all delegates to the Convention.

### 2.11.4 – Rules

12 The Committee on Rules shall, with this Constitution and Robert's
13 Rules of Order as its guide, recommend to the Convention such rules
14 for the government of the Convention while in session as it may deem
15 just and proper.

### 2.11.5 – Officers Report

16 The Committee on Officers Report shall examine the International
17 Officers Report to the Convention and make such recommendations to
18 the Convention as in its judgment may be to the best interest of the In-
19 ternational Brotherhood.

### 2.11.6 – Official Publication

20 The Committee on Official Publication shall make such recommen-
21 dations to the Convention regarding the official publication as in its
22 judgment may be to the best interest of the International Brotherhood.

### 2.11.7 – Finance

23 The Committee on Finance shall after examination, and if found cor-
24 rect, approve the expenses and allowances of the Convention delegates
25 entitled to receive same.

### 2.12 – Tenure of Convention Committees

1    The duties of the foregoing Committees shall expire with the completion
2 of their reports, except for the Constitution and Law Committee, the com-
3 pletion of whose business shall be left for the Convention to determine.

### 2.13 – Order of Business of the International Brotherhood Convention

1  First    – Calling of the Convention to order by the International
2           President.
3  Second  – Report of Committee on Credentials.
4  Third    – Appointment of Convention Committees.
5  Fourth  – Report of Committee on Rules.
6  Fifth    – Report of International Officers.
7  Sixth    – Presentation and distribution of resolutions and constitu-
8           tional amendments.
9  Seventh – Report of Committees: (a) Resolutions; (b) Constitution and
10         Law; (c) Official Publication; (d) Officers Report; (e) Finance;
11         (f) other Committees on Convention business.
12  Eighth  – Nominations and election of International Officers.
13  Ninth    – Unfinished business.
14  Tenth    – New business.
15  Eleventh – Closing.
16    The Convention, acting upon a report of the Rules Committee, may
17 change the order of business.

# ARTICLE 3

## CONSTITUTION

### 3.1 – Constitution – Supreme Law

1    This Constitution constitutes the supreme law of the International
2 Brotherhood and supersedes any provision in the By-Laws of any sub-
3 ordinate body which is inconsistent with it.

### 3.2 – How Amended

1    Amendments to this Constitution shall be by a majority vote of the
2 accredited delegates present and voting their voting strength at any
3 Convention of the International Brotherhood.

### 3.3 – Proposals to Amend

1    Proposals to amend this Constitution may be submitted by any sub-
2 ordinate body by resolution, as provided in Article 2.9. The Internation-
3 al President, the Executive Council, or the Committee on Constitution
4 and Law may submit proposals to amend the Constitution at any time
5 up to, but not including the last day of the Convention.

### 3.4 – Effective Date

1   Any amendment adopted at a Convention shall become effective
2   upon final adjournment of the Convention at which adopted, unless
3   otherwise provided in the amendment.

### 3.5 – Corrections

1   The Executive Council shall have the authority, following Conven-
2   tion adoption of amendments to this Constitution, but prior to printing
3   thereof, to make such corrections, typographical, grammatical, punc-
4   tuational or otherwise, including titling, the supplying or remedying of
5   inadvertent omissions or errors, as are necessary to carry out the spirit
6   and intent of any amendment so adopted.

# ARTICLE 4
## INTERNATIONAL OFFICERS
### 4.1 – Designated Officers

1   Except as otherwise provided in Article 5.2, the International Offi-
2   cers shall consist of an International President, International Secretary-
3   Treasurer and five (5) International Vice Presidents.

### 4.2 – Qualifications of Nominees

1   The officers of the International Brotherhood shall be nominated and
2   elected only from among the International Officers and Delegates in at-
3   tendance at the Convention. Candidates nominated must be present to
4   accept the nomination unless prevented by official union duties, sick-
5   ness, or some other unavoidable circumstances, provided that in the
6   case of any such absence, the candidate desiring to be nominated shall
7   notify the Convention presiding officer in writing that the candidate
8   will accept if nominated.

### 4.3 – Territorial Sections

1   In order to promote the well-being of the International Brotherhood
2   of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers,
3   and to better service the subordinate bodies, the territory under the ju-
4   risdiction of the International Brotherhood shall be divided into territo-
5   rial sections, except as otherwise provided in Article 5.2, as follows:

6   Western States Section: States of Alaska, Arizona, California,
7   Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon,
8   Utah, Washington, Wyoming, and the Islands of the Pacific.

9   Great Lakes Section: States of Illinois, Indiana, Iowa, Kansas,
10  Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South
11  Dakota, and Wisconsin.

12    Northeast Section: States of Connecticut, Delaware, Maine, Mary-
13 land, Massachusetts, New Hampshire, New Jersey, New York, Pennsyl-
14 vania, Rhode Island, Vermont, Virginia, West Virginia, and the District
15 of Columbia.

16    Southeast Section: States of Alabama, Arkansas, Florida, Georgia,
17 Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South
18 Carolina, Tennessee, Texas, Puerto Rico, Isthmus of Panama, and the
19 U.S. Virgin Islands.

20    Canadian Section: Provinces of Alberta, British Columbia, Manitoba,
21 New Brunswick, Newfoundland, Nova Scotia, Ontario, Prince Edward
22 Island, Quebec, Saskatchewan. The three (3) territories of Northwest
23 Territories, Nunavut, and Yukon Territory.

24    One (1) member from each of the foregoing sections, who maintains
25 membership therein, shall be elected by the Convention as International
26 Vice President from such section. The International President and
27 International Secretary-Treasurer may maintain membership in any
28 area within the jurisdiction of the International Brotherhood.

### 4.4 – Nominations, Election, and Installation

#### 4.4.1 – Nominations and Election

1    The International Officers shall be nominated and elected by the
2 delegates assembled at the regular Convention. In the case of a contest
3 in any International Office, the officer in question shall be elected by
4 roll-call vote of the accredited delegates present and voting their vot-
5 ing strength as provided for in Article 2.2.1, the candidate receiving the
6 highest vote to be elected.

#### 4.4.2 – Installation of Officers

7    International Officers shall be installed and assume office on the last
8 day of the Convention.

### 4.5 – Vacancies – How Filled

1    Except as otherwise provided in Article 5.2, the International Presi-
2 dent is empowered to fill by appointment all vacancies in International
3 Office occasioned by death, resignation, or otherwise, when approved
4 by majority vote of the Executive Council, until the next succeeding In-
5 ternational Brotherhood Convention; in the event of a vacancy in the
6 office of International President such vacancy shall be filled for the bal-
7 ance of the term by majority vote of the Executive Council.

17

### 4.6 – Retirement of International Officers

#### 4.6.1 – Retirement Date

1  There shall be no automatic retirement date for International or Local
2  Union Officers.

#### 4.6.2 – Severance Pay

3  When an International Officer retires or dies while in office, the Of-
4  ficer or Officer's beneficiaries shall be entitled to receive as severance
5  pay the equivalent of three (3) months' salary or one (1) week's salary
6  for each year of full-time service, whichever is greater, except that such
7  amount shall not exceed the equivalent of six (6) months' salary.

### 4.7 – Outside Employment of Union Officers

1  Any full-time salaried officer or appointed representative of the In-
2  ternational Brotherhood or of a subordinate body who shall engage in
3  any business outside of the regular duties of the International Broth-
4  erhood shall immediately upon engaging in such outside business re-
5  sign or apply for leave of absence and vacate the office, provided that
6  nothing herein shall be construed as to prohibit the holding of elective
7  or appointed office in the AFL-CIO, CLC, or any department thereof,
8  or in Building Trades Councils, Metal Trades Councils, Central Bodies,
9  or State Federations chartered by the AFL-CIO with which subordinate
10  bodies are affiliated or CLC, provided that the Executive Council may
11  permit exceptions to the above.

## ARTICLE 5
### EXECUTIVE COUNCIL AND DUTIES

#### 5.1 – Composition

1  The Executive Council shall be composed of the International Presi-
2  dent and the International Vice Presidents.

#### 5.2 – General Duties of Executive Council

1  The Executive Council shall have governing authority over the Inter-
2  national Brotherhood and its subordinate bodies when not in Conven-
3  tion session to the end of upholding the laws and policies of the Brother-
4  hood as expressed in this Constitution; provided, however, that except
5  to the extent necessary to accomplish such purposes the subordinate
6  bodies of the Brotherhood shall have autonomy in the conduct of their
7  affairs, including organizing activities, the negotiation and administra-
8  tion of collective bargaining agreements, and engaging in economic ac-
9  tivity to that end where not done by the International Brotherhood itself;
10  and provided further, that the International Brotherhood shall not be
11  responsible for any actions, activities, or omissions of any of its subordi-

18

12  nate bodies or their representatives unless the same were authorized or
13  directed by the International Brotherhood. The Executive Council shall
14  have the power to supervise all business and financial affairs of the In-
15  ternational union and to authorize all expenditures deemed necessary
16  to effectuate or accomplish the objectives of this International union,
17  as set forth in Article 1.2 and other applicable provisions of the union's
18  Constitution, or for its benefit. When an International Vice President
19  retires, or for any reason vacates the office during an elected term, the
20  Executive Council, upon the recommendation of the International Presi-
21  dent, shall have the authority to: eliminate the vacated office; realign the
22  territorial sections set forth in Article 4.3; and consolidate and/or redis-
23  tribute the duties of the vacated office to one or more of the remaining
24  Officers. The Executive Council shall have authority, upon recommen-
25  dation of the International President, to continue to maintain, modify,
26  implement, and/or administer retirement, health care, and other benefit
27  programs for the benefit of officers, staff, and employees of the Interna-
28  tional union, and their dependents. The Executive Council shall have
29  the authority to consummate a merger or affiliation of another labor
30  organization into the International union, including the authority to in-
31  crease the number of International Vice Presidents-at-large where nec-
32  essary to effectuate such merger or affiliation, and to continue current
33  policies and/or modify from time to time the policy governing such
34  expenditures by the International union, its officers, and staff. The Ex-
35  ecutive Council shall have the authority to continue the transportation
36  policy replacing in whole or in part the automobile allowance set forth
37  in Articles 7 and 8 or to change said allowance if the adoption of said
38  policy or change is in the best interest of the International union, or, in-
39  lieu-of any such allowance, to purchase and maintain automobiles for
40  the use of designated officers and/or staff. The Executive Council shall
41  have the authority, acting upon a recommendation of the International
42  President, to adopt a relocation allowance policy which shall be appli-
43  cable to officers and staff who are directed to relocate their home point
44  and as a consequence incur significant economic expenditures or losses.
45  The Executive Council shall be empowered to establish and/or charter
46  subordinate bodies and to establish, and/or change the geographical
47  location of such subordinate bodies and to establish, define, and change
48  their geographic and trade or work jurisdiction. The Executive Council
49  shall have the authority to determine whether or not a Local Lodge shall
50  be affiliated or disaffiliated with a Council or District Lodge. The Execu-
51  tive Council shall have authority to establish rules and regulations to
52  properly administer the provisions of this Constitution where they are
53  not specifically spelled out herein and are not inconsistent therewith. It
54  shall have the power to pass on any subject, proposition, or grievance,
55  and hear and determine all cases of appeal from the decisions and rul-
56  ings of the International President which are filed by registered or certi-

19

57 fied mail with the Executive Council within thirty (30) days of the date
58 of such decision or ruling, except as provided in Articles 25.5 and 25.8,
59 and of subordinate bodies, or involving any member or officer within
60 the International Brotherhood, or any appointed representative. In all
61 matters which are to be decided and acted upon by the Executive Coun-
62 cil, a member or officer of the Brotherhood or a panel duly appointed
63 by the International President may act in the matter with required re-
64 port to the Executive Council for decision by the Executive Council. All
65 decisions of the Executive Council shall be final, except as provided in
66 Article 17.6.3.

### 5.2.1 – Authority to Require Direct Submission of Dues Check-Off

67 For any Local Lodge that has established a history of chronically late
68 submission of required reports and/or audits, the Executive Council
69 shall have the authority to require that Local Lodge to direct the em-
70 ployer in writing that monthly dues check-off shall be submitted di-
71 rectly to the International Secretary-Treasurer's office. In the event the
72 employer refuses to comply with the Local Lodge's written directive,
73 the Local Lodge shall, immediately upon receipt of the employer's dues
74 check-off, endorse the employer's dues check-off check over to the In-
75 ternational Secretary-Treasurer and forward same with all supporting
76 documents to the International Secretary-Treasurer's office by certified
77 mail. The International Secretary-Treasurer's office shall remit to the Lo-
78 cal Lodge that portion of the monthly dues receipts that are normally
79 retained by the Local Lodge.

### 5.2.2 – Authority to Require Reimbursement of Audit Expenses

80 The Executive Council shall have the authority to require the Local
81 Lodge to reimburse the International union for any and all actual ex-
82 penses incurred by International staff and/or auditors in order to bring
83 the Local Lodge into compliance with its reporting and recordkeeping
84 duties and requirements.

### 5.3 – Jurisdiction of District and Local Lodges

1 The Executive Council shall have authority to designate District and
2 Local Lodge trade or work jurisdiction and their geographical jurisdic-
3 tion. Such designation shall be set forth in each charter upon its issu-
4 ance. Such jurisdiction shall continue unless and until the International
5 President should determine to enlarge or restrict such jurisdiction as,
6 in his judgment, the interests of the International Brotherhood require.
7 Any decision of the International President to enlarge or restrict the ju-
8 risdiction of a subordinate body is subject to review by the Executive
9 Council upon appeal.

### 5.4 – Consolidation of District and Local Lodges and Offices Thereof

#### 5.4.1 – Consolidation of Lodges

1   The International President shall have authority to consolidate two
2   (2) and/or more District or Local Lodges in any area if, in his judgment,
3   the  interests of the International Brotherhood and of the members in-
4   volved so require. In directing a consolidation it shall be the duty of the
5   International President to safeguard and protect the membership rights
6   of persons affected by or involved in any consolidation and to safeguard
7   and protect the properties, funds, and assets of the District and/or Local
8   Lodges which are being consolidated so that such properties, funds, and
9   assets become the property of the consolidated Lodge, less the costs in-
10  curred by the International in effectuating such consolidation. Any deci-
11  sion by the International President pursuant to this provision is subject
12  to review by the Executive Council upon appeal.

#### 5.4.2 – Consolidation of Offices

13  In any case where two (2) or more District or Local Lodges are to be
14  consolidated pursuant to this section, the Executive Council shall have
15  authority to consolidate the offices of such Lodges provided that the
16  involved Lodges have been unable or are unwilling to agree upon a
17  consolidation of offices satisfactory to the Executive Council.

18  The Executive Council shall also have authority to consolidate offices
19  within a District or Local Lodge if, in the judgment of the Executive
20  Council, the interests of the International Brotherhood and of the Lodge
21  so require. All officers of District and Local Lodges shall take office sub-
22  ject to the above provisions.

### 5.5 – Issuance of Local Lodge Charters

1   The International President will have authority to issue Local
2   Lodge charters.

### 5.6 – Minimum Requirements for Maintaining Local Lodge Charters

1   Upon issuance of such charter, such Local Lodge shall, subject to oth-
2   er applicable provisions of this Constitution and particularly Articles 5.3
3   and 5.4, continue in existence while thirty-five (35) or more of its mem-
4   bers are employed under the jurisdiction of the International Brother-
5   hood, subject to the approval of the Executive Council. If thirty-five (35)
6   or more members maintain membership in such Local Lodge and other-
7   wise comply with the provisions of this Constitution, all books, records,
8   properties, funds, and assets (including trusts, trust funds, or other trust
9   properties held, operated, or controlled by such Local Lodge) owned or
10  held by such Local Lodge shall remain the property of such Local Lodge
11  so long as the charter is maintained.

12    Any Local Lodge having less than thirty-five (35) active members
13 (unless otherwise approved by the Executive Council) shall be auto-
14 matically disbanded and its charter returned to the International Broth-
15 erhood, together with all books, records, properties, funds, and assets
16 (including trusts, trust funds, or other trust properties held, operated,
17 or controlled by such Local Lodge) owned or held by such Local Lodge
18 at the time of such disbanding, which shall become the property of the
19 International Brotherhood.

### 5.7 – Grievance Adjustment Procedures

1    All grievances or disputes involving matters which are not the prop-
2 er subject of disciplinary proceedings, including grievances or disputes
3 within a Local Lodge, or between Local Lodges, or between a District
4 Lodge and a Local Lodge, if not settled within thirty (30) days of the
5 original occurrence of the grievance or dispute, within the next fifteen
6 (15) days may be submitted for adjustment to the International Presi-
7 dent, or the International President's designee, who shall investigate
8 and resolve the matter, subject to appeal within thirty (30) days, by reg-
9 istered or certified mail to the Executive Council whose decision shall
10 be final.

### 5.8 – Meetings of Executive Council

1    The Executive Council shall meet on call of the International Presi-
2 dent as conditions warrant, but shall meet at least semi-annually, and
3 shall meet immediately preceding and following each Convention. Its
4 decisions shall be governed by majority vote. A majority of the Council
5 shall constitute a quorum. When not in formal session, the Executive
6 Council may act on any matter by letter, telephone, facsimile, e-mail, or
7 any other means as determined appropriate by the International Presi-
8 dent. All action not taken at a formal Council session shall be confirmed
9 in the form of a signed Council document.

# ARTICLE 6
## INTERNATIONAL BOARD OF TRUSTEES AND DUTIES
### 6.1 – Qualifications and Selection

1    Subject to the control and supervision of the Executive Council, there
2 shall be an International Board of Trustees, hereinafter called the "Board
3 of Trustees," consisting of the International President, International
4 Secretary-Treasurer, and a third member who shall be an elected Inter-
5 national Officer, who shall be selected by the other two (2) members,
6 subject to confirmation by the Executive Council.

## 6.2 – Authority to Hold Title

1     The individual members and their successors, as from time to time
2 designated and constituting the Board of Trustees, shall have authority
3 to hold in their names or in the name of their nominee, the legal title to
4 all real and personal property owned, possessed, and belonging to this
5 International Brotherhood, in trust nevertheless, for the use and benefit
6 of the International Brotherhood and the members thereof. No member
7 of the Board of Trustees or any successor, as such, nor anyone claiming
8 by, through, or under such individual, shall have or be vested with any
9 personal right, title, or interest in or to any of such property.

## 6.3 – Management and Control of Funds

1     The Board of Trustees shall have power to manage, control, and oper-
2 ate the property and invest the funds of this International Brotherhood.
3 All investments shall be of the type as shall conform to the standards for
4 investments made by fiduciaries under the laws of the State of Kansas
5 or the District of Columbia, except that the Executive Council may au-
6 thorize the Board of Trustees to invest in other properly secured invest-
7 ments up to sixty percent (60%) of the value of such investments.

## 6.4 – Authority to Purchase and Sell Property

1     The Board of Trustees shall also have power, when expressly au-
2 thorized by the Executive Council, to purchase, acquire, encumber,
3 sell, lease, trade or exchange, improve or repair any real or personal
4 property, and to execute contracts, assignments, deeds, conveyances,
5 mortgages, liens, and other instruments of writing, concerning any or
6 all of such property for and on behalf of this International Brotherhood,
7 wherever the same may be situated.

## 6.5 – Majority Action Required

1     All powers conferred on the Board of Trustees by this Article shall be
2 exercised by a majority action of the members thereof; provided, how-
3 ever, that any deed, mortgage, or other instrument conveying title to or
4 any interest in real or personal property of this International Brother-
5 hood, or any written lease covering any portion of such property, shall
6 be executed by at least two (2) members of the Board of Trustees.

## 6.6 – Term of Office and Filling Vacancies

1     Each member of the Board of Trustees shall continue in office until a
2 successor has been duly selected and qualified. In case of the death, resig-
3 nation, or removal of any of the members of the Board of Trustees, the Ex-
4 ecutive Council shall thereupon declare a vacancy and promptly arrange
5 for the selection and confirmation of a successor, as herein provided.

23

### 6.7 – Termination of Responsibility

1     Upon the death, resignation, or removal of any one (1) or more of the
2 members of the Board of Trustees, the legal title to all real and personal
3 property of this International Brotherhood, wherever the same may be
4 situated, then vesting in such former member or members, shall imme-
5 diately pass to and be vested in the surviving member or members of
6 the Board of Trustees and the successor or successors so designated; and
7 in any such event, no further written instrument, deed, conveyance, dis-
8 claimer, or other acquittance shall be required to complete the transfer
9 and vest the full legal title to all of such property in the surviving and
10 successor members of the Board of Trustees.

# ARTICLE 7
## DUTIES OF THE INTERNATIONAL PRESIDENT
### 7.1 – General Duties

#### 7.1.1 – Principal Executive and Administrative Officer

1     The International President shall be the principal executive and admin-
2 istrative officer of the International Brotherhood and shall enforce all its
3 laws according to its Constitution and policies set down by its Conven-
4 tions and the Executive Council. The International President shall have
5 direction and supervision of all subordinate bodies in connection there-
6 with and shall exercise day to day supervision over the affairs of the In-
7 ternational Brotherhood, all to the end of obtaining compliance with the
8 laws and policies of the International Brotherhood as set forth in this Con-
9 stitution; provided, however, that except to the extent necessary to accom-
10 plish such purposes, the subordinate bodies of the Brotherhood shall have
11 autonomy in the conduct of their affairs, including organizing activities
12 and the negotiation and administration of collective bargaining agree-
13 ments where not done by the International Brotherhood itself or where
14 the International Brotherhood is not a party to said collective bargaining
15 agreement and engaging in economic activity to that end; and provided,
16 further, that the International Brotherhood shall not be responsible for any
17 actions, activities, or omissions of any of its subordinate bodies or their
18 representatives unless the same were authorized or directed by the Inter-
19 national Brotherhood. The International President shall be authorized to
20 appoint officers pro tem of the International Brotherhood and of its Dis-
21 trict and Local Lodges and all committees not otherwise provided for. The
22 International President shall countersign all orders for payment of money,
23 and shall have authority to make such expenditures from the funds of the
24 International Brotherhood as are necessary for the protection of its inter-
25 ests and the achievement of its objectives as approved by the Executive

26  Council. The International President shall be empowered to designate any
27  member of the International Brotherhood to perform any of the duties of
28  the International President's office.

### 7.1.2 – Appointment of Delegates to Special Conventions

29  The International President and International Secretary-Treasurer by
30  virtue of their office shall be delegates to all conventions of the American
31  Federation of Labor and Congress of Industrial Organizations (AFL-CIO).
32  Other allowed delegates to said conventions shall be appointed by the In-
33  ternational President as follows: the International Vice President from the
34  Vice Presidential section in which the convention is held; and a represen-
35  tative of each of the three (3) Divisions of the International Brotherhood
36  as provided in Article 19.1: Shipbuilding and Marine, Construction, and
37  Industrial Plants and Shops. For conventions of any other organization
38  with which the International Brotherhood may be affiliated, appointment
39  of delegates shall be at the International President's discretion.
40  The International President shall have power to authorize allowances
41  and expenses for such delegates and in addition shall have power to
42  authorize any of such delegates to attend departmental conventions of
43  the AFL-CIO or to authorize other members of the International Broth-
44  erhood to act as representatives of the Brotherhood at such conventions
45  and meetings of labor organizations or labor federations as the Interna-
46  tional President deems necessary for the interests of the Brotherhood.
47  The International President shall similarly be empowered to authorize
48  allowances and expenses for such persons.

### 7.2 – Constitutional Interpretations

1  The International President shall hear and decide all questions in-
2  volving interpretation or application of this Constitution or of subor-
3  dinate body By-Laws. All decisions shall be binding unless reversed or
4  modified by the Executive Council upon proper appeal.

### 7.3 – Salary and Expenses

1  The International President shall receive a salary of Seven Thousand
2  Forty-One Dollars and Fifty-Seven Cents ($7,041.57) per week, plus al-
3  lowances and expenses.

### 7.4 – International Representatives

1  The International President shall be empowered to appoint Interna-
2  tional Representatives whose salary shall not exceed fifty-five percent
3  (55%) of the International President's salary, per month, payable semi-
4  monthly. They shall each, in addition to the salary approved by the In-
5  ternational President, receive for allowances and expenses as follows:
6  lowest-available coach class plane fare that can be obtained, railroad

25

7  fare and Pullman fare (when necessary), or if travel is by automobile,
8  the maximum amount allowable by the Internal Revenue Service; hotel,
9  food, and maintenance allowance and expenses in the amount of single
10 hotel room plus Seventy-Five Dollars ($75.00) effective August 1, 2006,
11 and actual expenses for cab fare, postage, and other necessary expenses
12 when itemized in expense account; provided, however, that the Execu-
13 tive Council shall have authority to amend the allowances and expenses
14 as set forth herein and/or to replace same with alternative expenses
15 and allowances.

### 7.5 – Direction of Organizational Work and International Representatives

1  The International President shall direct all organizational work; may
2  assign International Vice Presidents and International Representatives
3  to any section under the jurisdiction of the International Brotherhood;
4  shall be empowered to make adjustments in policy affecting remunera-
5  tion to remedy problems that create inequities and transact any business
6  the International President may assign to them; and shall be authorized
7  to employ such assistance for the operation of the International Presi-
8  dent's office as the International President deems necessary.

### 7.6 – Employment of Official Auditor

1  The International President shall employ, subject to the approval
2  of the Executive Council, a certified public accountant to examine the
3  books and records of the International Brotherhood at the headquar-
4  ters office and to make an audit which the auditor shall submit together
5  with a report of the auditor's findings to the Executive Council annu-
6  ally, or as otherwise directed by the International President and the
7  Executive Council.

### 7.7 – Presiding Officer and Convention Report

1  It shall be the duty of the International President to preside at all Con-
2  ventions, and submit to each regular Convention a report of the activi-
3  ties of the International Brotherhood between Conventions.

### 7.8 – Financial Assistance

1  The International President shall have authority to grant financial
2  assistance to subordinate bodies when in the International President's
3  judgment the best interests of the International Brotherhood so require
4  and where the conditions of Article 28.2.3 have been met.

# ARTICLE 8
## DUTIES OF INTERNATIONAL VICE PRESIDENTS
### 8.1 – General Duties

1   It shall be the duty of the International Vice Presidents to supervise
2  the operation of subordinate bodies, including servicing of such bodies
3  and assisting in their organizing efforts, all under the direction of the
4  International President. When assigned by the International President,
5  they shall perform such other duties in such other localities or sections
6  as instructed. The International Vice Presidents shall transact such other
7  business as they deem advisable where they believe it to be for the best
8  interest of the International Brotherhood or when instructed to do so by
9  the International President. They shall keep the International President
10 informed on the general conditions in their respective sections. When
11 the International President, or International Secretary-Treasurer, or the
12 International Vice President of the section has cause to believe that the fi-
13 nancial affairs of a subordinate body are not being properly handled, the
14 International Vice President or a duly-designated representative, shall
15 have the power to enter any subordinate body and conduct an examina-
16 tion or audit of the books and accounts of such subordinate body and,
17 if necessary, to take whatever steps are required to correct the situation,
18 subject to the approval of the International President.

### 8.2 – Salary and Expenses

1   The International Vice Presidents shall receive a salary equivalent to
2  ninety percent (90%) of the International President's constitutionally-
3  established salary, payable weekly, plus allowances and expenses; pro-
4  vided, however, that the Executive Council shall have the authority to
5  amend and/or to replace such allowances and expenses with alterna-
6  tive allowances and expenses.

# ARTICLE 9
## DUTIES OF THE INTERNATIONAL SECRETARY-TREASURER

### 9.1 – General Duties

1   The International Secretary-Treasurer shall be responsible for keep-
2  ing a true record of all proceedings of International Conventions and
3  Executive Council meetings; shall have custody of all the property of
4  the International Brotherhood and shall receive all income; shall pay all
5  warrants drawn on the treasury when properly countersigned by the In-
6  ternational President; shall submit all bills to the International President
7  for approval, except for those of a routine, fixed, or recurring nature,
8  such as for service and supplies; shall purchase, when authorized, all
9  supplies necessary to conduct the business of the International Broth-

27

10 erhood; shall be authorized to employ such assistance for the opera-
11 tion of the International Secretary-Treasurer's office as the International
12 Secretary-Treasurer deems necessary; and shall, by virtue of office, be a
13 delegate to conventions of the American Federation of Labor and Con-
14 gress of Industrial Organizations (AFL-CIO).

### 9.2 – Supplies

1 The International Secretary-Treasurer shall receive all applications
2 for charters, and endorse and forward the same to the International
3 President, who shall issue necessary instructions. The International
4 Secretary-Treasurer shall have charge of all supplies and shall furnish
5 the same to all Lodges. The International Secretary-Treasurer shall for-
6 ward free of cost to each Lodge as many copies of this Constitution as
7 each Lodge shall have members, as shown by its last report, such cop-
8 ies to be distributed by the Secretary-Treasurer or other officer of the
9 Lodge to all of the members thereof. Additional copies of this Constitu-
10 tion shall be furnished at cost, except in the case of newly-initiated or
11 reinstated members.

### 9.3 – Keeping of Accounts

1 The International Secretary-Treasurer shall keep a systematic
2 account of all transactions between the International Brotherhood and
3 the subordinate bodies, so as to render a strict account of all receipts
4 and supplies. The International Secretary-Treasurer shall issue to each
5 subordinate body and to the Executive Council, after the close of the fis-
6 cal year (June 30th), an annual financial report as directed by the Execu-
7 tive Council. Said report shall show an itemized account of all receipts
8 and disbursements, together with a statement of assets and liabilities
9 of the International Brotherhood. The International Secretary-Treasurer
10 shall furnish the International President a list of all Lodges that have
11 not submitted proper monthly reports; shall maintain a complete roll
12 and record of the membership; and shall make such changes from time
13 to time as may be necessary through transfer, withdrawal, suspen-
14 sion, expulsion, or death of members to keep such roll current. The
15 International Secretary-Treasurer shall, upon assuming office, fur-
16 nish bond as required by law, which shall be taken out in some reli-
17 able guaranty company, the expense of the same to be borne by the
18 International Brotherhood.

### 9.4 – Salary and Expenses

1 The International Secretary-Treasurer shall receive a salary equiva-
2 lent to ninety percent (90%) of the International President's constitution-
3 ally-established salary, payable weekly, plus allowances and expenses,
4 and shall be under the supervision of the International President.

28

### 9.5 – Accounting Requirement

1     The International Secretary-Treasurer shall be authorized to establish
2 and prescribe a uniform and modern bookkeeping system for use by
3 subordinate bodies of the Brotherhood and with the approval of the In-
4 ternational President shall be authorized to require subordinate bodies
5 to adopt and use such system.

# ARTICLE 10
## OFFICIAL PUBLICATION

1     The International Brotherhood shall publish and maintain an official
2 publication to be distributed to all members. The editorial policy and
3 management of the publication shall be under the direction of the In-
4 ternational President. The International President is authorized to make
5 such expenditures in connection with the publication, operation, and
6 distribution of the official publication as the International President
7 deems necessary, subject to the approval of the Executive Council.

# ARTICLE 11
## ESTABLISHED JURISDICTION OF THE TRADE

1     It is hereby established and shall be so upheld by the Internation-
2 al Brotherhood that its members have jurisdiction over the following
3 work, subject of course, to joint agreements with other international
4 unions which may modify certain claims herein:

1    **11.1.** All boilers, parts and related equipment, drums, water tubes,
2 fire tubes, combustion tubes, and arch tubes; thermic syphons, smoke
3 boxes, and stacks; front-ends and doors, draft plates, baffles and dia-
4 phragms, spark arresters, including wire netting and frames, ash pans,
5 flash pans, fire doors and fire door frames, including operating mecha-
6 nisms, stokers, grates, and rigging; oil, gas, nuclear, and pulverized coal
7 burners; steel cabs and tank houses, metal running boards and steps,
8 metal pilots, including manufacturing, application, removal, and repair;
9 cylinder and dome casings, brackets for air pumps, air pumps, head
10 lights, dynamos, oil heaters, and classification lights; wind sheets, deck
11 plates, deck aprons, shovel sheets, splash plates, expansion plates, and
12 lateral braces; locomotive tender tanks, tender tank frames and tender
13 tank truck frames, grab irons, hand rails, and metal ladders; building,
14 repairing, and applying snow plows, derricks for wreckers, power shov-
15 els and pile drivers, building oil and gravel spreaders; body frames on
16 electric or diesel locomotives, body underframes and all body, cab, and
17 housing work, gear casings and wheel covers, battery boxes, ventilator
18 covers, and grid panels; motor housing, name, and classification plates;
19 oil tanks, tanks of tank cars, including brackets, hand rails, ladders, and

29

20  metal jackets when used on same; all laying-out, cutting, bending, flang-
21  ing, fitting up, patching, bolting, riveting, chipping, caulking, drilling,
22  reaming, tapping, and beveling machines, including fitting of wash-
23  out plugs; testing and inspecting all vapor, steam, water, air, gas, oil,
24  or other tight joints, including all stays, braces, and water tight studs;
25  acetylene cutting, welding, and heating; electric arc welding; metaliz-
26  ing; all I-beams, channel iron, angle iron, T-iron, Z-iron, and other struc-
27  tural forms used on work of our trade; tool keeping, boiler washing,
28  flue blowing, boring, or washing. Thickness of plate for our trade on
29  railroads covers sixteen (16) gauge or heavier.

1   **11.2.** The operation of any machine, or the use of any method or de-
2   vice employed in manufacturing, fabricating, laying out, aligning, drill-
3   ing, punching, shearing, beveling and grinding, fitting, bolting, riveting,
4   chipping, caulking, acetylene cutting, burning or heating, welding (all
5   processes), bonding, metalizing, mamutizing and application of apexior
6   coating, construction, erecting, assembling, installation, remodeling, re-
7   pairing, wrecking, alteration, testing, inspecting, maintaining, rigging,
8   unloading and handling of all boilers and appurtenances, headers, parts,
9   frames, supports; air and water walls; casings, assembled or completed
10  sections or parts; drums, tubes and flues; baffles and draft appliances;
11  economizers, super heaters, circulators, attemporators, downcomers,
12  sludge boxes and sluice troughs, stokers; grates, heat units; buck stays;
13  fronts and doors; stacks, breechings, and uptakes; soot collectors and
14  blowers, smoke boxes, smoke consumers, cinder collectors, precipita-
15  tors, furnaces and furnace bottoms, steam generators, including nuclear;
16  heaters; steam accumulators, condensers, evaporators, air heaters and
17  pre-heaters, hot and cold air ducts, and fans; oil and gas burners, coal
18  tanks, ash tanks, waste disposal tanks, other tanks and vats, convey-
19  ors, scrapers, all air, oil, gas, steam, vapor, water, and other tight joints;
20  stand pipes, water towers, metal pipe and pipe lines, metal well casings,
21  incinerators, air washers, cooking devices, creosoting cylinders, gas
22  purifying equipment, gas holders, gasometers, including frames; coal
23  washers; all work in and around rolling mills, mines, smelters, refiner-
24  ies, chemical processing, rubber, feed material, and fuel element plants;
25  blast and open hearth furnaces; aluminum, annealing, electrical, gas
26  fired, heat treat, isoflow, reheat, stoker fired, and all other type furnaces;
27  hot stoves, cupolas, dump cars, roasters, converters, digesters, calciners,
28  kilns, skips and skip dumpers, skip trucks, steel chutes, and liners; ore,
29  water and toilet cars, chutes, steel bulkhead, and doors; water, flood,
30  and measuring gates; locks, dams, caissons, spillways, penstocks, sluice
31  and tube work, flume work, water wheels, generator frames, turbine
32  casings, and blades; recovery units, deaerators, cracking units, bubble
33  towers, wind tunnels; all sheet iron or steel, stainless steel, aluminum,

30

34  silver, all other pure metals, alloys and plates, including clad or bonded
35  plates of sixteen (16) gauge or heavier, in shops or field construction
36  work, except where agreements exist with other international unions.

1   **11.3.**  The manufacturing, fabrication, laying out, construction, erec-
2   tion, assembling, installation, altering, remodeling, repairing, wrecking,
3   testing, inspection, and maintenance of all iron and steel ships (naval or
4   commercial); marine vessels, tankers, barges, dredges, pontoons, boats,
5   and composite marine vessels; light buoys; floating dry docks, including
6   the following work: shearing, beveling and grinding, cutting, chipping,
7   punching, riveting, caulking, drilling, bolting, tapping, reaming, rolling,
8   forming, fairing, aligning, erecting, raising, handling, and rigging; rig-
9   ging loft; acetylene and other cutting; burning and heating; welding, all
10  processes; oil, water, or other tight shiptanks, bins, vats, and hoppers;
11  mold doors, ventilators, foundations, pillars, stanchions, inboard and
12  outboard fittings, hawse pipes, bits, chocks, plugs, pads, ring bolts, rail-
13  ings, ladders, grating, doublers, stiffening rings, fire-engine room, and
14  portable floors and platforms; all fittings, boiler making, mold lofting,
15  anglesmithing, shipfitting, scaffold building (steel, including pre-fitted
16  planks), frame bending (hot or cold), iron hanging and erecting, keel
17  laying, main and auxiliary docking keel, stem and stern posts, struts,
18  framing beams; docks, superstructure, bridges, fighting tops, and en-
19  closures; gun ports, hatches, man holes, scuppers, ammunition hoists
20  and boxes, cartridge boxes, ducts, trunks, cowels, service lockers, tur-
21  rets, drip pans, water sheds, metal reels, boat stowage, warping, food
22  and deck gear, davits, searchlight platforms; metal fittings in connection
23  with ground tackle; leadsman platforms, skylights; stacks, breeching,
24  uptakes and connections funnels, decks, landing decks on airplane car-
25  riers, including airplane and other elevators; docking and undocking of
26  all types of ships and vessels.

1   **11.4.**  All nuclear reactors, both homogenous and heterogeneous,
2   all components and reactor systems as applied to all branches of our
3   trade, including but not limited to core elements, cover control rods,
4   safety rods, core tanks, thermal and biological shields, shield buildings
5   (secondary), steel modular assemblies, all new nuclear design passive
6   safety systems, core tank containment, reflectors, breeding material,
7   controls and instrumentation, plugs, pressure and containment vessels,
8   loading devices, transfer equipment, coffins, pressurizers, heat transfer
9   equipment (primary and secondary), coolant containers, air ducts, fans,
10  stacks, cold and hot traps, ion chambers, dump tanks, caves and hot
11  cells, fuel element, storage racks, decay tanks, sampling devices, rabbit
12  holds and thimbles, seals, environmental shielding, all new design small
13  modular reactors (SMR) including manufacturing, unloading, handling,
14  and setting of all related components.

31

**11.5.** The operation of any machine or device, or the use of any method or process employed in the manufacture, fabrication, construction, installation, alteration, repairs, etc., on work coming under the jurisdiction of this International Brotherhood shall be operated and performed by mechanics of our trade, for example: power and rolls; bending machines, hot or cold; flanging machines; hydraulic presses, hot or cold; punches, shears, plate planes, power and friction saws, bolt cutters and threaders, tube welding and swedging machines; bull, jam, and yoke riveters; portable air and electric motors; heating, annealing, and heat treating furnaces and devices; welding and pantograph cutting machines, including demonstrators, thermal overlay, bottle spark, and man way watch pertaining thereto; quality control; fiber spinning; all technical work (technicians and mechanics).

**11.6.** All blacksmith work in railroad shops, shipyards, navy yards, arsenal and naval stations, automobile shops, carriage and wagon shops, motorcycle shops, contract shops, frog and crossing shops, drop forge shops, forge shops, spring shops, chain shops; nut, bolt, and rivet shops; acetylene, electric, heliarc, and thermit welding shops; and all boiler-maker and blacksmith work in all other shops where such work is done.

**11.7.** All forging, all welding, whether by acetylene, electric, thermit or any other process; all flue and tube welding; straightening of iron and steel, both hot or cold; all blacksmiths' work on structural shaped steel; all forging, tempering, and dressing of tools, including sharp edge tools and instruments; bending and straightening of angle iron, channel iron, T-iron, and I-beam, whether done hot or cold, from furnaces or fires; operating forging and upsetting machines, drop forging and trimmers, both hot or cold; axle forgers, bolt machines, bulldozer and machine work, or any machine doing blacksmith work; all work performed on Bradley hammer; punch and shear machines, when connected with the blacksmith department, hot or cold; hand, steam, or air press machines, all frames on engines, cars, tanks, and trucks, all welding of rails, building up switch points and frogs, and all track work; all dredge dipper and steam shovel work; hardeners, case hardeners, annealers, and heat treaters, and the reclaiming of scrap.

**11.8.** Automobile and wagon and carriage shops; putting on, taking off and fitting auto fenders; putting on running board brackets; building and rebuilding fire trucks; making and repairing all springs, putting on and taking off all springs, making all springs and spring fitting, setting and riveting when done in conjunction with blacksmith work; grinding pertaining to blacksmith work; benders, resetters, bath men, forgers, and finishers.

32

**11.9.** Putting on and taking off rubber tires, putting flanges on wheels, putting on and repairing bumpers, putting on and taking off wheels, putting on and riveting fiber on brake bands, putting on and taking off radius rods, putting on pyrene brackets, repairing and setting all axles, straightening and repairing of auto frames, putting on brackets for radiators, fitting up windshields, putting handles on doors, fitting hand rails on backs of auto, fitting up gongs. All drilling and filing, lining up wheels, adjusting brake rods, tip welding and tiresetting, making and putting on license brackets, headlight brackets, making and putting on body iron.

**11.10.** All blacksmiths, tool and die makers' helpers, furnace operators, heaters, hammersmiths, heavy forgers, hammerdrivers, drop forgers, trimmers; bolt making, shell forging, machine bolt making; operating bulldozers used for forging, shaping, and forming of metal; hot or cold angle iron smithing; flue, acetylene, electric, thermic, tube welding; chain making, tool dressing, granite tool sharpening, ornamental and structural iron smithing; punch, shear, and roll operating; automobile and vehicle smithing and finishing; spring making, mine smithing, glass house smithing, rock drill sharpening, tempering, case hardening, bi-chloride tempering, annealing, and heat treating; air and hydraulic presses, hot or cold, in connection with blacksmiths' work; lever and crane operating, stocksmen; carriage and wagon smithing and finishing; machine forging, aeroplane smithing, surgical instruments and sharp edge tool making, dock smithing, inside iron and grill work, hot or cold press and stamping machines, construction smithing, safemaking equipment, and hot wire drawing.

**11.11.** Sealed and complete vacuum systems to include, but not limited to, hyperloop manufacturing, erection, and assembly (whether bolted or welded), transport systems, stanchions, supports, instrumentation, lubrication, exhaust, ventilation, and all pressure vessel work; single stage piping systems, including but not limited to, air, water, oil, gas, steam, pipelines, carbon capture pipelines and related storage and distribution components; hydrogen production, hydrogen in production of steam, carbon capture, including but not limited to, storage, treating, sequestration, and transportation; plate fabricated or manufactured pipe aqueducts; welded or bolted pipe systems installed by any mode or method; fuel supply piping systems for forced fuel combustion burners and gas turbines, including but not limited to, all internal and external boiler piping; complete piping systems to include, but not limited to, all boiler piping, chemical distribution, boiler admissions piping (injection systems), baffles, nozzles, tips, and pumps; the fabrication and erection of coolers, heat exchangers, air cooled condensers, air ducts, turbine exhaust ducts, and steam ducts; the manufacturing

33

18 and installation of fuel cells and windmills including all related compo-
19 nents; any pressurized vessel, craft, or vehicle under propulsion utilized
20 inside or outside the Earth's atmosphere or in underwater habitats and
21 all related components. All above listed work shall include the unload-
22 ing, handling, and setting of said components.

1 **11.12.** All the foregoing and, in addition thereto, any other work
2 which now or in the future may, as industries develop, fall naturally
3 within the scope of the jurisdiction of the International Brotherhood of
4 Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers,
5 shall constitute work coming under its jurisdiction, and shall be per-
6 formed by members of the aforesaid organization.

1 **11.13.** There shall be no change in the established practice in the
2 railroad industry with respect to the handling of jurisdictional disputes
3 between the Boilermaker and the Blacksmith crafts. The existing
4 machinery in effect will be used.

1 **11.14.** Where other materials are used as a substitute for metal, or
2 where equipment is developed of materials other than metal of the type
3 covered by the foregoing paragraphs, such material or equipment is
4 equally covered under this Article.

# ARTICLE 12
## REVENUE

### 12.1 – Sources

1 The revenue of the International Brotherhood shall be derived from
2 the following sources: (a) a Per Capita Tax as provided by this Constitu-
3 tion payable monthly on dues receipts of all members of all subordinate
4 bodies of the Brotherhood and on any receipts from agency shop, Rand
5 Formula, or other similar arrangements; (b) initiation and reinstatement
6 fees; (c) fees and charges as prescribed by this Constitution; (d) supplies
7 for which charges are levied to subordinate bodies; (e) investments; and
8 (f) such other sources as may be determined by the Executive Council,
9 consistent with this Constitution.

## 12.2 – Taxes and Fees

### 12.2.1 – Schedule of Taxes and Fees

1  The amounts of the above taxes, fees, and charges, which are payable
2  to the International Brotherhood, shall be as follows:

3  **Initiation and Reinstatement Fees**

4  $25 - $1,000     20% of the fees collected, but not less than one month's
5                   Per Capita Tax, shall be remitted to the International
6                   Secretary-Treasurer
7  Withdrawal Card (One Month's Per Capita Tax) ...........................$ 34.95
8  Renewal of Withdrawal Card .............................................$ 10.00
9  Deposit of Withdrawal Card (One Month's Per Capita Tax).........$ 34.95
10 One Month's Per Capita Tax ..............................................$ 34.95

### 12.2.2 – Annual Adjustment

11 Every January 1, the monthly Per Capita Tax set forth in Article 12.2.1
12 above shall be adjusted by the percentage increase in average hourly
13 earnings in manufacturing as issued by the Bureau of Labor Statistics
14 for the twelve (12) month period, July to July, immediately preceding
15 an adjustment date, "rounded" to the nearest Five Cents ($0.05) with the
16 maximum adjustment on any adjustment date to be One Dollar ($1.00).
17 However, if the Bureau of Labor Statistics changes the manner in which
18 it collects data and/or evaluates the average hourly earnings in manu-
19 facturing such as to create an anomaly in the adjustment, the adjustment
20 for the proceeding year shall be the average of the last three (3) years.
21 Such action shall remain controlling until the next regular Convention.

### 12.2.3 – Contingency Increase

22 Effective January 1, 2007 through June 30, 2007, and then in each fis-
23 cal year thereafter (July 1 through June 30) in which the total number of
24 active members at fiscal year-end is less than the previous fiscal year-end
25 total, the Per Capita Tax shall increase by an amount proportionate to
26 the number of members lost, rounded to the nearest Five Cents ($0.05).
27 Such increase shall be in addition to any other adjustments to the
28 Per Capita Tax required under this Constitution. There shall be at least
29 ninety (90) days notice given to the Local Lodges before the effective
30 date of the increase. The effective date of this contingency increase shall
31 be January 1st of the calendar year following the fiscal year in which
32 the decrease in membership occurs. If in any subsequent fiscal year
33 membership increases, the Per Capita Tax shall be decreased by an
34 amount proportionate to the number of members gained, but in no event
35 shall this decrease exceed the amount of the accumulated increase.

### 12.3 – Payments to International Secretary-Treasurer

1   It shall be the duty of the International Secretary-Treasurer to collect
2  from each subordinate body the above taxes, fees, and charges, and it
3  shall be the duty of the subordinate bodies to make such payments to
4  the International Secretary-Treasurer immediately upon their receipt of
5  the tax, fee, or charge amount set forth in Article 12.2, with the next
6  monthly financial report.

# ARTICLE 13

## BONDING

### 13.1 – Requirement

1   All officers, representatives, and employees of the International
2  Brotherhood or of any subordinate body thereof who are required to be
3  bonded by law and/or this Constitution shall be bonded through the
4  International Brotherhood and the cost thereof shall be borne by the re-
5  spective body involved of which the person being bonded is an officer,
6  representative, or employee. Any person elected to office and unable to
7  qualify for proper bonding shall be automatically disqualified and the
8  office vacated.

### 13.2 – Amount of Bond

1   The amount of bond for each person bonded shall be in the proper
2  legal amounts as required by law and/or the Executive Council.

### 13.3 – Release from Bond

1   No officer, representative, or employee shall be released from such
2  bond until a proper audit of the accounts of said officer, representative,
3  or employee has been made and accepted by the appropriate body and
4  the International Brotherhood.

# ARTICLE 14

## DISTRIBUTION OF REVENUE

### 14.1 – Distribution

1   All revenue provided for in Articles 12.2.1, 12.2.2, and 12.2.3 received by
2  the International Brotherhood shall be deposited in the General Fund. The
3  General Fund may be used for the payment of all debts and obligations
4  of the International Brotherhood, or for any other legitimate purpose pre-
5  scribed in this Constitution, including, but not limited to, the payment of
6  Death Benefits as set forth in Article 15, Convention expenses, publication
7  expenses, strike and lockout benefits, and for the payment of legal fees and
8  other expenses incurred in the defense of the International Brotherhood.

# ARTICLE 15

## DEATH BENEFIT

### 15.1 – Coverage

**15.1.1.** Effective upon adoption of this Constitution, the New Death Benefit coverage provided under Article 15, as adopted by the 23rd Consolidated Convention, August 18-22, 1969, shall be revised as provided herein.

**15.1.2.** Effective August 1, 1970, the International Brotherhood shall provide a Death Benefit of One Thousand Dollars ($1,000.00) for eligible members who had twenty-five (25) years or more of continuous participating membership in the International Brotherhood as of August 1, 1970, regardless of age and on a closed group basis.

### 15.2 – Method of Funding Payments

All Death Benefits payable pursuant to the terms of Article 15 shall be paid from the General Fund.

### 15.3 – Definitions

The following definitions shall apply to the terms used in this Article:

**15.3.1.** The term "eligible member" shall mean a member of the International Brotherhood, regardless of age, who has twenty-five (25) years or more of continuous participating membership in this International Brotherhood as of August 1, 1970.

**15.3.2.** The term "continuous participating membership" shall mean the uninterrupted period during which Death Benefit contributions have been continuously paid from the date of initiation, or last reinstatement, or deposit of a Withdrawal Card or a Severance Card, to the date of eligibility, August 1, 1970.

### 15.4 – Notice of Death

Notice of death shall be given to the International Secretary-Treasurer at the headquarters office of the International Brotherhood within thirty (30) days after death unless notice within such time shall be prevented by unavoidable circumstances. Upon receipt of notice, the International Secretary-Treasurer shall mail to the person or persons entitled to make claims, a form for the purpose of furnishing proof of death. The completed form along with a certified death certificate shall be submitted to the International Secretary-Treasurer at the headquarters office within thirty (30) days after the receipt of such form. Failure to comply with the requirements of this section shall relieve the International Brotherhood from any liability to a member or a member's beneficiaries on account of death.

37

### 15.5 – Beneficiaries

1   An eligible member shall initially designate one (1) or more beneficia-
2   ries on a form to be furnished by the International Secretary-Treasurer
3   and a change of beneficiaries may thereafter be effected by filing a writ-
4   ten request with the International Secretary-Treasurer on such form.
5   Any such change in beneficiaries shall become effective upon receipt of
6   such written request by the International Secretary-Treasurer.

### 15.6 – Funeral and Burial Expense

1   The International Secretary-Treasurer shall, in any event, have the
2   authority to pay funeral and burial expenses incurred on behalf of
3   an eligible member to the extent of the sum of Five Hundred Dollars
4   ($500.00) and to deduct such payment from the amount of the Death
5   Benefit payable under this Article.

# ARTICLE 16

## STRIKES AND STRIKE BENEFITS

### 16.1 – Strike Vote

1   It shall be the duty of any subordinate body of the International
2   Brotherhood, which is contemplating engaging in a strike, to conduct a
3   strike vote prior to the calling of any such strike. The vote on the issue of
4   whether to call a strike, or to vote on a proposal from management, shall
5   be taken by secret ballot on ballot forms to be furnished by the Interna-
6   tional Secretary-Treasurer, at a regular or special meeting of the sub-
7   ordinate body involved, provided that if approved or directed by the
8   International President such secret ballot may be taken by other appro-
9   priate means or manner. Regardless of whether a vote is taken at a regu-
10  lar or special meeting, the affected membership of the subordinate body
11  shall be given adequate notice that a strike vote, or a vote on a proposal
12  from employers on settlement, will be taken, such notice to be given in
13  a manner reasonably calculated to reach such membership. Only those
14  members who are actually employed, or those members of Industrial,
15  Ship Building, or Marine Lodges who have been involuntarily unem-
16  ployed less than fourteen (14) calendar days, or those members who
17  are on the current out-of-work list of Construction Lodges available for
18  and seeking work at the time a vote is taken, shall be entitled to vote on
19  a strike or a proposal for settlement. Any member who voluntarily has
20  not worked or sought work under the jurisdiction of the International
21  Brotherhood or the member's Local Lodge for the sixty (60) day period
22  preceding a strike or proposal for settlement vote, shall be prohibited
23  from participating in said vote. Before the vote is taken, the membership
24  shall be advised of the issues involved. It shall require a two-thirds vote
25  of such members who are present and voting to obtain an authorization

38

26  for a strike. Authorization to strike shall be subject to the approval of the
27  International President. No strike shall be called which is in violation of
28  an existing collective bargaining agreement or which is otherwise in vi-
29  olation of law. Members who fail to fully participate in the strike efforts
30  by leaving the area of the strike or securing work elsewhere shall not be
31  entitled to vote on any strike issue. Any deviation from this section must
32  have the prior approval of the International President.

### 16.2 – Strike Benefits

1   The General Fund of the International Brotherhood shall be avail-
2   able for paying strike, lockout, or victimization benefits. Such benefits
3   shall consist of a sum not to exceed Three Hundred Twenty-Five Dollars
4   ($325.00) per week effective August 1, 2021, for each member in good
5   standing who is entitled to receive such benefits as provided in this Ar-
6   ticle. The Executive Council may, by majority vote, suspend payment of
7   such benefits when the financial condition of the International Brother-
8   hood so warrants. Benefits shall commence to be paid on the first (1st)
9   calendar day of unemployment due to strike, lockout, or victimization
10  as provided herein, except that any member who has participated in a
11  decertification effort or any action to assist another labor organization to
12  be recognized as the bargaining agent shall forfeit all rights and claims
13  to strike, lockout, or victimization benefits, subject to the approval of the
14  International President.

### 16.3 – Conditions for Payment of Strike Benefits

1   Strike benefits shall be payable only under the following conditions
2   and after the following steps have been taken:

### 16.3.1 – Authorization

3   The subordinate body involved is in good standing and has obtained
4   strike authorization provided for in Article 16.1.

### 16.3.2 – Subordinate Body Reporting Requirements

5   The subordinate body involved has submitted a full report of the
6   contemplated strike to the International President setting forth the na-
7   ture of the strike, number of persons involved, and the issues. Such re-
8   port shall be received at International Headquarters in sufficient time
9   to permit the International President to conduct an investigation of the
10  situation through an International Vice President or other representa-
11  tive assigned by the International President to perform such function.

39

### 16.3.3 – Investigation by International

12    Such representative shall investigate the situation, including the reg-
13  ularity of the strike vote, and make a report thereon to the International
14  President, who, based on such report and on such other information as
15  the International President may have obtained, shall make recommen-
16  dations to the Executive Council concerning the payment of strike ben-
17  efits. Upon receipt of such report, the members of the Executive Council
18  shall then vote on the question of whether to provide strike benefits and,
19  if the majority of the Council so vote, such benefits shall be paid.

### 16.3.4 – Eligibility for Benefit

20    When the International Brotherhood or any subordinate body thereof
21  is involved or engaged in concerted organizing activity and directly in-
22  volved employees have signed an official application for membership,
23  paid the required initiation and/or reinstatement fee as determined by
24  the International President, and so recorded in the office of the Interna-
25  tional Secretary-Treasurer, said employees shall, subject to the authori-
26  zation and approval of the International President as provided under
27  Article 16.1, be eligible for strike sanction and benefits in accordance
28  with Article 16.2. The above situation shall also apply where directly
29  involved employees within the bargaining unit are locked out or forced
30  to take strike action for recognition.

### 16.4 – Duties of Lodges Receiving Strike or Victimization Benefits

1    Whenever a strike is called in respect to which the payment of strike
2  benefits is being requested, the Secretary-Treasurer of the subordinate
3  body involved shall establish a strike roll in duplicate on forms pro-
4  vided by the International Secretary-Treasurer, containing the names,
5  addresses, and register numbers of all members on strike or those vic-
6  timized and who are claiming benefits. A copy of such roll shall be
7  forwarded to the International Secretary-Treasurer each week that the
8  strike or victimization is in progress. The strike or victimization roll
9  shall be signed in accordance with instructions issued by the Interna-
10  tional Secretary-Treasurer. Only members who sign the weekly strike
11  or victimization roll shall be eligible for benefits for such week. The
12  strike or victimization rolls shall be kept in the official files of the sub-
13  ordinate body for a period of one (1) year after the termination of such
14  strike or victimization and shall at all times be subject to inspection by
15  an authorized representative of the International President. Any mem-
16  ber who is either gainfully employed or receiving unemployment com-
17  pensation, workers' compensation, or accident and sickness benefits,
18  shall not be eligible to sign the weekly strike or victimization roll. Any
19  member who leaves the strike area or fails to perform assigned picket

20   duty when requested unless excused by the officer in charge shall not
21   be eligible to sign the weekly strike or victimization roll. Members re-
22   ceiving strike or victimization benefits shall be entitled to free dues for
23   each full calendar month the strike or victimization is in progress in
24   which no more than four (4) days employment is received. Such ben-
25   efits shall be paid by the International Secretary-Treasurer on the basis
26   of the official strike roll. Each member receiving strike or victimiza-
27   tion benefits shall sign a note in duplicate, and such duplicate shall be
28   forwarded to the International Secretary-Treasurer reading as follows:

29          State_____City_____Date_____
30          If I am either gainfully employed or receiving
31      unemployment compensation, workers' compensation,
32      or accident and sickness benefits and receive strike or
33      victimization benefits during such period of time, I
34      hereby further agree to pay back to the International
35      Brotherhood the full amount of strike or victimization
36      benefits received by me during such period of time.
37          I further agree that in the event the International
38      Brotherhood instigates litigation against me in order to
39      enforce the above agreement I shall pay all of the cost
40      incurred by the International Brotherhood.
41      Name_____
42      Address_____
43      Register No._____

### 16.5 – Termination of Strike Benefits

1    Strike benefits shall be payable as long as the strike shall continue;
2    provided, however, that the subordinate body involved in the strike
3    shall make every reasonable effort to terminate the strike; and provided
4    further that a representative of the International President shall be kept
5    fully informed of the progress of negotiations and shall be entitled to
6    participate in such negotiations in an advisory capacity. If such repre-
7    sentative determines that any employer offer should be submitted to
8    the membership affected by the strike for a vote as to their acceptance,
9    the representative shall be authorized to conduct such vote which shall
10   be taken by secret ballot at a meeting of which such members have been
11   given reasonable notice, a majority of those attending and voting to de-
12   cide the issue, but provided that such representative may authorize a
13   vote to be taken by other appropriate means or manner. It is further
14   provided, however, that the International President, with the consent
15   and approval of the Executive Council, shall have the authority to ter-
16   minate the payment of strike benefits at any time that it is determined
17   that further benefit payments are not warranted.

#### 16.6 – Lockout or Victimization Benefits

1     Lockout or victimization benefits in the same amount as strike ben-
2 efits may be paid to any member in good standing who is neither gain-
3 fully employed nor receiving unemployment compensation, workers'
4 compensation, or accident and sickness benefits, and has lost employ-
5 ment by reason of being locked out by the member's employer or dis-
6 charged while acting under instructions of the member's subordinate
7 body, or a committee of such subordinate body. Such benefits shall be
8 payable at the discretion of the International President upon approval
9 of the Executive Council if, upon investigation, it is determined that
10 such payments are warranted, and shall continue for such period as the
11 lockout continues or the International President and Executive Council
12 may determine.

#### 16.7 – Limitation of Responsibility of International Brotherhood

1     Strike authorization and/or payment of strike benefits by the Inter-
2 national Brotherhood does not constitute responsibility for, authoriza-
3 tion, or approval of any illegal action or activities of any subordinate
4 body, its officers, or members who are engaged in a strike.

# ARTICLE 17

## DISCIPLINARY PROCEEDINGS, TRIALS, AND APPEALS

### 17.1 – Offenses

1     The basis of charges against officers or members of a subordinate
2 body, against officers of the International Brotherhood, or against a sub-
3 ordinate body itself shall include, but shall not be limited to, any one (1)
4 or more of the following offenses:

5     **17.1.1.** Violation of any provision of this Constitution or the By-
6 Laws of a subordinate body or failure to perform duties or functions
7 specified therein;

8     **17.1.2.** Refusal to follow lawful directives, orders, or regulations of
9 the International President, the Executive Council, or officers of a sub-
10 ordinate body;

11     **17.1.3.** Engaging in any subversive activity, such as fostering or
12 abetting any Communist, Fascist, or other totalitarian movement;

13     **17.1.4.** Maintaining membership in another labor organization that
14 adversely affects the interest of this International Brotherhood;

15     **17.1.5.** Engaging in any activity or course of conduct contrary or
16 detrimental to the welfare or best interest of the International Brother-
17 hood or of a subordinate body;

18    **17.1.6.**    The commission of any unlawful, dishonest, dishonorable, or
19 discreditable act in connection with union duties or responsibilities;

20    **17.1.7.**    Mishandling, misappropriating, or otherwise misusing
21 union funds or properties;

22    **17.1.8.**    Willfully making any false or fraudulent report required un-
23 der this Constitution;

24    **17.1.9.**    Encouraging or engaging in dual unionism or in a secession-
25 ist movement;

26    **17.1.10.** Willfully slandering or libeling a member of the International
27 Brotherhood or falsely or maliciously attacking the character, impugn-
28 ing the motives, or questioning the integrity of any member of the Inter-
29 national Brotherhood;

30    **17.1.11.** Engaging in or fomenting any acts or course of conduct
31 which are inconsistent with the duties, obligations, and fealty of
32 the members of a trade union and which violate sound trade union
33 principles or which constitute a breach of any existing collective
34 bargaining agreement;

35    **17.1.12.** Failure to exercise responsibility toward the Interna-
36 tional Brotherhood as an institution or engaging in conduct which
37 would interfere with the International Brotherhood's performance of
38 its obligations;

39    **17.1.13.** Threatening with violence or assaulting any union member
40 or officer;

41    **17.1.14.** Causing disruption or disturbance at a union meeting or
42 union office, interfering with the orderly conduct thereof, or appearing
43 at any such meeting or office in an intoxicated condition;

44    **17.1.15.** Failure to obey orders, directions, or rulings of the presiding
45 officer of any union meeting;

46    **17.1.16.** Obtaining or assisting in obtaining membership through
47 fraudulent means or by misrepresentation. Violation of this subsection
48 shall be punishable by revocation of membership;

49    **17.1.17.** Making known the business of the International Brotherhood
50 or any subordinate body to persons not entitled to such knowledge;

51    **17.1.18.** Filing charges of violations of this Constitution maliciously
52 or wantonly;

53    **17.1.19.** No member employed by any employer shall accept any con-
54 tract work;

55    **17.1.20.** No member shall accept employment with a nonunion con-
56 tractor without prior written approval by the Business Manager or
57 where there is no Business Manager, by the President of the Local Lodge
58 having the jurisdiction over the territory.

## 17.2 – Charges and Notice of Trial

### 17.2.1 – Charges

1    Charges of violation of this Constitution or subordinate body By-
2 Laws may be made by any member in good standing who has knowl-
3 edge of the alleged violation. Charges shall at all times be made in good
4 faith and within sixty (60) days after the date that the alleged viola-
5 tion occurred. However, this time limit will not apply to those charges
6 wherein the basic facts and evidence pertaining thereto could not be
7 accumulated or made known within that period of time. In no event
8 will any charge be processed which is based on an alleged violation oc-
9 curring more than one (1) year prior to the filing of such charge except
10 that this time limit shall not apply to any charge alleging a violation
11 of Article 17.1.7. Failure to file charges in good faith or malicious or
12 wanton filing of charges shall subject the charging party to disciplinary
13 action and punishment. Charges shall be set forth in writing and a copy
14 of the charges served upon the individual or body being charged by
15 registered or certified mail, with return receipt requested to last-known
16 address, and a copy thereof filed with the President of the Local Lodge
17 and the International President. Charges shall set forth with sufficient
18 definiteness to inform the accused of the nature and circumstances of
19 the violations complained of, together with a reference to the particu-
20 lar subsection of Article 17.1 under which the charges were brought.
21 If the charges are not filed in conformance with this paragraph, the In-
22 ternational President is authorized to dismiss said charges. Article 17
23 proceedings are to address and remedy serious violations of this Con-
24 stitution or subordinate body By-Laws. Accordingly, referral disputes
25 shall be resolved through the referral disputes procedure, while con-
26 tractual violations shall be resolved under the grievance procedure of
27 the applicable labor agreement. Other disputes, such as personal or
28 political disputes or differences shall be addressed through the Grievance
29 Adjustment Procedures provided in Article 5.7 of this Constitu-
30 tion. The foregoing not withstanding, circumstances may arise in
31 which conduct implicating the collective bargaining agreement and/
32 or referral procedures may also be appropriately addressed through
33 Article 17 proceedings.

### 17.2.2 – Notice of Trial

34    Upon receipt of notification from the International President that
35 charges have been properly filed, the Lodge President or the Interna-
36 tional President (where the International President has assumed juris-
37 diction) will, within a reasonable period of time, establish a date for an
38 informal hearing between the parties directly involved, and a sincere
39 effort will be made to resolve the matter at this point. If the charges are

44

40 disposed of as a result of this informal hearing, the agreement reached
41 by the parties shall be reduced to written form, signed by the parties
42 directly involved therein and witnesses thereto. However, if the matter
43 is not concluded on such informal basis, the Local Lodge President or
44 the International President, as the case may be, shall fix a time for trial
45 which shall be not later than forty-five (45) days following receipt of
46 such charges and shall give the accused at least fifteen (15) days notice
47 of the time and place of a hearing on such charge at which such accused
48 shall appear and defend. If the accused fails to appear, unless postpone-
49 ment has been granted for good cause, the trial shall nevertheless pro-
50 ceed. Similar notice shall be given the charging party and all directly
   involved parties.

### 17.2.3 – Dismissal of Charges

51

52    In circumstances where the International President determines that it
53 is in the best interest of the International Brotherhood and its members,
54 the International President may direct that the charges be dismissed as
55 lacking in merit, as involving minor disputes, or for such other reasons
56 as the International President deems appropriate; that any or all time
57 limits for handling said charges be held in abeyance for a reasonable
58 period of time; or that the dispute be resolved in some other forum or in
59 some other manner deemed by the International President to be appro-
60 priate under the circumstances; provided, however, that no penalty may
61 be assessed against the accused member over that member's objection
62 absent a formal hearing as provided for in this Article. If not satisfied
63 with the International President's decision, the Charging Party may ap-
64 peal, in writing, by registered or certified mail, to the Executive Council,
65 providing the appeal is received by the Executive Council within fifteen
66 (15) days from the date of the International President's decision. In cases
67 of appeal, the International President will postpone further action on
68 the dispute pending final decision from the Executive Council. The deci-
69 sion by the Executive Council shall be final and binding.

### 17.3 – Trial Bodies

### 17.3.1 – Local Lodge Jurisdiction

1    Local Lodges shall have jurisdiction to hear charges, through a trial
2 body, involving their members or their officers, or members working
3 or seeking work in their jurisdiction if the offense is there committed,
4 subject to the provisions of Articles 17.2.3 and 17.3.2. The trial body of
5 the Local Lodge shall consist of a panel of three (3) of the elected of-
6 ficers of such Lodge as decided by the elected officers. No charging or
7 other directly involved party shall sit as a member of a trial body, and
8 any member of a trial body may be challenged for cause and, if the trial
9 body finds cause to exist, such member shall vacate that position and

10 the President shall fill such vacancy by appointment. In the event such
11 vacancy cannot be filled by a Local Lodge officer, the Local Lodge shall
12 elect from among the members of the Local Lodge to fill such vacancy.

### 17.3.2 – Executive Council Jurisdiction

13 The Executive Council shall have jurisdiction to hear charges of vio-
14 lations of this Constitution by any member or subordinate body of the
15 International Brotherhood if in the judgment of the International Presi-
16 dent the circumstances warrant. It can exercise such jurisdiction even
17 though charges are pending before a Local Lodge. The Executive Coun-
18 cil shall have exclusive jurisdiction to hear charges against subordinate
19 bodies and against International Officers. Any member of the Executive
20 Council who is directly involved in the proceedings so that the Council
21 member cannot function in an impartial manner shall not participate in
22 the proceedings or be subject to challenge for cause.

### 17.4 – Trial Procedure

### 17.4.1 – Conduct of Hearing

1 In all hearings, trials, and other matters which are to be decided and
2 acted upon by the Executive Council, the conduct of the hearing and
3 the taking of evidence may be performed by a member or officer of the
4 Brotherhood or by a panel duly appointed by the International Presi-
5 dent to act in the matter. The required report to the Executive Council,
6 copy of the record made at the hearing or trial, together with exhibits
7 will be forwarded to International Headquarters and the decision in
8 the case shall be made by the Executive Council based on such report
9 and record.

### 17.4.2 – Minutes of Proceedings

10 At every hearing, whether conducted on the Local or International
11 level, minutes of the proceedings shall be kept together with a summary
12 of the evidence and the testimony of witnesses. If a verbatim record is
13 desired by any party to the proceedings, the union shall provide same
14 and such party shall bear the costs of same, and other directly involved
15 parties desiring a copy shall pay the costs of such copy.

### 17.4.3 – Representation and Cross Examination

16 Either party shall have the right to confront and cross-examine wit-
17 nesses and to be represented only by a member except one in a super-
18 visory capacity. No non-members, other than witnesses and official
19 reporter, if any, shall be permitted to attend the hearing. Witnesses, ex-
20 cept when testifying, shall be excluded upon the request of an opposing
21 party or at the discretion of the trial body or Hearing Officer. The trial
22 body or Hearing Officer shall have authority to limit the attendance of
23 members if necessary to preserve order.

### 17.4.4 – Decision of Trial Body

As soon as possible, but not more than twenty-one (21) days after the conclusion of the trial, or in cases where verbatim transcript is involved within twenty-one (21) days after receipt of transcript, unless otherwise determined by the International President, the trial body shall make a decision in writing and send a copy to the accused and other directly involved parties by registered or certified mail, with return receipt requested to last-known address. If the accused is found guilty, the trial body shall establish the penalty and set it forth in its decision. Penalties should be imposed according to the nature of the offense.

## 17.5 – Penalties

### 17.5.1 – Types of Penalties

Penalties for violations of this Constitution may include reprimand, fine, suspension from office or from membership rights for a stated period, suspension from right to run for office for a stated period, suspension from right to attend meetings, or if permitted to attend from the right to speak or vote at meetings for a stated period, revocation of Withdrawal Card, expulsion from membership, suspension or revocation of charter, or a combination of any of the foregoing.

### 17.5.2 – Notification

Subordinate bodies which have imposed any penalty under this Article shall immediately notify the International President and International Secretary-Treasurer thereof in writing.

### 17.5.3 – Removal from Premises

Any person violating the provisions of Article 17.1.14 shall be required to leave the premises. If the conduct involved warrants further action, it shall be necessary to prefer charges and have a hearing conducted thereon as provided in this Article.

## 17.6 – Appeals

### 17.6.1 – Written Appeal to Executive Council

The decisions of Local Lodge trial bodies may be appealed to the Executive Council by any party adversely affected by such decision. Appeals shall be in writing and filed with the International President by registered or certified mail to be received by the International President within fifteen (15) days of the date the trial body decision is mailed and shall state the basis for the appeal. Pending action on any appeal, all penalties that might have been prescribed shall continue in effect, including payment of fines, unless otherwise directed by the International President.

#### 17.6.2 – Disposal of Appeal

10   The Executive Council may dispose of the appeal as the circumstanc-
11   es and record warrant, including remand for further proceedings or
12   retrial, including alteration, change, or modification of penalty.

#### 17.6.3 – Decisions Involving an International Officer

13   Decisions of the Executive Council shall be final, except that deci-
14   sions of the Executive Council finding an International Officer guilty
15   of charges of violations of the Constitution may be appealed to the next
16   Convention. If any such Officer desires to appeal, that Officer shall file
17   such appeal with the International Secretary-Treasurer within thirty
18   (30) days after receiving the decision.

# ARTICLE 18

## TRUSTEESHIPS

### 18.1 – Authority For

1   The Executive Council shall have authority to place any subordinate
2   body under trusteeship if it is satisfied after notice and hearing that a
3   trusteeship is warranted and the interests of the International Brother-
4   hood so require. If it appears that a trusteeship may be necessary, such
5   hearing shall be conducted as provided for in Article 17.4.1. The subor-
6   dinate body involved shall be given at least ten (10) days written notice
7   of such trusteeship hearing. Interested officers and members, including
8   representatives of the International Brotherhood, may appear at such
9   hearing to present evidence as to why a trusteeship should or should
10   not be imposed. Grounds for the imposition of trusteeships shall include
11   secession or threatened secession; dissolution or threatened dissolution;
12   dissipation or loss of funds or assets or financial malpractice or cor-
13   ruption or threat thereof; violation or threatened violation of collective
14   bargaining agreements; the deprivation of democratic procedures and
15   other activities constituting a violation of this Constitution and threat-
16   ening the welfare of the subordinate body membership or the Interna-
17   tional Brotherhood. If upon the evidence introduced at the trusteeship
18   hearing and all the circumstances the Executive Council is satisfied that
19   a trusteeship is required, it may impose a trusteeship for such period as
20   it deems reasonably necessary, and place a trustee appointed by the In-
21   ternational President in charge of the activities of the subordinate body.

### 18.2 – Administration of Trusteeship

1   Such trustee shall have the right, upon demand, to all the funds,
2   properties, books, and assets of the trusteed body for the period that
3   the trustee is in charge. Such properties shall be held in trust for the
4   benefit of the subordinate body and expended only to the extent neces-

48

5 sary for the proper conduct of the affairs of the subordinate body. The
6 trustee shall be adequately bonded. The trustee so appointed shall be
7 authorized and empowered to remove any or all officers and appoint
8 temporary officers for the duration of the lodge's trusteeship and to re-
9 move or replace other representatives or employees of such trusteed
10 body, and to take such other actions as in the trustee's judgment are
11 necessary for the preservation of the subordinate body and its assets,
12 all subject to the direction, instructions, and approval of the Interna-
13 tional President. Any officers who may be suspended by the trustee
14 under the provisions of this section shall surrender to the trustee upon
15 proper receipt therefor, all monies, books, and properties of the subor-
16 dinate body. Temporarily-appointed officers shall be members in good
17 standing of such subordinate body. At the termination of the trustee-
28 ship, the officers who have been suspended shall resume their offices
29 for the balance of the term unless the trustee, with the approval of the
20 International President and after hearing, determines that any particu-
21 lar officer shall be removed. In the event of such removal, the vacancy
22 shall be filled under the provisions of this Constitution. The trustee shall
23 be empowered to pay all claims which are properly approved if funds
24 therefor are available and in all necessary particulars to conduct the af-
25 fairs and management of the subordinate body with the assistance of
26 the temporary officers herein provided for until the trusteeship is ter-
27 minated. Expenses incurred by reason of the trusteeship shall be paid
28 out of the funds of the subordinate body, if they are available, otherwise
29 they shall be borne by the International Brotherhood. During the period
30 of trusteeship, no funds of the trusteed body except normal Per Capita
31 Tax and other financial obligations normally payable by subordinate
32 bodies shall be transferred to the International Brotherhood unless the
33 subordinate body is dissolved. Such trusteeship shall be continued no
34 longer than is necessary to coordinate and reorganize the affairs of the
35 subordinate body and shall in all events be concluded as soon as prac-
36 ticable within the judgment of the International President subject to the
37 approval of the Executive Council; provided, however, that the trusteed
38 subordinate body shall have the right to appeal to the Executive Coun-
39 cil for removal of the trusteeship if it is deemed that such trusteeship
40 has served its purpose. If it becomes necessary to revoke permanently
41 the charter of the subordinate body, then any balance remaining to the
42 credit of the subordinate body and other properties shall be forwarded
43 to the International Secretary-Treasurer.

## 18.3 – Emergency Power of the International President

1 In any situation in the judgment of the International President, where
2 grounds for the establishment of a trusteeship exist or grounds for sus-
3 pension of a subordinate body officer exist, and in addition the activi-
4 ties of the subordinate body or of its officers or membership are such as

49

5  to create an emergency imminently threatening the welfare, funds, or
6  property of the subordinate body, then the International President may
7  summarily place a subordinate body in trusteeship, subject to a subse-
8  quent hearing by the Executive Council as set forth in Article 18.1. Such
9  hearing shall be held within fifteen (15) days after the imposition of such
10  emergency trusteeship. If in the International President's judgment the
11  situation warrants, the International President may at any time within
12  thirty (30) days of the imposition of the emergency trusteeship termi-
13  nate same. In the event the International President does not terminate
14  the emergency trusteeship within thirty (30) days, the Executive Coun-
15  cil, as soon as practicable thereafter upon the evidence introduced at the
16  trusteeship hearing and all the circumstances relating thereto, shall take
17  action in accordance with Article 18.1.

# ARTICLE 19

## DIVISIONS AND COUNCILS

### 19.1 – Divisions

1  In order to facilitate the orderly administration of the internal opera-
2  tions of the Brotherhood and in recognition of the occupations embraced
3  in its jurisdiction, the membership of this Brotherhood shall be grouped
4  in three (3) broad divisions and twelve (12) subdivisions, as follows:

### 19.1.1 – Ship Building and Marine

5  Embracing (1) Commercial Yards, (2) Naval Yards, and (3) other Ma-
6  rine Work.

### 19.1.2 – Construction

7  Embracing (1) Erection, Dismantling, Conversion, Quality Control,
8  and Repair, and (2) Contract Maintenance.

### 19.1.3 – Industrial Plants or Shops

9  Embracing (1) Production and Maintenance Units, (2) Craft Units
10  (production), (3) Craft Units (maintenance), (4) Railroad Craft Units
11  (manufacture, maintenance, and repair of railroad equipment, and in-
12  frastructure), (5) Office–Professional–Technical Units, (6) Paramedics,
13  and (7) Diversified Units and Business Equipment.

### 19.2 – Industry Councils

### 19.2.1 – Establishment and Affiliation

1  The International President, with the approval of the Executive
2  Council, shall have authority to establish a Council or Conference on
3  an industry-wide basis for any industry other than the construction

50

industry. The International President and Executive Council shall
have authority to determine whether particular Lodges shall be re-
quired to affiliate and/or remain in affiliation with a particular Council
or Conference.

### 19.2.2 – Council Function

It shall be the function of an Industry Council or Conference to coor-
dinate activities of Local and District Lodges and of the membership in
such industry, to assist in organizational work in such industry, to assist
in collective bargaining with a view to establishing uniform rates and
conditions in such industry, and in this connection to engage in research
and related activities on an industry-wide basis.

### 19.2.3 – Collective Bargaining

The International President and Executive Council shall have au-
thority to require Local Lodges affiliated with an Industry Council or
Conference to engage in that type of collective bargaining which will
effectively promote the establishment of uniform rates and conditions
in the industry and the welfare of the membership.

## 19.3 – Industrial Councils

### 19.3.1 – Establishment and Affiliation

The International President, with the approval of the Executive
Council, shall have authority to establish Industrial Councils on a geo-
graphic or trade basis to assist and coordinate in the attainment of the
declared purposes and objectives of this International Brotherhood. As
a servicing and coordinating body, the Industrial Council shall be em-
powered to engage or assist in organizing efforts within its jurisdiction
and in the collective bargaining processes authorized in its By-Laws and
may perform such other services and functions as assisting in the ad-
ministration of collective bargaining agreements, establishing training
programs, and engaging in legislative activities as so provided in its
By-Laws. The International President and Executive Council shall have
authority to determine what Local Lodges shall be required to affiliate
and/or remain in affiliation with an Industrial Council.

### 19.3.2 – By-Laws

All Industrial Councils shall adopt By-Laws which shall be approved
by the International President before becoming effective. The By-Laws
adopted shall set forth the Council's organizational structure, govern-
ing principles and policies, including revenue.

51

# ARTICLE 20

## CONSTRUCTION SECTOR OPERATIONS DIVISION

1 There shall be a Construction Sector Operations Division for the pur-
2 pose of servicing those members who have an employment relationship
3 in the Construction Sector. The Construction Sector shall include the
4 following: Construction Division; National Transient Division; Quality
5 Control; and all other construction industries. There shall be an Execu-
6 tive Director-Construction Sector Operations, appointed by the Inter-
7 national President, to supervise and direct all activities that fall under
8 this article.

### 20.1 – Establishment and Function

#### 20.1.1 – Establishment

1 There shall be at International Headquarters a Construction Division
2 for the purpose of servicing solely those members who have an employ-
3 ment relation with the construction industry.

#### 20.1.2 – Function

4 It shall be the function of the Construction Division to assist in
5 collective bargaining in the industry, to negotiate and administer
6 all International Brotherhood work jurisdiction agreements with
7 other International unions in the industry, and to engage in research
8 and other related organizational activities to the end of effectively
9 protecting and promoting the interests of members employed in the
10 construction industry.

### 20.2 – Administration and Conferences

#### 20.2.1 – Administration

1 The Construction Division shall be administered by a Director who
2 shall be appointed by and responsible to the International President.
3 The Director shall recommend and, where justified, the International
4 President shall appoint as many Construction Division representatives
5 as necessary for effective administration of the Division. Said represen-
6 tatives shall be field construction boilermakers except for professional
7 and technical personnel. A fully-staffed and equipped Construction Di-
8 vision support office shall be established in Washington, D.C., to further
9 optimize our effectiveness in dealing with the full range of construction
10 industry problems and to advance the service, representation, and pro-
11 tection of our Construction Lodges and membership.

### 20.2.2 – Conferences

12   Semi-annual conferences will be held of Construction Lodge Business
13   Managers and area Construction Division representatives. A report of
14   these conferences shall be sent to all Construction Lodge Business Man-
15   agers. An annual meeting of all Construction Lodge Business Managers
16   and Construction Division representatives shall be held at a location to
17   be determined by the International President at which a report shall be
18   given of Construction Division activities.

### 20.3 – Revenue

### 20.3.1 – Construction Division Fund

1   There shall be established a Construction Division Fund, as a special
2   purpose fund of the International Brotherhood, to finance those Divi-
3   sion activities set forth in Article 20.1.2, which shall be administered in
4   accordance with provisions of this Constitution.

### 20.3.2 – Construction Division Field Dues Assessment

5   All members or temporary non-members employed on construction
6   or maintenance work on which field dues are payable shall pay to the
7   Lodge/District in which they are employed a Construction Division
8   Fund field dues working assessment in the amount of one and one quar-
9   ter percent (1.25%) of the gross income received from such employment.
10   This assessment shall be in addition to the Lodge/District established
11   field dues.

### 20.3.3 – Lodge/District Field Dues Assessment

12   Lodges/Districts with construction jurisdiction shall levy Lodge/
13   District field dues in the amount set forth in approved Lodge/District
14   By-Laws, but such amount shall not be less than three percent (3%) of
15   the gross income of all members or temporary non-members employed
16   on construction or maintenance work in the Lodge's/District's jurisdic-
17   tion, unless a lesser amount is approved by the Executive Council.

### 20.3.4 – Combined Minimum Field Dues Assessment

18   The combined minimum field dues assessment in any Lodge/
19   District shall not be less than four and one quarter percent (4.25%).

### 20.3.5 – Transmission of Field Dues Assessment

20   Lodges/Districts with construction jurisdiction shall transmit to
21   the International Secretary-Treasurer for deposit to the account of the
22   Construction Division Fund, the Construction Division Fund field dues
23   assessment amount required by Article 20.3.2 and shall retain for de-
24   posit to the account of the Lodge/District the balance of the field dues

25 collected. Such payments shall be made in accordance with procedures
26 established by the International Secretary-Treasurer.

### 20.3.6 – Minimum Cash Reserve and Annual Adjustment

#### 20.3.6.1 – Suspension of Field Dues Caps and/or Escalator Formulas

27 All Construction Lodge/District field dues caps and/or escalator for-
28 mulas were suspended effective December 31, 2001.

#### 20.3.6.2 – Minimum Cash Reserve

29 Effective January 1, 2002, all Lodges/Districts with construction
30 jurisdiction shall levy field dues in an amount calculated by the Con-
31 struction Division to be sufficient to provide the Lodge/District with
32 a minimum two (2) year cash reserve by or before December 31, 2011.

#### 20.3.6.3 – Annual Adjustment

33 Beginning in November 2001 and each November thereafter, the
34 Construction Division shall calculate each Lodge/District field dues
35 assessment. The field dues assessment shall be calculated based upon
36 liquid assets and operating expenses for the prior fiscal year plus pro-
37 jected gain/loss for the current fiscal year. Any change in field dues
38 shall be implemented on January 1 of the year following the review,
39 and shall be rounded to the nearest one quarter of one percent (0.25%).

#### 20.3.6.4 – Maximum Dues Increase

40 The maximum annual increase in Lodge/District field dues, in accor-
41 dance with Article 20.3.6.3, shall be limited to one percent (1%).

#### 20.3.6.5 – Dues Decreases

42 Before any decrease in field dues will be granted, the Lodge/District
43 must maintain a two (2) year cash reserve for at least one (1) fiscal year.

#### 20.3.6.6 – Authority to Change Field Dues Assessment

44 The Executive Council shall, upon recommendation from the respec-
45 tive area International Vice President, be empowered to direct, after
46 proper notification to the Lodge/District, that the Lodge/District field
47 dues assessment shall be adjusted effective January 1st the following
48 year in accordance with the above. The field dues assessment, however,
49 shall not be less than the minimum field dues set forth in Article 20.3.4.

### 20.3.7 – Emergency Field Dues Assessment Authority

#### 20.3.7.1 – Emergency Field Dues Assessment to Construction Division

50  The Executive Council shall be empowered between Conventions to
51  levy an emergency field dues assessment of up to one quarter of one
52  percent (0.25%) of gross income for a period not to exceed the start of the
53  Convention that follows the enactment of the emergency assessment.
54  This emergency assessment shall be in addition to the minimum field
55  dues set forth in Article 20.3.4.

#### 20.3.7.2 – Emergency Field Dues Assessment to Lodge/District

56  The Executive Council shall be empowered between Conventions to
57  levy an emergency field dues assessment to be retained by the Lodge/
58  District in an amount equal to the assessment levied pursuant to Article
59  20.3.7.1. This assessment shall be for a period not to exceed the dura-
60  tion of the emergency assessment for the Construction Division. This
61  emergency assessment shall be in addition to the minimum field dues
62  set forth in Article 20.3.4.

### 20.4 – National Transient Division

#### 20.4.1 – Establishment and Function

1  There shall be a National Transient Division for the purpose of giv-
2  ing status to and servicing those members who by the transient nature
3  of their employment have no fixed permanent place of employment in
4  the construction industry. It shall be the function of the National Tran-
5  sient Division to assist in negotiating the NTD Labor Agreement(s) and
6  to engage in research and other related organizational activities to the
7  end of effectively protecting and promoting the interests of the National
8  Transient membership and the organizational purposes and objectives
9  set forth in Article 1.2.

#### 20.4.2 – Administration and Representatives

#### 20.4.2.1 – Administration

10  The National Transient Division will be administered by a Director
11  who will be appointed by and responsible to the International President.

#### 20.4.2.2 – Representatives

12  The Director shall recommend and, where justified, the International
13  President shall appoint as many Division representatives as necessary
14  to effectively service the National Transient membership in the national
15  area in which they are employed.

### 20.4.3 – Revenue

#### 20.4.3.1 – National Transient Division Fund

16  There shall be established a National Transient Division Fund, as a
17  special purpose fund of the International Brotherhood, to finance those
18  Division activities set forth in Articles 20.4.1 and 20.4.3.3, which shall be
19  administered in accordance with provisions of this Constitution.

#### 20.4.3.2 – Field Dues Assessment

20  The National Transient Division Fund will be financed from field dues
21  payable on all work performed under the NTD Labor Agreement(s).
22  Said dues shall be established in accordance with Articles 20.3.2
23  and 20.3.3.

#### 20.4.3.3 – Use of Funds

24  The National Transient Division Fund will be used to pay the sal-
25  ary, allowances, and expenses approved by the International President
26  incurred by National Transient Division representatives in the perfor-
27  mance of assigned organizational responsibilities.

## ARTICLE 21

### INDUSTRIAL SECTOR OPERATIONS DIVISION

#### 21.1 – Establishment and Function

#### 21.1.1 – Establishment

1   There shall be an Industrial Sector Operations Division for the pur-
2   pose of servicing those members who have an employment relation-
3   ship within the Industrial Sector. The Industrial Sector Operations shall
4   include the following: Manufacturing; Blacksmiths; Boiler; Iron Ship
5   Builders; Forgers; Helpers; Cement, Lime, Gypsum and Allied Work-
6   ers Division; Railroad Division; Stove, Furnace, Energy, and Allied
7   Appliance Workers Division; and all other non-construction indus-
8   tries. There shall be an Executive Director-Industrial Sector Operations,
9   appointed by the International President, to supervise and direct all
10  activities that fall under this article.

#### 21.1.2 – Function

11  It shall be the function of the Industrial Sector Operations Division to
12  assist in collective bargaining in all non-construction industries, to assist
13  with negotiations, consistent with Article 5.2, and administration of all
14  Local Lodge Collective Bargaining Agreements within those industries,
15  and to engage in research and other related organizational activities to
16  the end of effectively protecting and promoting the interests of mem-
17  bers employed within the Industrial Sector.

56

## 21.2 – Administration and Conferences

### 21.2.1 – Administration

1　The International President shall appoint as many Industrial Sector
2　Operations Division representatives as he deems necessary for effective
3　administration of the Division. Said representatives shall be members
4　except for professional and technical personnel. A fully-staffed and
5　equipped Industrial Sector Operations Division support office shall be
6　established, as determined by the International President, to further op-
7　timize effectiveness in dealing with the full range of industry issues and
8　to advance the service, representation, and protection of Industrial Sec-
9　tor Operations Lodges and membership.

### 21.2.2 –Conferences

10　Annual conferences may be held of Industrial Sector Operations
11　Lodge Officers/Representatives and area Industrial Sector Opera-
12　tions International Representatives. When held, such conferences
13　shall be held at locations to be determined by the International Presi-
14　dent at which a report shall be given of Industrial Sector Operations
15　Division activities.

## 21.3 – Revenue

### 21.3.1 – Industrial Sector Operations Fund

1　There shall be established an Industrial Sector Operations Fund, as a
2　special purpose fund of the International Brotherhood, to finance those
3　Division activities set forth in Articles 21.2.1 and 21.2.2 which shall be
4　administered in accordance with the provisions of this Constitution.

### 21.3.2 – Industrial Sector Operations Division Dues

5　Effective January 1, 2021, each Local Lodge with members in the In-
6　dustrial Sector Operations Division, not covered by Articles 21.4 and
7　21.5, will continue to pay into the Industrial Sector Operations Divi-
8　sion Fund Six Dollars ($6.00) per member per month for each member
9　employed on non-construction work to finance those Division activi-
10　ties set forth in Articles 21.2.1 and 21.2.2 which shall be administered in
11　accordance with the provisions of this Constitution. This amount may
12　be increased up to Fifty Cents ($0.50) at the first of each year begin-
13　ning January 1, 2022, if in the judgment of the Executive Council, said
14　increase is necessary. The Industrial Sector Operations Division Dues
15　will be in addition to current monthly membership dues and any other
16　Divisional Dues required by this Constitution.

### 21.3.3 – Transmission of Division Dues Assessment

17  Lodges/Districts with Industrial Sector jurisdiction shall transmit to
18  the International Secretary-Treasurer for deposit to the account of the
19  Industrial Sector Operations Fund, the Division Assessment amount re-
20  quired by Article 21.3.2. Such payments shall be made in accordance
21  with procedures established by the International Secretary-Treasurer.

## 21.4 – Railroad Division

### 21.4.1 – Establishment

1  Within the Industrial Sector Operations there shall be a Railroad Di-
2  vision comprised solely of those members who have employment rela-
3  tionship with the railroad industry in the United States.

### 21.4.2 – Revenue/Industrial Sector Operations Division Dues

4  There shall be established a Railroad Division Fund, as a special pur-
5  pose fund of the International Brotherhood, to finance activities on be-
6  half of the Division. All members gainfully employed in the railroad
7  industry in the United States shall pay Railroad Division dues in the
8  amount of Twenty-Eight Dollars ($28.00) per month.

## 21.5 – Cement, Lime, Gypsum, and Allied Workers Division

### 21.5.1 – Establishment

1  Within the Industrial Sector Operations, there shall be a Cement,
2  Lime, Gypsum, and Allied Workers Division for the purpose of giv-
3  ing status to and servicing those members who have an employment
4  relationship with those industries. New members organized within the
5  jurisdiction of the Division, whether placed in an existing Local Lodge
6  of the Brotherhood or chartered as a new Local Lodge, will be affiliated
7  with the Division.

### 21.5.2 –Revenue

8  There shall be established a Cement, Lime, Gypsum, and Allied
9  Workers Division Fund, as a special purpose fund of the International
10  Brotherhood, to finance activities on behalf of the Division.

### 21.5.2.1 – Dues and Per Capita Tax

11  The Cement, Lime, Gypsum, and Allied Workers Division Fund
12  will be financed by members employed in the industry in the
13  following manner:

### 21.5.2.2 – Industrial Sector Operations Division Dues and Per Capita Tax

14  All members employed in the Cement, Lime, Gypsum, and Allied
15  Workers industry shall pay to the Lodge in which they hold membership

58

16 Cement, Lime, Gypsum, and Allied Workers Division dues at the rate of
17 0.55 percent of their gross pay, excluding bonuses, effective January 1,
18 2012. The Lodge shall transmit to the International Secretary-Treasurer a
19 monthly Per Capita Tax plus the Division dues set forth above.

### 21.5.2.3 – Per Capita Tax for Canadian District Lodges

20 Canadian District Lodges shall transmit to the International Secre-
21 tary-Treasurer a monthly per capita tax payment in the amount of 1.65
22 times the base rate or 1.65 times the current per capita rate, whichever
23 is greater. The per capita tax payment submitted by Canadian District
24 Lodges shall be distributed as follows: 1) International per capita tax as
25 provided in Article 12.2 shall be deducted; 2) a maximum of 0.65 times
26 the base rate shall be remitted to the District Lodge; 3) any remaining
27 balance shall be deposited in the Cement, Lime, Gypsum, and Allied
28 Workers Division Fund.

### 21.6 – Annual Report

1 The International Secretary-Treasurer shall make an annual report of
2 the Industrial Sector Operations Division Fund, including the Railroad
3 Division Fund and the Cement, Lime, Gypsum, and Allied Workers Di-
4 vision Fund, to the Local Lodges.

### 21.7 – Temporary Severance Status

### 21.7.1 – Special Situations

1 In special situations where warranted, the International President
2 shall be empowered to authorize Local Lodges with Industrial Sector ju-
3 risdiction to place a member on Temporary Severance Status provided
4 the member becomes involuntarily unemployed under such conditions
5 as the International President may prescribe.

### 21.7.2 –Rights of Members on a Temporary Severance Status

6 Any member on Temporary Severance Status shall not be entitled to
7 exercise any right accruing from membership in the International Broth-
8 erhood during the period that such Temporary Severance Status is in
9 force and effect.

### 21.7.3 – Deposit of Temporary Severance Status

10 A member on Temporary Severance Status, upon returning to work
11 at the trade, shall immediately be placed on active status and the mem-
12 ber's ability to exercise the rights of membership otherwise suspended
13 will be restored.

#### 21.7.4 – Duration of Temporary Severance Status

14  Temporary Severance Status shall expire twenty-four (24) calendar
15  months after commencement.

## ARTICLE 22

### DISTRICT LODGES

#### 22.1 – Formation

1  In localities where two (2) or more Local Lodges are in existence and in
2  industries where the interests of the International Brotherhood so require,
3  District Lodges composed of such Local Lodges may be formed at the di-
4  rection of the International President and Executive Council. The Interna-
5  tional President and Executive Council shall determine what Local Lodges
6  are eligible for affiliation with the District and shall also determine whether
7  or not a Local Lodge shall affiliate with or remain in affiliation with the
8  District Lodge. All District Lodges shall adopt By-Laws which shall be ap-
9  proved by the International President before becoming effective.

#### 22.2 – Charter and Jurisdiction

1  When it is determined that a District Lodge shall be formed, such
2  Lodge shall be regularly chartered as a subordinate body of the Interna-
3  tional Brotherhood. Each charter shall set forth the allocated geographi-
4  cal and/or trade jurisdiction of such District Lodge, and the International-
5  al President and Executive Council shall have full authority thereafter to
6  change, alter, enlarge, reduce, or cancel such jurisdiction.

#### 22.3 – Purposes

1   The District Lodge shall be primarily an administrative, servicing,
2  and coordinating body. Its principal function shall be to provide mutual
3  protection and harmonious relationships between affiliated Lodges and
4  to coordinate and assist in the attainment of the economic and other
5  objectives of affiliated Lodges. In pursuance of the foregoing purposes,
6  the District Lodge shall be empowered to engage or assist in organizing
7  efforts within its jurisdiction and in the collective bargaining process as
8  authorized in its By-Laws, and it may perform other services and func-
9  tions such as settling grievances and disputes within its jurisdiction, es-
10 tablishing training programs, and engaging in legislative activities if so
11 provided in its By-Laws.

### 22.4 – Government and Meetings

#### 22.4.1 – District Lodges

1    District Lodges shall be governed by a convention of delegates from
2  affiliated Local Lodges as hereinafter set forth, which convention shall
3  meet quadrennially. Between such District Lodge conventions, the Dis-
4  trict Lodge shall be governed by a District Council consisting of three (3)
5  or more of its officers as determined by the By-Laws of the District Lodge,
6  such Council members to be elected at the convention by a majority vote
7  of the delegates there assembled. Such Council shall meet at least semi-
8  annually or as otherwise specified in the District Lodge By-Laws.

#### 22.4.2 – Term of Office – United States

9    The term of all officers of District Lodges shall be in accordance
10  with approved District Lodge By-Laws, but in no event in excess of
11  four (4) years.

#### 22.4.3 – Term of Office – Canada

12    The term of office of District Lodges shall be for five (5) years from
13  July 1st of such election year (2003) and until their successors are elected
14  and assume office. There shall be no deviation from this unless federal
15  or provincial laws dictate otherwise.

#### 22.5 – Representation and Establishment of By-Laws

1    Representation of affiliated Local Lodges in the District Lodge con-
2  vention shall be obtained by the election by secret ballot of a delegate
3  or delegates to such District Lodge convention by each of the affiliated
4  Local Lodges, the number of such delegates to be determined by the By-
5  Laws of the District Lodge; provided, however, that each affiliated Lo-
6  cal Lodge shall have the right to elect the same number of delegates to
7  the District convention, each delegate to have equal vote and equal rep-
8  resentation in the District convention unless otherwise provided for in
9  the approved District Lodge By-Laws. Eligibility to serve and procedure
10  for nomination and election of delegates to District Lodge conventions
11  shall be the same as provided for delegates to International Brotherhood
12  Conventions under Articles 2.3 and 2.4, other than time of nomination
13  and election meeting and unless otherwise specified in approved District
14  Lodge By-Laws. Upon the formation of a District Lodge the original By-
15  Laws shall be formulated at a convention of an equal number of repre-
16  sentatives elected by secret ballot by each Local Lodge affiliated with the
17  District Lodge subject to the approval of the International President. By-
18  Laws of District Lodges may thereafter be amended by majority action
19  of the delegates at a District Lodge convention subject to approval by
20  the International President. By-Laws, or any amendment thereto, shall
21  not be in conflict with any provision of this Constitution. Following the

22 adoption of this Constitution, all provisions of District Lodge By-Laws
23 which are in conflict with the provisions of this Constitution shall be
24 deemed null and void and each District Lodge Council shall promptly
25 make such amendments to the District Lodge By-Laws as are necessary
26 to conform with this Constitution and submit such amendments to the
27 International President for approval.

## 22.6 – Officers

### 22.6.1 – Mandatory Officers

1 The officers of a District Lodge shall be as provided in its approved
2 By-Laws; provided, however, that there shall be a President, Vice Presi-
3 dent, Secretary-Treasurer, Recording Secretary, Inspector, and a Board
4 of Trustees comprised of three (3) members (one of whom shall be des-
5 ignated Chairman as provided in the By-Laws), and a Business Manager
6 (or the equivalent where a different title is used) where one is required
7 and can be supported on a full- or part-time basis as a salaried officer of
8 the District Lodge. A Lodge may combine offices where a combination
9 of duties and responsibilities is compatible, if prior approval to do so
10 is granted in writing by the International President. The officers shall
11 be selected by majority vote of the delegates to such District Lodge in
12 convention assembled unless otherwise provided for in the approved
13 District Lodge By-Laws and their duties shall be as prescribed in such
14 District Lodge By-Laws provided that such duties shall not be incon-
15 sistent with the duties of comparable Local Lodge officers. Other po-
16 sitions in the District Lodge may be filled by election or appointment
17 as determined by this Constitution or District Lodge By-Laws, except
18 that Assistant Business Managers, Dispatchers, Stewards, or other full-
19 or part-time salaried representatives and office help shall be appointed
20 or dismissed by the elected officer under whom they are to work and
21 who is primarily held responsible under this Constitution for the perfor-
22 mance of the appointee's official duties; however, such positions are not
23 to be designated or considered offices as outlined above.

### 22.6.2 – Designated Title

24 In District Lodges, the title of District Representative and/or Execu-
25 tive Secretary may be used to designate the combined office of District
26 Lodge Business Manager and Secretary-Treasurer.

## 22.7 – Revenue

1 The revenue of District Lodges shall be derived from Per Capita Tax
2 payments made by the Local Lodges affiliated with it and/or from field
3 dues paid directly to the District Lodge by any field construction work-
4 er over whom it has jurisdiction. The amount of such Per Capita Tax
5 and dues shall be prescribed in the approved By-Laws of such District

6 Lodge. Any additional source of revenue shall also be set forth in the
7 approved By-Laws.

8   Failure of any Local Lodge affiliated with the District Lodge to pay
9 its Per Capita Tax or other financial obligations shall be grounds for
10 revocation of its charter or other disciplinary action.

### 22.8 – Reporting

1   The books of the District Lodge shall be audited quarterly and copies
2 of such audit shall be submitted to the affiliated Local Lodges and to the
3 International Secretary-Treasurer.

# ARTICLE 23
## LOCAL LODGES
### 23.1 – Formation

1   Consistent with the provisions of Article 5.5, anyone residing in the
2 United States or Canada, or in territories or possessions thereof, pos-
3 sessing qualifications required by the International Brotherhood Consti-
4 tution may apply for and be granted a charter for the establishment of a
5 Local Lodge. Each such charter if granted shall state the work, location,
6 and geographical jurisdiction of such Local Lodge.

### 23.2 – Local Lodge By-Laws – Duty to Adopt

1   Unless excused by the International President, Local Lodges shall adopt
2 By-Laws specifying the rules and regulations which, together with this
3 Constitution, will govern the conduct of the Local Lodge. Such By-Laws
4 shall not be inconsistent nor in conflict with this Constitution. The proce-
5 dure for adoption of Local Lodge By-Laws shall conform to the procedure
6 for amendment of Local Lodge By-Laws as provided by Article 23.3.

### 23.3 – Procedure for Adoption or Amendment of Local Lodge By-Laws

#### 23.3.1 – Opening for Amendment

1   Local Lodge By-Laws may be opened for amendment only by major-
2 ity action of a Local Lodge at a regular meeting; provided, however,
3 that Local Lodge By-Laws may be opened for amendment no more
4 than once in any twelve (12) month period from the stamped date of
5 approval by the International President or unless otherwise directed by
6 the International President or Executive Council.

#### 23.3.2 – Monetary Amendments

7   A proposed amendment for any change in the rate of initiation or
8 reinstatement fees, monthly dues, field dues, salary adjustments (in-
9 cluding fringe benefits; i.e., pension, annuity, health & welfare, etc.),

10  expenses or allowances, or the levying of a special assessment shall be
11  made only in accordance with the following procedure.

12  Reasonable notice shall be given to the membership at least fifteen
13  (15) days prior to the meeting at which the membership will consider
14  the question of whether or not such dues, initiation or reinstatement
15  fees, salary adjustments (including fringe benefits; i.e., pension, annu-
16  ity, health & welfare, etc.), expenses or allowances, or assessments shall
17  be changed or levied. The notice shall indicate that an adjustment or
18  assessment is to be voted on, and shall be given in such a way as to
19  be reasonably calculated to reach the entire membership of the Local
20  Lodge. A majority vote by secret ballot shall be necessary for adoption.
21  Such meeting may be regular or special.

### 23.3.3 – All Other Amendments

22  For all other amendments to the By-Laws the procedure shall be
23  as follows:

### 23.3.3.1 – Appointment of Committees

24  The Local Lodge President shall appoint a Committee on By-Laws
25  (where one does not already exist) of not less than three (3) nor more
26  than seven (7) members, unless otherwise approved by the Interna-
27  tional President. The members of the By-Laws Committee shall elect a
28  Chairman from among the By-Laws Committee.

### 23.3.3.2 – Notice of Amendment or Adoption

29  The membership shall be notified that the By-Laws will be amended
30  or adopted at the next three (3) regular meetings. The By-Laws Com-
31  mittee at the first regular meeting shall request the membership for sug-
32  gested amendments, and such amendments as are suggested will be
33  considered by the By-Laws Committee, such amendments to be present-
34  ed to the Secretary-Treasurer who will turn them over to the By-Laws
35  Committee. At the second regular meeting, the By-Laws Committee
36  shall report proposed amendments for discussion, adoption, rejection,
37  or amendment. The Committee on By-Laws shall then perfect the lan-
38  guage of the amendments or By-Laws adopted at the second regular
39  meeting and report same back in their entirety to the third regular meet-
40  ing for final action without further amendment, or, upon the direction
41  of the International President, submit the amendments or By-Laws in
42  written form to the membership for an all-mail ballot under procedures
43  outlined by the International President.

### 23.3.3.3 – Secret Ballot

44  A majority vote by secret ballot of those members voting at such third
45  regular meeting shall be necessary for final adoption.

### 23.3.4 – Approval by International President

46  Adopted By-Laws or amendments shall be submitted to the Inter-
47  national President for approval or modification; if said By-Laws are
48  not in violation of this Constitution, International policy or applicable
49  law they shall become effective after approval is given by the Inter-
50  national President.

### 23.3.5 – Availability to Membership

51  Copies of the approved By-Laws or amendments will be made avail-
52  able to the membership.

### 23.4 – Local Lodge Officers and Their Duties

1  The officers of each Local Lodge shall consist of a President, Vice
2  President, Secretary-Treasurer, Recording Secretary, Inspector, Board of
3  Trustees comprised of three (3) members (one of whom shall be Chair-
4  man by virtue of receiving the highest vote cast), and Business Manager
5  (or the equivalent) where one is required and can be supported on a
6  part- or full-time basis as a salaried officer of the Local Lodge. A Lodge
7  may combine offices where a combination of duties and responsibilities
8  are compatible, if prior approval to do so is granted by the International
9  President. Other positions in the Lodge may be filled by election or ap-
10 pointment as determined by this Constitution or Local Lodge By-Laws,
11 except that Assistant Business Managers, Dispatchers, Stewards, or
12 other full- or part-time salaried representatives and office help shall be
13 appointed or dismissed by the elected officer under whom they are to
14 work and who is primarily held responsible under this Constitution for
15 the performance of the appointee's official duties; however, such posi-
16 tions are not to be designated or considered offices as outlined above.
17 Approval by the International President shall be necessary to appoint
18 Assistant Business Managers. When approval is granted, the Business
19 Manager shall furnish the International President with the name and
20 register number of the member appointed.

### 23.5 – Duties of the President

1  It shall be the duty of the President to preside over and preserve
2  order at all regular and special meetings; appoint all committees not
3  otherwise provided for in this Constitution or in Local Lodge By-Laws;
4  see that all officers, with the exception of Business Manager or Busi-
5  ness Manager/Secretary-Treasurer, perform their respective duties; en-
6  force all fines and penalties, and see that this Constitution and Local
7  Lodge By-Laws and regulations and all instructions received from the
8  International President are complied with. The President shall decide
9  all questions of order subject to this Constitution and Local Lodge By-
10 Laws. Unless otherwise provided in approved By-Laws, the President

65

11   shall countersign all checks properly drawn on the treasury; provided,
12   however, that where circumstances warrant, the International President
13   is authorized to make exceptions to the foregoing. In case of a tie, the
14   President may cast the deciding vote, but shall have the right to vote in
15   any election of Lodge officers or delegates or on any other matter voted
16   on by secret ballot.

### 23.6 – Duties of the Vice President

1   It shall be the duty of the Vice President to assist the President in the
2   performance of the President's duties and to obligate new members. In
3   the absence of the President, the Vice President shall assume the duties
4   and powers of the President.

### 23.7 – Duties of the Secretary-Treasurer

#### 23.7.1 – General Duties

1   The Secretary-Treasurer shall receive all dues, field dues, District
2   dues, fines, assessments, and all monies received from any source for
3   the benefit of the Lodge (except such revenues as are payable to Dis-
4   trict Lodges directly under District Lodge By-Laws with which the Local
5   Lodge may be affiliated), and deposit same in a bank of sound financial
6   standing in the full and complete name of the Lodge. The Secretary-Trea-
7   surer shall keep a true account of all financial transactions of the Lodge
8   in accordance with instructions from the International Secretary-Trea-
9   surer and make a report of such transactions under the proper order of
10   business at each regular meeting. The Secretary-Treasurer shall, in con-
11   junction with the Board of Trustees, submit on or before the 30th of each
12   month following the close of each quarter, a financial report covering
13   such quarter, on official forms (or a report by a Certified Public Accoun-
14   tant or a competent auditor approved by the International President,
15   for that quarter if one has been made), to the International Secretary-
16   Treasurer. The Secretary-Treasurer shall maintain in the form required
17   by the International Secretary-Treasurer a record showing the name,
18   last-known home address, membership standing, and other required in-
19   formation of each member in the Lodge. The Secretary-Treasurer shall
20   submit on official forms a monthly membership report not later than
21   the 15th of the following month to the International Secretary-Treasurer.
22   The Secretary-Treasurer shall promptly inform the Business Manager (or
23   the equivalent) of all delinquencies in all dues. The Secretary-Treasurer
24   shall issue receipts for all monies collected from the membership in ac-
25   cordance with instructions from the International Secretary-Treasurer.
26   The Secretary-Treasurer shall transmit all District dues collected to the
27   Secretary-Treasurer of the District Lodge with which the Local Lodge
28   is affiliated. The Secretary-Treasurer shall pay all authorized operating
29   expenses and bills and shall sign all checks issued on the funds of the

30 Local Lodge, but no authorization shall be required for current, fixed, or
31 recurring expenses (such as salaries, rent, office employees' salaries, taxes,
32 telephone, janitorial services, purchase of necessary supplies, or other
33 legitimate expenses when properly incurred). The Secretary-Treasurer
34 shall see that copies of this Constitution and Local Lodge By-Laws are
35 available to the membership of the Lodge. The Business Manager and/or
36 Secretary-Treasurer shall send to the International President at least one
37 (1) copy of all Lodge collective bargaining agreements and wage scales
38 immediately upon adoption (see Article 34.3).

### 23.7.2 – Availability of Records

39    The Secretary-Treasurer shall, upon request, make available to any
40 member for inspection a copy of any current annual report filed in com-
41 pliance with a statutory requirement. The Secretary-Treasurer shall,
42 upon the written request of any member setting forth good and sufficient
43 cause for requesting examination of any books, records, and accounts
44 necessary to verify any current annual report filed pursuant to law,
45 make arrangements to have the records desired available for inspection
46 by said member during the regular business hours at the principal office
47 of the Lodge. In the event that the Secretary-Treasurer believes that just
48 cause does not exist for the request made, the Secretary-Treasurer may
49 deny same. The member may then appeal the matter within ten (10)
50 days in writing to the International President.

### 23.7.3 – Maintenance of Records

51    The Secretary-Treasurer shall maintain records of the minutes of all
52 meetings of the Lodge and the Executive Board, as prepared by the Re-
53 cording Secretary or such person as is authorized to prepare the min-
54 utes, and shall keep important documents, papers, correspondence, as
55 well as files on contracts and agreements with employers, except where
56 this Constitution or the Lodge By-Laws impose this responsibility on
57 some other officer. The Secretary-Treasurer shall, if a person directly
58 affected by a collective bargaining agreement entered into by the Lo-
59 cal Lodge with an employer requests a copy of such agreement during
60 regular business hours at the principal office of the Lodge, provide the
61 requested copy and may require a receipt therefor.

### 23.7.4 – Retention of Records

62    Whenever a Secretary-Treasurer's term of office shall expire or other-
63 wise be terminated, the Secretary-Treasurer shall give to the Secretary-
64 Treasurer's successor all papers, documents, records, vouchers, work-
65 sheets, books, reports, money, and other union property that may have
66 been entrusted to the Secretary-Treasurer by virtue of the office and
67 shall be given an appropriate receipt therefor. Such records, vouchers,

67

68 worksheets, receipts, books, and reports shall be retained at the Lodge's
69 principal office for a period of five (5) years.

### 23.7.5 – Distribution of Campaign Literature

70 Upon reasonable request of any bona fide candidate for office, the
71 Secretary-Treasurer shall arrange for the distribution of campaign lit-
72 erature by mail or otherwise, provided that in making such request the
73 candidate pays all cost involved in advance. The Secretary-Treasurer
74 shall require that all campaign literature be presented to the principal
75 office of the Lodge not later than five (5) days prior to the election and
76 may, where the volume of work involved exceeds the facilities and ca-
77 pacities of the employees of the Lodge, provide for a consolidation of
78 such distribution and the cost in the event of such distribution shall be
79 distributed on a pro rata basis.

### 23.7.6 – Retention of Requests for Distribution of Campaign Literature

80 The Secretary-Treasurer shall retain for a period of one (1) year copies
81 of all requests for distribution of campaign literature; shall make and re-
82 tain copies of a record of the date the literature was distributed, the cost
83 thereof, and the amount received for such work and postage; a copy of
84 the notices of nomination and of the election; a copy of the ballot, the of-
85 ficial tally sheet, along with the ballots submitted by the tellers; and such
86 other records as shall relate to the conduct of the election.

### 23.8 – Duties of the Recording Secretary

1 The Recording Secretary's duties shall be to keep a full and accurate
2 account of the records and minutes of each meeting and to maintain a
3 roster indicating attendance at regular monthly meetings.

### 23.9 – Duties of the Board of Trustees

1 The Board of Trustees shall make sure that the Secretary-Treasurer
2 deposits in the full name of the Lodge in such bank, trust company, or
3 savings institution, and for such security as the Lodge may direct, all
4 monies of the Lodge which come into the Secretary-Treasurer's posses-
5 sion. No money shall be drawn out of such depository unless the draft
6 is countersigned by the President and the Secretary-Treasurer except
7 as provided in Article 23.5. The Trustees shall audit the accounts of the
8 Lodge quarterly, or as often as may be necessary. When any Lodge has
9 liquid assets in its treasury in excess of the sum of One Hundred Thou-
10 sand Dollars ($100,000.00), the Secretary-Treasurer shall so advise the
11 Trustees, who shall engage to perform, or see that a Certified Public Ac-
12 countant or competent auditor approved by the International President
13 performs, any one of the following types of audits as directed by the

68

14 International President: e.g., a Complete Audit, a Compilation Audit, or
15 a Review Audit. In any Lodge where a Certified Public Accountant or
16 competent auditor approved by the International President is utilized,
17 the Trustees shall function as a Financial Committee to review Lodge
18 expenditures. A copy of each audit shall be promptly forwarded to the
19 office of the International Secretary-Treasurer and the International Vice
20 President of the section; such audit will be in lieu of any quarterly finan-
21 cial report required by any other section of this Constitution.

### 23.10 – Duties of the Business Manager

1 The Business Manager (or the equivalent) shall be responsible for
2 organizing, negotiating, and administering collective bargaining agree-
3 ments, including the appointments of all collective bargaining-related
4 committees – including, but not limited to, the negotiating committee,
5 safety committee and Local apprenticeship committee – and the appoint-
6 ment of job stewards and dispatching of job referral applicants. The Busi-
7 ness Manager and/or Secretary-Treasurer shall send to the International
8 President at least one (1) copy of all Lodge collective bargaining agree-
9 ments and wage scales immediately upon adoption (see Article 34.3). The
10 Business Manager (or the equivalent) shall in addition be empowered to
11 transact all business and to manage and direct the affairs of the Lodge
12 between membership meetings, except as otherwise may be provided in
13 this Constitution. Business Managers (or the equivalent) shall, by virtue
14 of their office, be delegates to International Brotherhood Conventions.

### 23.11 – Duties of the Inspector

1 It shall be the duty of the Inspector to see that all persons present in
2 the Lodge meetings are members in good standing and that the Lodge
3 property is properly cared for and preserved. The Inspector shall assist
4 the Chairman in maintaining order.

### 23.12 – Local Lodge Executive Boards

1 A Local Lodge may, with the approval of the International President,
2 designate the duly-elected officers of the Lodge as an Executive Board.
3 The Executive Board as a body shall have no authority over any officer
4 of the Local Lodge. It shall act in an advisory capacity only and its ac-
5 tions shall be confined to consideration and recommendations to the
6 regular meetings of the Local Lodge on matters affecting the member-
7 ship thereof. All matters considered by such Executive Board shall be
8 submitted to the Lodge for action on each item separately. Any devia-
9 tion from the provisions of this section must have the approval of the
10 International President.

### 23.13 – Relinquishing Office

1   On relinquishing office, all officers shall hand over to their successor
2   all books, monies, papers, paraphernalia, and other properties of the
3   Lodge in their possession.

# ARTICLE 24

## MEMBERSHIP

### 24.1 – Qualifications

1   An applicant for membership in this Brotherhood shall be one who
2   has reached the minimum working age prescribed by statutory laws re-
3   gardless of race, creed, color, sex, or national origin and who is working
4   at some branch of the trade or employed in a shop, plant, or industrial
5   facility where the International Brotherhood has jurisdiction at the time
6   of making application as provided in Article 11, and who, if a former
7   member, has been suspended from membership for non-payment of
8   dues for more than forty-eight (48) continuous months.

9   No applicant for membership shall be considered eligible who is a
10  member of the Communist Party or of any other subversive group, or
11  who subscribes to the doctrines of any such groups, or who is not work-
12  ing within the jurisdiction of the Local Lodge processing the application
13  for membership.

14  No applicant shall be admitted to membership if such applicant is
15  found to hold membership in any other International union engaged
16  in the construction industry, where jurisdiction claims infringe on this
17  Brotherhood. An applicant shall become a member of the Internation-
18  al Brotherhood when the applicant's signed application and fee are
19  received and approved by the International President and recorded in
20  the office of the International Secretary-Treasurer. This provision shall
21  not apply to any applicant who has a penalty standing in any Local
22  Lodge and such penalty must be cleared before such applicant is accepted
23  and recorded.

### 24.2 – Application

1   All applications for membership shall be made on official forms fur-
2   nished by the International Secretary-Treasurer and must indicate the
3   applicant's Social Security number, be signed by the applicant, and be
4   attested to by the Secretary-Treasurer of the Local Lodge. Such applica-
5   tions shall be for Mechanic, Helper, Apprentice, Trainee (where such
6   classification is in the applicable labor agreement), Production Worker,
7   or Office-Professional-Technical Worker, as shall be determined by the
8   Local Lodge.

70

### 24.3 – Change of Classification

1  Requests for changes in classification shall be made on forms fur-
2  nished by the International Secretary-Treasurer and, upon approval by
3  the Secretary-Treasurer of the Local Lodge, shall be forwarded by the Lo-
4  cal Lodge Secretary-Treasurer to the International Secretary-Treasurer.

### 24.4 – Apprenticeship

1  Apprenticeship qualifications, rules, and ratio shall be as set forth
2  under bona fide collective bargaining agreements or by Area Appren-
3  ticeship Committees and/or the National Apprenticeship Board.

### 24.5 – Termination of Membership Rights

1  Membership rights, except as otherwise specifically provided in this
2  Constitution, shall terminate for any of the following reasons:

3  **24.5.1.** Expulsion or suspension;

4  **24.5.2.** Obtaining and holding a Withdrawal Card as provided in this
5  Constitution.

### 24.6 – Modification of Membership Rights

1  Membership rights, except as otherwise specifically provided in this
2  Constitution, may be modified or curtailed for disciplinary purposes
3  pursuant to disciplinary proceedings under this Constitution.

## ARTICLE 25

### NOMINATION AND ELECTION OF LOCAL LODGE OFFICERS

#### 25.1 – Nominations

1  The nominations of officers of each Local Lodge shall be held at the
2  regular May meeting of established election years, unless otherwise ap-
3  proved by the International President. Members nominated must be
4  present to accept the nomination, unless prevented by official union
5  duties, sickness, or some other unavoidable circumstances; provided,
6  however, that in the case of any such absence, the member desiring to be
7  nominated shall notify the Lodge in writing that the member is familiar
8  with and in compliance with all eligibility requirements and will accept
9  if nominated.

10  **25.1.1.** Quorum requirements shall not be enforced at any nomina-
11  tion meeting.

71

## 25.2 – Time of Election

1   The election of officers shall be held at the June meeting, unless other-
2   wise approved by the International President; provided, however, that
3   in cases of a special election date the election shall be held during the
4   month of June in such election years.

5   **25.2.1.** Quorum requirements shall not be enforced at any
6   election meeting.

## 25.3 – Member's Rights and Notification

1   Every member in good standing shall have equal rights to nominate
2   and vote for officers, except as provided in Articles 25.6 and 27.2.1. Fifteen
3   (15) days written notice of nomination, and thirty (30) days written notice
4   of election for other than filling of vacancies, shall be given stating time,
5   date, and place. Notice of nomination and election may be given in a com-
6   bined notice at least fifteen (15) days prior to date of nomination. Such
7   notice will be mailed to the last-known home address of each member in
8   good standing. Members whose dues have been checked off with their
9   voluntary authorization under a labor agreement with the Local Lodge
10  may not be disqualified from voting or being a candidate by reason of al-
11  leged delay or default in the payment of dues. All members shall have the
12  right to support the candidate or candidates of their choice.

## 25.4 – Eligibility for Local Lodge Officers

### 25.4.1 – Requirements

1   To be eligible for nomination and election as an officer of a Local
2   Lodge, a member shall be:

3   **25.4.1.1.** Actively working under the jurisdiction of the International
4   Brotherhood or actively seeking and available for work under the juris-
5   diction of the International Brotherhood for at least twelve (12) months
6   immediately prior to nomination date, or a full-time salaried officer
7   or representative of the International Brotherhood or of a subordinate
8   body thereof, or of the AFL-CIO, CLC, or any department thereof, or is
9   on authorized leave of absence from any such position;

10  **25.4.1.2.** Free from delinquency of every nature to the Inter-
11  national Brotherhood;

12  **25.4.1.3.** In continuous good standing in the International Brother-
13  hood and the member's Local Lodge for a period of at least two (2) years
14  immediately prior to the time of nomination, excepting at date of nomi-
15  nations in Lodges chartered less than two (2) years there shall be no
16  length of membership eligibility requirements;

72

17  **25.4.1.4.** Shall have attended regular meetings of the Lodge as re-
18  quired by Local Lodge By-Laws to establish eligibility.

19  There shall be no deviation from the foregoing eligibility require-
20  ments for Local Lodge office without prior approval of the Inter-
21  national President.

### 25.4.2 – Apprentices and Trainees

22  Apprentices and construction trainees shall not be eligible to hold
23  any Lodge office until they have satisfactorily completed their appren-
24  ticeship or training program.

### 25.4.3 – Transferred Members

25  Members of consolidated Lodges who have transferred their mem-
26  bership shall carry their membership rights, including their eligibility
27  rights, with them to the Lodge to which they are transferred. Members
28  directed by the International President to transfer their membership
29  from one Lodge to another because of the former's charter having been
30  revoked and the Lodge thereby disestablished, shall carry their mem-
31  bership rights, including their eligibility rights, to the Lodge to which
32  they are transferred.

### 25.4.4 – Acceptance of Nomination

33  At time of nomination a member who is nominated shall be required
34  to make a statement that the nominee understands the eligibility require-
35  ments as set forth in this Constitution and the Local Lodge By-Laws and
36  that the nominee meets those eligibility requirements for nomination;
37  further, if it is later found that the nominated member committed perju-
38  ry, that member shall be automatically disqualified and shall be subject
39  to the disciplinary procedure of Article 17.

### 25.4.5 – Eligibility

40  No member shall be eligible to hold office in the Local Lodge or rep-
41  resent its members in any capacity who is:

42  **25.4.5.1.** Not working or actively seeking to work within the jurisdic-
43  tion of the International Brotherhood; or

44  **25.4.5.2.** Retired; or

45  **25.4.5.3.** Holding regularly or on a probationary basis a supervisory
46  position with authority to hire, promote, discharge, discipline, or other-
47  wise effect changes in the status of employees, or effectively recommend
48  such action; however, Article 25.4.5.3 shall not be interpreted to include
49  members who intermittently or at irregular intervals are employed as
50  general foremen, foremen, or assistant foremen covered by a collective
51  bargaining agreement; or

73

52   **25.4.5.4.** Maintaining membership in another labor organization
53  where there is a possible conflict in interest; or

54   **25.4.5.5.** Employed at an occupation not represented by or under the
55  jurisdiction of the International Brotherhood.

56   There shall be no deviation from the foregoing without prior approv-
57  al of the International President.

### 25.5 – Objections

1   Objections to nominations based on eligibility shall be made at the
2  nominating meeting and shall be forthwith ruled on by the Local Lodge
3  President or presiding officer. The Secretary-Treasurer shall, insofar as
4  practicable, have available for reference such records as are necessary to
5  establish eligibility.

6   Any member who is ruled ineligible for nomination, or a member
7  who challenges the eligibility of a nominee, may appeal the ruling of
8  the Local Lodge President or presiding officer to the International Presi-
9  dent or the International President's designee. Appeals to the Interna-
10  tional President or the International President's designee shall be by
11  registered mail, certified mail, courier service, facsimile transmission or
12  email to be mailed or transmitted within two (2) days following the date
13  of the nominating meeting excluding Saturdays, Sundays, or holidays.
14  The International President or the International President's designee
15  shall decide the appeal within seven (7) days after receipt thereof, which
16  decision shall be final and binding.

### 25.6 – Eligibility to Vote

1   A member to be entitled to nominate a candidate or to vote in any Lo-
2  cal Lodge election must have been in good standing in such Local Lodge
3  for at least two (2) months immediately prior to such date of nomina-
4  tions and/or elections as recorded in the office of the International Sec-
5  retary-Treasurer. Each Local Lodge Secretary-Treasurer shall prepare,
6  on the basis of the records available, a list of eligible voters for the Elec-
7  tion Committee. The Election Committee shall not permit any member
8  to vote who has not been properly identified and whose eligibility has
9  not been established.

### 25.7 – Conduct of Election

### 25.7.1 – Secret Ballot Election

1   The election shall be conducted by secret ballot. There shall be no
2  proxy or write-in votes. Election ballots may be printed. When printed
3  ballots are used in elections, only the names of the nominees (which
4  may include nicknames shown in parentheses) and the office for which
5  they are candidates shall be listed thereon. Incumbents may be indi-
6  cated by asterisks. Regardless of the number of nominees aspiring to

74

7 the same office, the nominee receiving the highest number of votes shall
8 be declared elected. It will not be required that unopposed candidates
9 be elected by secret ballot, but may be declared elected by acclamation.
10 In cases where a Local Lodge has territorial jurisdiction outside the
11 immediate area of the city or town in which it holds its regular meet-
12 ings, election of Local Lodge officers specified in this Constitution and
13 Delegates to the International Brotherhood Convention may be by mail
14 ballot in accordance with the procedures prescribed by the International
15 President. In all other cases where the election is to be held at a regular
16 or special meeting, absentee ballots for members unable to attend the
17 meeting may be used upon request in writing to the Secretary-Treasurer
18 of the Local Lodge, received twenty (20) days in advance of the elec-
19 tion. The International President may, upon request of any Local Lodge
20 or where conditions warrant, authorize or direct a mail ballot, which
21 shall be conducted in accordance with instructions issued by the Inter-
22 national President.

### 25.7.2 – Observers

23 Each candidate shall have the right to have an observer, who must
24 be a member of the Local Lodge, at the polls and at the counting of
25 the ballots.

### 25.7.3 – Election Committee

26 The President shall appoint an Election Committee not to exceed sev-
27 en (7) impartial members, unless otherwise approved by the Interna-
28 tional President. The members of the Election Committee shall select a
29 Chairman. The Election Committee shall make all arrangements for and
30 conduct the election. The members of the Election Committee shall act
31 as tellers and shall conduct the election in a just and impartial manner.

### 25.7.4 – Certification of Results

32 After the counting of the ballots, the Election Committee shall certify
33 the results and conduct of the election on a form furnished by the Inter-
34 national Secretary-Treasurer.

### 25.8 – Challenges and Objections

### 25.8.1 – Challenges

1 Candidates and/or observers may challenge the eligibility of any
2 voter which shall be done prior to voting. Any person challenged shall
3 be permitted to vote and that person's ballot shall be retained by the
4 Election Committee pending determination as to its validity.
5 The Election Committee shall investigate all challenges of eligibility
6 of voters and rule thereon in writing as promptly as possible, but in no
7 event later than four (4) days following the date of the election.

8    Appeals from the ruling of the Election Committee on eligibility of
9  voters shall be filed with the International President by the appealing
10  party in writing with copy to the Election Committee, by registered
11  mail, certified mail, courier service, facsimile transmission or email to
12  be mailed or transmitted within five (5) days of the date of the ruling
13  excluding Saturdays, Sundays, and holidays. The Election Committee,
14  within two (2) days of receipt of copy of the appeal, shall furnish all
15  available information to the International President. Based on the in-
16  formation received, the International President shall make a decision
17  within seven (7) days of receipt of the information, which decision shall
18  be final and binding.

### 25.8.2 – Objections

19  Any objections to the conduct and/or validity of the election shall be
20  filed with the Election Committee by the candidate or the candidate's
21  observer in writing within two (2) days of the close of the election, ex-
22  cluding Saturdays, Sundays, and holidays, setting forth in detail rea-
23  sons for such objections.

24  The Election Committee shall investigate all objections to the con-
25  duct and/or validity of the election and shall rule on such objections in
26  writing as promptly as possible, but in no event later than four (4) days
27  following receipt of the objections excluding Saturdays, Sundays, and
28  holidays.

29  Appeals from the ruling of the Election Committee on objections to
30  the conduct and/or validity of the election shall be filed with the Inter-
31  national President by the appealing party in writing with copy to the
32  Election Committee, by registered mail, certified mail, courier service,
33  facsimile transmission or email, to be mailed or transmitted within five
34  (5) days of the date of the ruling excluding Saturdays, Sundays, and holi-
35  days. The Election Committee, within two (2) days of receipt of copy of
36  the appeal, shall forward their ruling with all available information to
37  the International President. Based on the information received, the Inter-
38  national President shall make a decision within seven (7) days of receipt
39  of the information, which decision shall be final and binding.

## 25.9 – Term of Office

### 25.9.1 – United States

1  The term of all officers for Local Lodges shall be for three (3) years
2  from July 1st of such election year and until their successors are elect-
3  ed and assume office. There shall be no deviation from this unless ap-
4  proved by the International President, but in no event shall the term of
5  office be for less than two (2) years.

### 25.9.2 – Canada

6  The term of office for Local Lodges shall be for five (5) years from July
7  1st of such election year (2003) and until their successors are elected and
8  assume office. There shall be no deviation from this unless federal or
9  provincial laws dictate otherwise.

### 25.10 – Use of Lodge Funds in Elections

1  No Lodge funds and no money of an employer may be used to pro-
2  mote the candidacy for Lodge office of any member. The Local Lodge
3  may expend such funds as necessary for notices, factual statements of
4  issues not involving candidates, and other expenses necessary for the
5  holding of elections.

### 25.11 – Distribution of Campaign Literature

1  The Local Lodge shall, up until five (5) business days prior to the
2  election, comply with reasonable requests of bona fide candidates to
3  distribute campaign literature, by mail or otherwise, at the candidates'
4  expense with equal treatment as to expense and administration of such
5  distribution. No such request need be complied with unless the candi-
6  date making same shall pay all costs involved in advance. Every bona
7  fide candidate shall have the right, once within thirty (30) calendar days
8  prior to the election, to inspect, but not copy, a list containing the names
9  and last-known addresses of all members of the Lodge who are covered
10  by an agreement requiring membership in the Lodge as a condition of
11  employment. Such list shall be maintained and kept for inspection at the
12  principal office of the Lodge by the Secretary-Treasurer of the Lodge.

### 25.12 – Preservation of Election Records

1  The Chairman of the Election Committee shall turn over ballots and
2  all other records pertaining to the election to the Local Lodge Secretary-
3  Treasurer, who shall preserve the same for a period of one (1) year.

### 25.13 – Installation of Officers

1  The officers, when legally elected, shall be installed in office at the
2  first regular meeting in July or at a special meeting called prior thereto
3  by a past President or members designated by a vote of the Local Lodge,
4  but shall assume the duties and responsibilities of office July 1 of such
5  election year. If any elected officer fails to appear for installation, unless
6  prevented by official union duties, sickness, or some unavoidable occur-
7  rence, the office to which the member has been elected may be declared
8  vacant by the installing officer and in such event the vacancy shall be
9  filled as provided in this Constitution.

### 25.14 – Absence from Meetings

1  Any officer absent from three (3) successive regular Local Lodge
2  meetings shall have that office declared vacant, unless such officer is
3  excused by the Local Lodge or the International President, and any such
4  vacancy shall be filled as provided in this Constitution.

### 25.15 – Equal Rights

1  All members of the International Brotherhood shall have equal rights
2  and privileges in the Local Lodge meeting except as provided in Articles
3  25.6 and 27.2.1.

### 25.16 – Filling of Vacancies

1  All vacancies in Local Lodge offices shall, for the remainder of the
2  term, be filled by nomination and election at a regular or special meet-
3  ing, or nominations may be held at one meeting and election the fol-
4  lowing meeting (except as otherwise provided in approved Lodge By-
5  Laws), except that until such vacancy is filled, the President (or if there
6  is a vacancy in the office of President, the Vice President) shall make an
7  interim appointment to fill such vacancy.

# ARTICLE 26

## SHOP COMMITTEE'S AND SHOP STEWARD'S DUTIES AND AUTHORITY

### 26.1 – Appointment

1  Shop Committee and Shop Stewards shall be appointed by the Busi-
2  ness Manager, or if there is no Business Manager by the President, un-
3  less otherwise provided for in the Local Lodge By-Laws.

### 26.2 – Function and Responsibility

#### 26.2.1 – Function

1  The function of the Shop Committee and Shop Stewards shall be to
2  safeguard the interests of the membership of the International Broth-
3  erhood represented and to administer the Lodge's collective bargain-
4  ing agreements and/or such other duties as may be set forth in the ap-
5  proved Local Lodge By-Laws. They shall be under the direction of the
6  District or Local Lodge subject to the provisions of this Constitution and
7  Lodge By-Laws.

#### 26.2.2 – Responsibility

8  Shop Committees and Shop Stewards shall be responsible for
9  maintaining one hundred percent (100%) membership in the union
10  among employees represented. Shop Committees and Shop Stewards
11  shall work actively to build the union and shall do all in their power

78

12  to encourage membership participation in union affairs, including at-
13  tendance at union meetings and functions and membership participa-
14  tion in Legislative Education Fund (LEF) and Campaign Assistance
15  Fund (CAF).

# ARTICLE 27

## MEETINGS OF LOCAL LODGES

### 27.1 – Time

1  The regular meetings of each Local Lodge shall be held once each
2  month on the day and hour designated in the approved Lodge By-Laws
3  unless otherwise approved by the International President. Special meet-
4  ings may be called by the President on written request of not less than
5  five (5) members in good standing of which due notice shall be given.
6  Announcement of any special meeting shall briefly outline the purpose
7  for which it is called and every effort shall be made to inform all the
8  members that the same is to be held.

### 27.2 – Membership Rights

### 27.2.1 – Members in Good Standing and Exceptions

1  All members in good standing of the Local Lodge shall be entitled
2  to be seated and to participate in the Local Lodge meetings, vote in
3  elections, have the right to express their views, arguments, or opinions
4  upon any business properly before the meeting subject to this Constitu-
5  tion and the Local Lodge By-Laws with the following exceptions:

### 27.2.1.1 – Supervisors

6  Members regularly employed in supervisory positions and who are
7  not covered by collective bargaining agreements.

### 27.2.1.2 – Employed Outside the Trade

8  Members who are employed outside of the jurisdiction of the Inter-
9  national Brotherhood and who are not available for or seeking employ-
10  ment under the jurisdiction of the International Brotherhood and their
11  Local Lodge, except those members actively representing the Interna-
12  tional Brotherhood or any subordinate body thereof, or the AFL-CIO,
13  CLC, or any department thereof.

### 27.2.1.3 – Retirees

14  Members who are retired from the trade shall be permitted to attend
15  Local Lodge meetings without voice or vote but may, by the consent of
16  the Local Lodge, speak on the welfare of the union.

### 27.2.1.4 – Visiting Members

17  Visiting members in good standing shall be permitted to attend regu-
18  lar Local Lodge meetings without voice or vote.

19  No member in exercising such rights shall act improperly, evade or
20  avoid responsibility to the organization as an institution, or engage in or
21  advocate any conduct that would interfere in the organization's perfor-
22  mance of its legal or contractual obligations or functions.

### 27.2.2 – International Officers and Representatives

23  Notwithstanding the provisions of Article 27.2.1, International Offi-
24  cers or Representatives shall have the right to participate in any subor-
25  dinate body meetings to the extent necessary to carry out their duties or
26  any assignment by the International President.

### 27.3 – Constitutional Quorum

1  Not less than seven (7) members shall constitute a quorum for the
2  transaction of business except five (5) members shall constitute a quo-
3  rum in Lodges of fifty (50) members or less.

### 27.4 – Visiting Members Identification

1  Visiting members shall present a Local Lodge monthly dues receipt,
2  initiation receipt, or combination monthly dues and reinstatement re-
3  ceipt showing such members to be in good standing in their respective
4  Local Lodge.

### 27.5 – Limitation on Speaking

1  No member shall be allowed to speak longer than five (5) minutes on
2  any one subject in any meeting of the Local Lodge without permission
3  of the Local Lodge and such member shall stop speaking and sit down
4  upon being called to order by the presiding officer.

# ARTICLE 28

## INITIATION FEES AND DUES

### 28.1 – Initiation Fees

#### 28.1.1 – Limitations

1 The initiation fee shall be determined by the Local Lodge, but shall
2 be not less than Twenty-Five Dollars ($25.00) and in no event shall be
3 more than One Thousand Dollars ($1,000.00). Arrangements for pay-
4 ment of initiation fees by installments may be made in accordance with
5 approved Local Lodge By-Laws or an applicable collective bargaining
6 agreement. When a Local Lodge collects the initiation or reinstatement
7 fees in installments, the first installment shall be equal to the amount
8 due the International, and remitted to the office of the International
9 Secretary-Treasurer. Any monies paid toward an incomplete initiation
10 shall be forfeited by the applicant.

#### 28.1.2 – Special Dispensations

11 The International President shall have the authority to grant a special
12 dispensation reducing initiation and reinstatement fees for special cases,
13 where organizing activities are in progress or are contemplated, for such
14 period of time as may be determined by the International President.

#### 28.1.3 – Reciprocal Agreements

15 Any applicant for membership, who presents acceptable evidence of
16 current good standing in some other labor organization with which the
17 International Brotherhood has a reciprocal agreement, may be admitted
18 to membership upon the payment of one (1) month's dues to the Local
19 Lodge having jurisdiction where the applicant is working and upon ex-
20 ecuting an official application for membership.

#### 28.1.4 – Difference in Initiation Fees

21 A member with less than four (4) years of continuous membership,
22 who becomes employed on work for which a higher initiation (or rein-
23 statement) fee than the member paid is applicable, shall be required to
24 pay the difference in the two (2) fees. The Local Lodge, upon receipt of
25 the difference in the fees, shall transmit to the International Secretary-
26 Treasurer the difference in the amounts payable to the International
27 Brotherhood as set forth in Article 12.2.1. This Article shall not apply to
28 subordinate Lodge consolidations.

#### 28.1.5 – Deviations

29 Any deviations from Article 28.1.1 must have prior approval of the
30 Executive Council.

81

## 28.2 – Dues

### 28.2.1 – When Payable

1    All monthly dues shall be payable on the first day of each month and
2 should be paid monthly in advance. Minimum monthly dues shall be
3 Fifty Dollars and Eighty-Five Cents ($50.85) and this amount shall be
4 increased in the same amount and as of the same date as any increase in
5 the Lodge monthly dues provided for in Article 28.2.2.

### 28.2.2 – Annual Increases

6    Local Lodge monthly dues shall be increased every January 1 by an
7 amount equal to two (2) times the amount of any increase in the month-
8 ly Per Capita Tax as determined in accordance with Article 12.2.2 of this
9 Constitution with the Local Lodge and the International Brotherhood
10 to share equally this increase in Lodge monthly dues. The International
11 President, upon receipt of a Local Lodge request to waive the increase in
12 monthly dues to be retained by the Local Lodge, may grant such request
13 if so warranted by the Lodge's financial condition.

14    Local Lodge monthly dues shall be increased every January 1 by an
15 amount equal to the amount of any increase in the monthly Industrial
16 Sector Operations Division Dues as determined in accordance with Arti-
17 cle 21.3.2 of this Constitution. The International President, upon receipt
18 of a Local Lodge request to waive the increase in monthly Industrial Sec-
19 tor Operations Division Dues, may grant such request if so warranted
20 by the Lodge's financial condition. Said waiver does not release the Lo-
21 cal Lodge from its obligation to make Industrial Sector Operations Divi-
22 sion Dues payments as determined in accordance with Article 21.3.2 of
23 this Constitution.

### 28.2.3 – Eligibility for Financial Assistance

24    In accordance with Article 7.8 of this Constitution, for a Local Lodge
25 to be eligible for financial assistance, members of that Local Lodge must
26 be paying the minimum dues as provided for in Article 28.2, plus One
27 Dollar ($1.00) per month.

### 28.2.4 – Deviations

28    Any deviations from Article 28.2.1 must have the prior approval of
29 the Executive Council after receipt of a recommendation from the Inter-
30 national President.

## 28.3 – Service Charges

### 28.3.1 – Permit Fees Prohibited

1    No "permit fees" shall be collected, but nothing in this section shall
2 prevent the exchange of members as between subordinate bodies of this

3 Brotherhood or other organizations and the payment of appropriate
4 working dues required of members.

### 28.3.2 – Non-Member Per Capita Tax

5    In any agency shop, Rand Formula or other similar arrangement, or
6 with regard to any Lodge with field construction jurisdiction which re-
7 ceives payments pursuant to Article 28.3.1, the International Brother-
8 hood shall receive an amount equal to a member's monthly Per Capita
9 Tax from all non-member employees.

## ARTICLE 29

### SUSPENSION AND REINSTATEMENTS

#### 29.1 – Suspension for Non-Payments

1    Whenever any member's monthly dues, assessments, or fines become
2 two (2) calendar months in arrears, that member shall be automatically
3 suspended from all rights, privileges, and benefits of the International
4 Brotherhood. No monthly dues shall be accepted until all financial obli-
5 gations owed to the Brotherhood or any subordinate body such as field
6 dues, District Lodge dues, fines, or assessments have been paid. How-
7 ever, employment status governed by a valid union security clause is
8 to be affected only in the event of a failure to tender the periodic dues
9 and the initiation fees uniformly required as a condition of acquiring or
10 retaining membership.

#### 29.2 – Reinstatement of Members Suspended for Non-Payments

1    In order for the former member to be recorded again in good standing,
2 that member shall, if suspended for less than forty-eight (48) continuous
3 months, personally make application for reinstatement with the Lodge
4 having jurisdiction where the member is working and shall be obligated
5 to pay, in addition to any financial delinquencies, a reinstatement fee in an
6 amount determined by the subordinate body; such fee, however, to be not
7 less than Twenty-Five Dollars ($25.00) and not more than One Thousand
8 Dollars ($1,000.00). Arrangements for the payment of reinstatement fees
9 by installments may be made in accordance with approved Local Lodge
10 By-Laws or an applicable collective bargaining agreement. When a Local
11 Lodge collects the initiation or reinstatement fees in installments, the first
12 installment shall be equal to the amount due the International, and remit-
13 ted to the office of the International Secretary-Treasurer. Any fees paid
14 to apply on reinstatement fees shall be forfeited in the event payment for
15 such reinstatement is not completed. The application for reinstatement
16 shall show the full amount of the Lodge reinstatement fee and the appli-
17 cant's Social Security number, and be signed by the applicant and attested

18 to by the Secretary-Treasurer of the Local Lodge. Any deviations from this
19 section must have the prior approval of the Executive Council.

### 29.3 – Reinstatement of Expelled or Other Suspended Members

1 Any member who is expelled or suspended from any Local Lodge for
2 any reason other than the nonpayment of dues, and recorded as such in
3 the International Secretary-Treasurer's office, shall not be accepted as a
4 member of any Local Lodge unless such Local Lodge shall:

5 **29.3.1.** First secure the consent of the Local Lodge so suspending or
6 expelling the member;

7 **29.3.2.** Collect such fines, assessments and dues as may be outstand-
8 ing against the member plus the prescribed reinstatement fee;

9 **29.3.3.** Promptly forward such sum to the Local Lodge from which
10 the member came; and

11 **29.3.4.** Obtain the approval of the International President except in
12 those situations where the member has been expelled or suspended by
13 action of the Executive Council in which event its approval must be ob-
14 tained. The requirements of this section shall be complied with fully
15 before such a reinstatement into membership shall become effective.

# ARTICLE 30

## TRAVELING CARDS

### 30.1 – Issuance of Traveling Cards

1 Any member leaving the jurisdiction of that member's Local Lodge
2 for employment elsewhere shall apply for a Traveling Card to the Secre-
3 tary-Treasurer of the Local Lodge who shall issue such Traveling Card
4 to such member only after clearing through the Business Manager's
5 office where one is maintained. Such Traveling Card shall serve as an
6 identification card for the member and shall entitle the member to rec-
7 ognition as a member in good standing when accompanied by an offi-
8 cial paid-up dues receipt signed by the Secretary-Treasurer of the Local
9 Lodge issuing such card.

10 A member on a Traveling Card shall maintain membership in the Lo-
11 cal Lodge from which such card was obtained and shall retain all rights
12 of membership in that Lodge, including the right to run for and hold
13 office, vote, and participate in the meetings of said Lodge subject to the
14 provisions of Articles 25.4 and 25.6. Such members may attend other
15 Local Lodge meetings in the area where they are traveling or working,
16 but without right to voice or vote.

17 All Traveling Cards shall be supplied by the International Secretary-
18 Treasurer, and upon being issued by the Secretary-Treasurer of the
19 Lodge, shall coincide with dues receipts in all particulars.

84

20   A Traveling Card shall not be issued to any member until all fines,
21   assessments, dues, District Lodge dues, and field dues have been paid
22   for the month in which such card is issued.

## 30.2 – Deposit of Traveling Cards

1   A member on a Traveling Card securing employment under the juris-
2   diction of any Lodge shall immediately deposit said card with the Busi-
3   ness Manager where such office exists or in the absence of such office with
4   the Secretary-Treasurer of the Lodge. Such officer shall accept the Travel-
5   ing Card and it shall be held for the period of the member's employment
6   in the jurisdiction of the Lodge subject to the provisions of Article 30.3.

## 30.3 – Return of Traveling Card

1   At any time that a member on a Traveling Card loses employment in
2   the area within the jurisdiction of the Local Lodge where that member's
3   Traveling Card is being held, the Secretary-Treasurer of such Lodge
4   shall return the Traveling Card to such member if the Secretary-Trea-
5   surer has determined that all financial obligations to the Brotherhood
6   have been paid. If any such obligations have not been paid, the Secre-
7   tary-Treasurer shall return such card to the Secretary-Treasurer of the
8   Local Lodge from which such card was obtained, who shall collect the
9   indebtedness from said member and forward the monies to the Local
10  Lodge where the financial obligations occurred.

## 30.4 – Maintenance of Membership

1   It shall be the duty of the Local Lodge holding a member's Traveling
2   Card to see that the member maintains all membership obligations. A
3   member on a Traveling Card shall pay field dues as set forth in the ap-
4   proved By-Laws of the Local and/or District Lodge under whose juris-
5   diction said member is working.

## 30.5 – Reciprocal Agreements

1   The issuance, deposit, and acceptance of Traveling Cards as required
2   by this Article shall not apply where reciprocal working agreements,
3   which have been approved by the International President, exist between
4   subordinate bodies. Where circumstances warrant, the International
5   President is authorized to establish reciprocal working agreements.

# ARTICLE 31

## TRANSFER OF MEMBERSHIP

### 31.1 – Requirements

#### 31.1.1 – Application for Transfer of Membership

1  A member working in the jurisdiction of a Local Lodge on a Travel-
2  ing Card may at any time apply for transfer of membership to the Lodge
3  in which the Traveling Card is deposited and such Lodge may accept
4  such transfer application by vote of the membership or as prescribed in
5  approved Lodge By-Laws.

#### 31.1.2 – Automatic Acceptance of Application

6  A Lodge shall automatically accept an application for a transfer of
7  membership when:

8  **31.1.2.1.**  The member has worked under the jurisdiction of the Lodge
9  for a period of 8,000 hours; and

10  **31.1.2.2.** The member can demonstrate permanent residence in a
11  place located within the Lodge's geographical jurisdiction.

#### 31.1.3 – Required Transfer

12  Unless otherwise provided in approved Lodge By-Laws, a member
13  on a Traveling Card, who has had said card on deposit in a Lodge for
14  ninety (90) days, may be required to transfer membership into such
15  Lodge. If it is so determined, it shall be the duty of the member to re-
16  quest transfer of such membership.

#### 31.1.4 – Eligibility for Transfer Card

17  A Transfer Card shall not be issued for any member until all fines,
18  assessments, dues, District Lodge dues, and field dues have been paid
19  for the month in which such card is issued.

### 31.2 – Notification of International Secretary-Treasurer

1  When a transfer of membership is made from one Local Lodge to an-
2  other, the Secretary-Treasurer of the Local Lodge receiving such trans-
3  fer shall immediately notify the International Secretary-Treasurer of
4  such transfer. The International Secretary-Treasurer shall furnish Local
5  Lodges Transfer Cards in such form as may be required to obtain the
6  necessary information concerning the member.

# ARTICLE 32

## WITHDRAWAL, SERVICE, AND RETIREMENT CARDS

### 32.1 – Issuance of Withdrawal Cards

1   A member who desires to withdraw from the International Broth-
2   erhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and
3   Helpers for the purpose of going into business or entering another occu-
4   pation not coming under the established work jurisdiction of any divi-
5   sion of the International Brotherhood shall make application for a With-
6   drawal Card to the member's Local Lodge. The Local Lodge shall grant
7   the member a Withdrawal Card; provided, however, such member has
8   been a member in good standing in the International Brotherhood for at
9   least three (3) months and is not indebted to the Local Lodge.

10   Withdrawal Cards must be renewed after being in effect for a period
11   of six (6) months, but less than forty-eight (48) months. The cost of each
12   renewal shall be Twenty Dollars ($20.00), of which Ten Dollars ($10.00)
13   shall be retained by the Local Lodge. The initial renewal period, and all
14   subsequent renewals, shall be for a period of forty-eight (48) months
15   from the last month of issuance.

16   Withdrawal Cards shall be prepared in triplicate form: one (1) part
17   shall be issued to the member withdrawing; one (1) part shall be de-
18   posited in the records of the Local Lodge; and one (1) part shall be for-
19   warded to the International Secretary-Treasurer for recording at Inter-
20   national Headquarters. The cost of the Withdrawal Card shall be in an
21   amount equal to two (2) times the Withdrawal Card charge set forth in
22   Article 12.2.1 with the Local Lodge and the International Brotherhood
23   to share equally in this amount. Any deviation must have the approval
24   of the International President.

### 32.2 – Deposit of Withdrawal Cards

#### 32.2.1 – Deposit/Revocation of Withdrawal Card

1   A former member holding a Withdrawal Card who returns to em-
2   ployment within the established work jurisdiction of the International
3   Brotherhood in either an organized or unorganized facility, shall im-
4   mediately deposit such Withdrawal Card with the Business Manager
5   or Secretary-Treasurer of the Local Lodge having territorial jurisdiction
6   over the facility. Failure on the part of a former member to deposit the
7   Withdrawal Card shall cause it to be automatically cancelled or revoked.

#### 32.2.2 – Monies Payable Upon Deposit of Withdrawal Card

8   Any former member who has held a Withdrawal Card for six (6)
9   months or less, shall pay to the Local Lodge in which the Withdrawal
10   Card is deposited all dues and assessments which have accrued since
11   the issuance of the Withdrawal Card, and said deposit within six (6)

87

12   months shall cause the Withdrawal Card to be cancelled and shall not
13   constitute a break in membership. If the former member has held such
14   Withdrawal Card for more than six (6) months, the former member
15   shall pay one (1) month's dues and assessments, if any, for the month in
16   which the Withdrawal Card is deposited.

### 32.2.3 – Per Capita Remittal to International Secretary-Treasurer

17   After the Withdrawal Card is accepted, the original Withdrawal
18   Card, along with a completed application for membership, shall be for-
19   warded to the International Secretary-Treasurer together with the Per
20   Capita Tax for each month for which the Withdrawal Card has been
21   held for six (6) months or less. If the Withdrawal Card has been held for
22   more than six (6) months, the application shall be accompanied by one
23   (1) month's Per Capita Tax.

### 32.2.4 – Dues Receipt

24   A Local Lodge monthly receipt for the month in which the With-
25   drawal Card is deposited shall be issued by the Local Lodge Secretary-
26   Treasurer. A duplicate of this receipt shall be forwarded by the Local
27   Lodge Secretary-Treasurer to the International Secretary-Treasurer, at
28   which time the member shall be entitled to all the benefits and privi-
29   leges of the International Brotherhood provided for in this Constitution.

### 32.3 – Issuance of Service Cards

1   Any member of the International Brotherhood who enters the armed
2   forces shall, upon application to the Local Lodge Secretary-Treasurer,
3   receive a Service Card. The said Service Card shall provide for continu-
4   ous membership standing for so long as such member shall remain in
5   the armed forces.

### 32.4 – Deposit of Service Cards

1   Any member of the International Brotherhood who has received
2   a Service Card shall, within ninety (90) days of retirement or dis-
3   charge from the armed forces and regardless of employment status,
4   present the Service Card and discharge from the armed forces to the
5   Secretary-Treasurer of the issuing Local Lodge and sign an application for
6   membership and pay one (1) month's dues. The Secretary-Treasur-
7   er shall forward such application, with Service Card and proof of
8   discharge, together with one (1) month's Per Capita Tax to the Interna-
9   tional Secretary-Treasurer.

### 32.5 – Retired Member's Card

1   Members of the International Brotherhood who are in good standing
2  and are:

3   **32.5.1.**  Retired and receiving a pension under the Social Security Act,
4  Railroad Retirement Act, or other Governmental legislation; or

5   **32.5.2.**  Retired and receiving a pension under a collective bargaining
6  agreement negotiated by the International Brotherhood or a subordi-
7  nate body; or

8   **32.5.3.**  Disabled and receiving a disability benefit under the Social
9  Security Act, Railroad Retirement Act, or other Governmental legisla-
10  tion; may be exempt from payment of dues provided such members ap-
11  ply for exemption through their Local Lodge and the same is approved
12  by the International President. When approved, the International Presi-
13  dent shall issue a life-time membership card to such member, same to
14  remain valid as long as the member is retired from all gainful employ-
15  ment under the provisions of Articles 32.5.1, 32.5.2, or 32.5.3.

16   Retired exempt members will be permitted to attend Local Lodge
17  meetings without voice or vote and, if requested by the International
18  Brotherhood or Local Lodge, may act in any official capacity.

## ARTICLE 33

### SALARY ADJUSTMENTS

1   **33.1.**  The salary set forth in Article 7.3 shall be increased by five
2  percent (5%) on August 1, 2007, and August 1 of each year thereafter;
3  unless the Executive Council determines the overall financial condi-
4  tion of the Brotherhood's consolidated funds do not warrant same. In
5  that situation, the Executive Council may approve a lesser amount as it
6  deems appropriate.

7   **33.2.**  Effective August 1, 2006, all International Representatives and
8  staff shall receive not less than a five percent (5%) wage increase. On
9  each August 1 thereafter, International Representatives and staff shall
10  receive not less than the wage increase as provided for in Article 33.1.

## ARTICLE 34

### MISCELLANEOUS

#### 34.1 – Use of Funds

1   The funds of any subordinate body shall be used only for the pur-
2  pose of said body as specifically set forth in this Constitution and its
3  approved By-Laws. Salaries, expenses, and allowances of subordinate
4  body officers shall be set forth in approved By-Laws. A subordinate
5  body must have prior approval of the International President for the
6  purchase, sale, lease, or remodeling of real or personal property, except-

89

7  ing the necessary office equipment and maintenance for normal opera-
8  tions in the administration of a subordinate body. All subordinate bod-
9  ies of the International Brotherhood of Boilermakers are hereby directed
10  to do all their banking, as reasonably practicable, as determined by the
11  International President, with the Bank of Labor.

### 34.2 – Title to Funds and Property

1   The funds and property of a subordinate body are trust funds for the
2  benefit of its members and shall not be divided in any manner among
3  the members of the subordinate body. Upon the surrender, forfeiture,
4  or revocation of its charter other than through consolidation, all funds
5  belonging to such subordinate body shall be forwarded promptly to the
6  International Secretary-Treasurer and all real estate and other proper-
7  ty owned or held by such body shall be immediately transferred and
8  conveyed by the proper legal instrument to the International Board
9  of Trustees of the International Brotherhood. The International Broth-
10  erhood, through its Board of Trustees, shall be authorized to sell and
11  liquidate such real estate and other property and the proceeds arising
12  therefrom, after the payment of expenses incurred, shall be deposited
13  with the other funds so forwarded to the International Secretary-Trea-
14  surer. All such funds shall revert to the General Fund of the Interna-
15  tional Brotherhood with proper record of the transfer maintained by the
16  International Secretary-Treasurer. In the event such subordinate body
17  should ever be rechartered at that location, the Executive Council is au-
18  thorized to give approval to the transfer of an amount not to exceed fifty
19  percent (50%) of such funds from the General Fund to the credit of the
20  rechartered subordinate body.

### 34.3 – Filing of Agreements

1   It shall be the duty of all District and Local Lodge Business Managers
2  and/or Secretary-Treasurers, as the case may be, to send to the Interna-
3  tional President at least one (1) copy of all Lodge collective bargaining
4  agreements and wage scales immediately upon adoption. No collective
5  bargaining agreement entered into by any subordinate body with any
6  employer, or group of employers, shall be binding upon the Interna-
7  tional Brotherhood unless expressly agreed to and signed by the Inter-
8  national Brotherhood through a duly authorized representative.

### 34.4 – Recognition of Membership

1   Any member or any Local Lodge that refuses to recognize a paid-
2  up card of a member of the International Brotherhood who was legiti-
3  mately initiated or reinstated, may have the member's card or the Local
4  Lodge's charter revoked as determined by the International President
5  and the Executive Council.

## 34.5 – Affiliation Requirements

1    In any community where an AFL-CIO or CLC Central Body, State
2 Federation of Labor, State or Provincial Building and Construction
3 Trades Council, Local Building and Construction Trades Council, Metal
4 Trades Council, or Maritime Trades Council exists, subordinate bod-
5 ies in the interest of effective unionism are urged to affiliate with such
6 subordinate bodies and they shall affiliate if so instructed by the Inter-
7 national President.

## 34.6 – Use of Official Stationery

1    The use of official stationery shall be confined to the business of the
2 subordinate body and shall be used only by the appropriate officers.

## 34.7 – Litigation Responsibility

### 34.7.1 – Subordinate Body

1    In the event a subordinate body should instigate litigation against
2 the International Brotherhood or any officer thereof because of the en-
3 forcement of any of the provisions of the Constitution and the matter is
4 resolved through the courts or otherwise in favor of the International
5 Brotherhood, the subordinate body instigating such action or actions
6 shall pay all of the costs incurred by the International Brotherhood.

### 34.7.2 – International Union

7    In the event the International Brotherhood should instigate litigation
8 against a subordinate body or any officer thereof because of the enforce-
9 ment of any of the provisions of the Constitution and the matter is re-
10 solved through the courts or otherwise in favor of the subordinate body,
11 the International Brotherhood shall pay all of the costs incurred by the
12 subordinate body.

## 34.8 – Ritual

1    The Ritual of the International Brotherhood is made a part of this
2 Constitution as if written and set out herein.

## 34.9 – Agency for Service of Process

1    Only the Officers of the International Brotherhood are authorized to
2 be agents for service of processes. International Representatives, em-
3 ployees of the International Brotherhood, or officers and employees of
4 subordinate bodies are not authorized to be agents of the International
5 Brotherhood for service of processes under any circumstances.

### 34.10 – Duty to Pay Financial Obligations

1 It shall be the duty of all members of the International Brotherhood
2 to pay as promptly as possible all bills incurred for food, lodging, and
3 other basic needs for themselves and their families, and to promptly re-
4 pay any financial indebtedness owed to any brother member; provided,
5 however, that the International Brotherhood or its subordinate bodies
6 shall not function as a collection agency or to locate debtors.

### 34.11 – Religious Discussions

1 All religious discussions shall be strictly prohibited and excluded
2 from the proceedings of the International Brotherhood and its subordi-
3 nate bodies.

### 34.12 – Rules of Order

1 Except as otherwise provided in this Constitution or in the Conven-
2 tion rules or in approved subordinate body By-Laws, Robert's Rules of
3 Order shall be the parliamentary law for the International Brotherhood
4 and its subordinate bodies respectively.

### 34.13 – Savings Clause

1 If any provision of this Constitution shall be declared invalid or inop-
2 erative by any competent authority of the executive, judicial, or admin-
3 istrative branch of federal or state government, the Executive Council
4 shall have the authority to suspend the operation of such provision dur-
5 ing the period of its invalidity. If any Article or section of this Constitu-
6 tion should be held invalid by operation of law or by any tribunal of
7 competent jurisdiction, the remainder of this Constitution or the appli-
8 cation of such Article or section to persons or circumstances other than
9 those as to which it has been held invalid, shall not be affected thereby.