*International Brotherhood of*

**BOILERMAKERS • IRON SHIP BUILDERS**



**BLACKSMITHS • FORGERS & HELPERS**

*753 State Avenue*      *Kansas City, Kansas 66101-2511*

NEWTON B. JONES
INTERNATIONAL PRESIDENT
SUITE 570
913-371-2640
FAX: 913-281-8101

WILLIAM T. CREEDEN
INTERNATIONAL SECRETARY-TREASURER
SUITE 565
913-371-2640
FAX: 913-281-8102

May 3, 2023

Mr. William T. Creeden, IST by Registered Mail
753 State Avenue, Suite 565
Kansas City, KS 66101

Mr. Lawrence J. McManamon, IVP Great Lakes Section by Registered Mail
18500 Lake Road, Suite 210
Rocky River, OH 44116-1744

**RE: Appointment of Article 17 Committee**

Dear Sirs and Brothers:

Pursuant to my authority under Article 7.1.1, lines 26 through 28, I am appointing you to handle all matters arising out of the Article 17 Charges purportedly filed by an anonymous source against me and the more recent Article 17 Charges filed by IVP John Fultz against me. This is in accord with the provisions of Article 17.3.2 of the International Constitution, lines 19 through 22.

In doing so, I empower you to exercise my relevant authority and, if necessary, an interpretation of the International Constitution as it applies to the
purported anonymous Article 17 Charges and the Article 17 Charges filed by IVP John Fultz. You are to exercise my relevant authority under Article 17 and act as a panel duly appointed by the International President pursuant to Article 5.2, lines 62 through 66.

Sincerely and fraternally yours,

Newton B. Jones
International President

cc:
J. Tom Baca, IVP-WS by Registered Mail
John Fultz, IVP-NE by Registered Mail

EXHIBIT 4

May 3, 2023    Appointment of Article 17 Committee    Page 2

Ccs Continued:

Arnie Stadnick, IVP-Canada by Registered Mail
Tim Simmons, IVP-SE by Registered Mail
David W. Elbaor, Special Counsel by Registered Mail
Jason R. McClitis, General Counsel by Registered Mail
Mike J. Stapp, General Counsel Emeritus by Registered Mail
Kateryna A. Jones, Executive Assistant to the International President
Daniel McWhirter, Administrative Assistant to the International President