**From:** Bill Creeden <bcreeden@boilermakers.org>
**Date:** May 6, 2023 at 17:55:43 CDT
**To:** IEC <iec@boilermakers.org>
**Subject: Article 17 Charges**

Gentlemen:

International President Newton B. Jones has appointed IVP Lawrence McManamon and the undersigned to handle all matters arising out of the Article 17 Charges purportedly filed by an anonymous source against him and the more recent Article 17 Charges filed by IVP John Fultz against him.

IVP McManamon is scheduled to arrive in Kansas City on Tuesday, May 9, 2023. We will begin addressing the charges in the order received.

A letter from IP Jones is forthcoming concerning same.

Sincerely and fraternally,
W.T. Creeden



William T. Creeden
International Secretary-Treasurer
International Brotherhood of Boilermakers
753 State Ave., Suite 565
Kansas City, KS 66101

(P) 913.371.2640
(F) 913.281.8102

EXHIBIT 5