

Redacted

**From:** Arnie Stadnick <astadnick@boilermakers.org>
**Date:** May 16, 2023 at 10:46:58 AM EDT
**To:** "Newton B. Jones" <njones@boilermakers.org>, "John T. Fultz" <jfultz@boilermakers.org>, Tom Baca <tbaca@boilermakers.org>, Tim Simmons <tsimmons@boilermakers.org>, Larry McManamon <lmcmanamon@boilermakers.org>
**Subject: Minutes from May 12th meeting of IEC**


Gentlemen,
Please see attached document which outlines minutes from the meeting of IBB IEC on May 12th/2023.



Kind Regards,
**Arnie Stadnick**
International Vice President -Canada
International Brotherhood of Boilermakers
#204, 10059-118 Street
Edmonton, AB  T5K 0B9

EXHIBIT 8

Cell 780-999-3573
Fax 780-489-3043

# MEETING MINUTES

## MEETING OF IBB IEC   MAY 12, 2023 @ 10:00AM PST

**ATTENDEES:**
Tom Baca - IVP
John Fultz - IVP
Larry McManamon - IVP
Tim Simmons - IVP
Arnie Stadnick - IVP

**Absent:** Newton Jones – IP

Meeting called to order by IVP Tom Baca @ 10:05am PST
- IVP Larry McManamon commented that both of his iPads were not working, phone access only.

IVP Larry McManamon declared that this is not an official IEC Meeting.
- IVP Tom Baca stated that's your interpretation.

IVP Tom Baca stated there are serious allegations under Article 17.1.7 on President Jones that need to be addressed.

IVP Arnie Stadnick made the following motion:
- Motion to disqualify current International President, Newton P. Jones, from performing any role assigned to the International President in processing the charges filed against him on April 14, 2023, alleging that he engaged in mishandling, misappropriating, or otherwise misusing union funds or properties on the grounds that he has a conflict of interest.
  - IVP Tim Simmons seconded the motion,
  - IVP Tom Baca voted yes to the motion.
  - IVP Arnie Stadnick voted yes to the motion.
  - IVP John Fultz recused himself from vote,
  - IVP Larry McManamon did not vote,
- Motion is moved.

# Meeting Minutes continued
**MEETING of IBB IEC**   May 12, 2023 @ 10:00am PST

IVP Arnie Stadnick made the following motion:

- Motion to appoint Robert Lunsford to perform the International President's role designated under Article 17 in the International Constitution in processing the pending charge dated April 14, 2023, against the current International President.
    - IVP Tim Simmons seconded the motion,
    - IVP John Fultz recused himself from vote,
    - IVP Tom Baca voted yes to the motion.
    - IVP Arnie Stadnick voted yes to the motion.
    - IVP Larry McManamon did not vote,
        - IVP Larry McManamon commented that IST Bill Creeden and himself were appointed by President Jones to oversee the Article 17 charges against Newton Jones.
- Motion is moved.

Motion to adjourn at 10:12am PST.