**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO,

Plaintiff,

v.

J. Tom Baca (Officer Capacity), Arnie Stadnick (Officer Capacity), and Timothy Simmons (Officer Capacity).

Defendants.

Case No. 23-cv-02250

## DECLARATION OF LAWRENCE J. MCMANAMON

I, Lawrence J. McManamon, being of lawful age do state:

1. At all material times herein I served as International Vice President for the Great Lakes Section of the International Brotherhood of Boilermakers.

2. The International Brotherhood of Boilermakers is a labor organization with an office located at 753 State Avenue, Kansas City, KS 66101.

3. The true Executive Council of the IBB consists of six (6) members as follows: International President Newton B. Jones, IVP Lawrence McManamon, IVP J. Tom Baca, IVP John Fultz, IVP Arnie Stadnick, and IVP Timothy Simmons.

4. On June 1, 2023 at 11:25 p.m. ET I received an email communication from fellow International Vice President, Tom Baca ("IVP Baca"), titled "Decision of Executive Council." **Exhibit 1.**

5. That communication stated as follows: "Before we send out the 'Decision of Executive Council' we the undersigned want to give you the opportunity to sign on, we will wait until Friday, June 2nd at 7:00 AM CST to hear back from you at which time the decision will be mailed to all the IEC members."

6. Attached to IVP Baca's electronic mail communication was a document titled "Decision of Executive Council." **Exhibit 2.**



EXHIBIT 16

7. The so-called "Decision of Executive Council" purports to take action on behalf of the International Brotherhood of Boilermakers Executive Council.

8. The purported "Decision of Executive Council" states that on May 12, 2023, three (3) members of the Executive Council voted to appoint Robert "Bobby" Lunsford to replace the International President.

9. The purported "Decision of Executive Council" states that a hearing was held on Tuesday, May 30, 2023, wherein Charges against International President Newton B. Jones were heard by three (3) members of Executive Council.

10. The so-called "Decision of Executive Council" purports to take the following action: (1) remove International Brotherhood of Boilermakers President, Newton Jones from his office of International President; (2) strips International President Newton B. Jones of his membership in the International Brotherhood of Boilermakers; and (3) disqualifies International President Newtown B. Jones from service in any capacity, including running for office.

11. As I was working on this Declaration, I learned that the three International Vice Presidents, purportedly acting as the Executive Council, have issued the so-called "Decision of Executive Council. A true and correct copy of what I received is **Exhibit 3** and **Exhibit 4**. Exhibit 2 and 4 appear to be same.

12. As such, to the best of my knowledge and belief, harm will result from the issuance of the so-called "Decision of Executive Council." The matter on which the Three International Vice Presidents are attempting to render a decision on has already been placed before a committee of myself and International Secretary-Treasurer Creeden. Our committee is reviewing the matter and the investigation as detailed in the Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Lawrence J. McManamon

Lawrence J. McManamon

Date: 6/1/2023




**From:** Tom Baca <tbaca@boilermakers.org>
**Date:** June 1, 2023 at 11:25:12 PM EDT
**To:** Larry McManamon <lmcmanamon@boilermakers.org>
**Cc:** Arnie Stadnick <astadnick@boilermakers.org>, Tim Simmons <simmonssoilfarm@gmail.com>
**Subject: Decision of Executive Council**

Brother McManamon:

Before we send out the "Decision of Executive Council" we the undersigned want to give you the opportunity to sign on, we will wait until Friday, June 2nd at 7:00 AM CST to hear back from you at which time the decision will be mailed to all the the IEC members.

______________________________

J. Tom Baca
International Vice President
Western States Section
International Brotherhood of Boilermakers
1401 Willow Pass Road, Suite 870
Concord, CA 94520
Phone: (925) 798-7665
Fax: (925) 798-7886

"If the workers take a notion, they can stop all speeding trains, every ship upon the ocean they can tie with mighty chains. Every wheel in the creation, every mine and every mill, fleets and armies of the nation, will at their command stand still."
-Joe Hill-

www.boilermakers.org

Sent from my iPad



EXHIBIT 1

**DECISION OF EXECUTIVE COUNCIL**

**Hearing Tuesday, May 30, 2023**

**Hilton Garden Inn, Kansas City, Missouri**

Charges against the International President, Newton B. Jones, were filed on Friday, April 14, 2023, by International Vice President, John T. Fultz. These charges allege misuse of Union funds by the International President.

The Charges allege that President Jones violated Section 17.1.7 of the International Brotherhood of Boilermakers' (IBB) Constitution and other provisions. That provision provides that the bases of charges against Officers include:

"Mishandling, misappropriating, or otherwise misusing Union funds or properties."

We use the term "misuse" to encompass mishandling, misappropriating or other misusing union funds or property. We acknowledge that there are other provisions which apparently are violated.

Article 17.3.2 of the IBB Constitution provides that the Executive Council has jurisdiction over charges brought against International Officers which includes President Jones. Article 17.3.2 provides:

> Executive Council Jurisdiction. The Executive Council shall have jurisdiction to hear charges of violations of this Constitution by any member or subordinate body of the International Brotherhood if in the judgment of the International President the circumstances warrant. It can exercise such jurisdiction even though charges are pending before a Local Lodge. The Executive Council shall have exclusive jurisdiction to hear charges against subordinate bodies and against International Officers. Any member of the Executive Council who is directly involved in the proceedings so that the Council member cannot function in an impartial manner shall not participate in the proceedings or be subject to challenge for cause.

The Executive Council consists of the following officers:

Newton B Jones, J. Tom Baca, John T. Fultz, Arnie Stadnick, Timothy Simmons and Lawrence McManamon.

Because President Jones is the Charged Party, he is automatically recused from any participation in the proceedings under Article 17.3.2 except to Respond to the Charges pursuant to the provisions of the Constitution. Because of this automatic exclusion, he was disqualified from taking any action with respect to the charges, including appointing someone to assume his role in processing the charges.

EXHIBIT 2

International Vice President John Fultz is the Charging Party, and he is also recused from participating in the proceedings other than as the Charging Party.

This leaves four International Vice Presidents as the Executive Council to hear the charges against the International President. Those four officers are:

J. Tom Baca (Western States), Arnie Stadnick (Canada), Timothy Simmons (Southeast) and Lawrence McManamon (Great Lakes)

After the charges were filed, the Executive Council reviewed them and set a meeting for Friday, May 12, 2023, to take appropriate action. All members of the Executive Council were given notice of this meeting, which was held by Zoom.

On Friday, May 12, 2023, the Executive Council met by Zoom. Present were the International Vice Presidents, including International Vice President McManamon. International President Newton B. Jones did not appear.

The Executive Council voted to appoint District 57 Business Manager Robert "Bobby" Lunsford to replace the International President for purposes of performing his functions in the proceedings, pursuant to Article 17.3.2. Business Manager Lunsford then appointed Retired Vice President Joseph Maloney to be the Hearing Officer.

The vote on the Executive Council to appoint Mr. Lunsford was 3 to 0, Vice President McManamon did not vote. Vice President Fultz did not participate.

After the Friday, May 12, 2023, meeting, Business Manager Lunsford directed that the hearing under Article 17.3.2 be held on Tuesday, May 30, 2023, at 1:00 p.m. in Kansas City. He made arrangements through the Hearing Officer for a location and for a court reporter.

Under the Constitution, an informal hearing is to be held beforehand. The practice of the Boilermakers has been to hold that informal hearing the morning before the formal hearing.

The informal hearing was set for 8:00 a.m. in Kansas City, Missouri at the Hilton Garden Inn where the formal hearing was to be held.

Before the hearing was held, there was repeated correspondence from International President Newton B. Jones and others acknowledging the Notice of Hearing and the fact that the hearing would be held on Tuesday, May 30, 2023. Those communications also took the position that the Executive Council was not authorized to proceed, even though Article 17.3.2 is extremely clear that the Executive Council has the duty and obligation to hear charges against any International Officer, including the International President. The Executive Council has designated Business Manager Lunsford to serve the role of the International President solely for processing charges under Article 17.3.2.

We have also reviewed Article 17 and other provisions of the Constitution as they apply to charges brought against the International President. These are unusual circumstances. We have complied with those provisions in substance given the unusual nature of the charges and the serious nature

of them. Any procedural defects were not substantive and were waived by President Jones' failure to appear or respond. The harm to our membership warrants immediate and forceful action.

International President Jones sought to designate International Secretary-Treasurer, William "Bill" Creeden, to serve in his role since he was disqualified. Because he was charged with these serious offenses, he was automatically disqualified and could not appoint IST Creeden to be his replacement. In the words of Article 17.3.2, he "shall not participate in the proceedings." This explains why the Executive Council was required to appoint Business Manager Lunsford to serve in the President's role under Article 17. It also appears from the evidence presented that IST Creeden approved the expenditures, which are the subject of the charges. He participated and facilitated in this misuse of IBB money and would be disqualified from serving in any capacity.

On the morning of Tuesday, May 30, 2023, an Informal Hearing was held. Present were Vice Presidents J. Tom Baca and Charging Party John T. Fultz. Appearing on behalf of the International President were Dan McWhirter (Administrative Assistant to the International President) presenting himself as a member of Boilermaker Local 374 and Kyle Evenson (retired Executive Director of Construction Sector Operations and current consultant) presenting himself as a member of Boilermakers Local 627. Both members were assigned to attend on behalf of President Jones. Also present at the Informal Hearing was Jeff Campbell, who is the Executive Director of Industrial Sector Operations for the IBB. He was not present at the Formal Hearing.

The Informal Hearing began at 8:00 a.m. and ended at approximately 8:33 a.m. The Hearing Officer directed that the Formal Hearing would begin at 1:00 p.m. Nothing was resolved at the Informal Hearing.

The Formal Hearing began at 1 :00 p.m. Present were Vice Presidents Baca, Stadnick and Simmons as the trial body. Vice President Fultz was present as the Charging Party. President Jones did not appear. Vice President McManamon did not appear. Robert Lunsford and Joseph Maloney were also in attendance.

Also, present at the Formal Hearing were Dan McWhirter and Kyle Evenson on behalf of International President Jones.

The fact that the International President sent three representatives to the Informal Hearing and two representatives to the Formal Hearing indicates that his office recognizes the legitimacy of this proceeding and was aware of the Hearing.

The Hearing Officer afforded Mr. McWhirter and Mr. Evenson an opportunity to make statements on behalf of President Jones. Mr. Evenson questioned how the committee came together, the process in which Mr. Lunsford was made acting President for the proceedings, and asked for a copy of the exhibits. Neither made any statements or otherwise attempted to present any evidence or defend against the charges brought against International President Jones.

Because President Jones did not appear or send a representative to raise any procedural error, any such error is waived. We see no procedural issue which affects the obligation of the Executive Council to hear these charges. He had notice of the charges and an opportunity to respond. He chose not to do so. We received no substantive response from President Jones to explain his conduct and expenditures at these proceedings.

The Hearing proceeded and Charging Party Vice President John Fultz presented his case, explaining in detail about the charges and the evidence. A binder along with other evidence was introduced and accepted by the Hearing Officer. A verbatim transcript was made by a certified court reporter.

When both Mr. Evenson and Mr. McWhirter asked for copies of the exhibits, the Hearing Officer declined their request because they said they were observers and not there to formally represent the International President. The Executive Council will provide a copy of the transcript to Mr. Jones along with the Exhibits.

The Executive Council listened carefully to the evidence and has reviewed all of the exhibits carefully. The Executive Council has reviewed the transcript. The Executive Council has deliberated.

Charge No. 1 relates to compensation to Kateryna "Kate" Jones, the wife of International President Newton Jones. Kateryna Jones was living in the Ukraine and did not possess a social security number or tax identification. Only after she got a social security number, did President Jones direct that the International retroactively pay her for approximately two years for apparently no legitimate union purpose while she was living in the Ukraine. There is no evidence she performed any work or did anything that would benefit the membership of the IBB. The record shows that she was paid retroactively $106,137.62. In addition to that, the IBB would have been liable for very substantial benefits, taxes and other costs.

We find that the International President was guilty of misuse of Union funds by directing that his wife be paid retroactively for work not performed while she was living in the Ukraine and lacked a social security number or tax identification.

Charge No. 2 relates to expenditures for restaurants and meals in North Carolina where President Jones lives. They also reflect that Kate Jones was now living in North Carolina at this time which is after the retroactive payment reflected in Charge No. 1. These receipts show meals for his wife after she moved to North Carolina. Credit card receipts for meals total approximately $40,000 while they were living in North Carolina. There is no legitimate reason and legitimate use of Union funds to pay for meals while living at home at the Union's expense. This is a plain misuse of Union funds. The notations that were used to justify these expenses show that there was no legitimate justification. They reflect, for example, discussions about various issues. There is no reason to spend Union money at a restaurant to buy a meal to talk about Union business when that could have been done at the office that was provided to President Jones or at home. This is just an abuse of member's money and is wrong. Moreover, a comparison of the receipts show that the expenses would alternate between President Jones and his wife so that they could cover meals they ate outside of their home in the area. None could be justified by travel or any other reason. Some were quite lavish and expensive. Nor was any effort made at the hearing to justify that amount which spanned approximately five years.

Charge No. 3 relates to flights to the Ukraine by President Jones and his spouse. Those flights cost a total of approximately $20,852. Again, there could be no conceivable use of Union funds for President Jones to fly to the Ukraine to visit his wife and to go to the home which he owns in the Ukraine. We have no work in the Ukraine and no business there. There is no legitimate reason for

him to travel to the Ukraine to either visit his home or his wife for Union business. This is a plain misuse of IBB funds.

The International Constitution does not provide for a statute of limitations for misuse of Union funds. The charges are timely and proper.

The documentary evidence and testimony conclusively establish that President Jones violated Article 17.1.7. This misuse is shocking. No IBB officer or employee should have been spending Union member's money for personal expenses including personal meals and/or personal travel. It was a misuse of Union funds to retroactively pay his wife while she was living in the Ukraine and apparently performing no work whatsoever for the Union.

President Jones was given the opportunity to defend himself and explain these expenditures. He chose not to show up. He chose to present no evidence. He chose not to send a representative to even attempt to explain these expenditures. We are left with uncontradicted evidence and no explanation.

There can only be one course of action for this Executive Council:

President Jones is hereby removed immediately as International President. He is directed to immediately turn over the keys, passwords, property, offices, vehicles or any property or funds of the IBB or any of its affiliates. He is directed and to perform no functions on behalf of the International Brotherhood of Boilermakers. He is directed to resign immediately all of his positions, including Trustee of all funds in which the Union participates.

President Jones is furthermore directed to reimburse the International Brotherhood of Boilermakers all of the funds which he misspent as reflected in these Charges. The IBB is directed to hire an accountant to do a forensic accounting by an independent certified public accountant experienced in auditing unions to determine the full extent of the mishandling, misappropriation and misuse of union funds and to direct that President Jones reimburse that amount after the audit is completed.

President Jones is hereby stripped of his membership and disqualified from serving in any capacity, including running for office.

The Executive Council will provide notice to President Jones of its decision. All other Officers and staff are furthermore directed to assist in the effectuation of this order for the benefit of the membership and to correct these abuses and make sure that they do not occur again in the future.

This Order goes into effect immediately.

President Jones has the right under the International Constitution to appeal this decision to the next convention.

The Executive Council thanks Vice President Fultz for filing these charges and bringing this to our attention. The drastic action of removing President Jones immediately and directing other actions is clearly necessary because of the seriousness of these allegations and the harm to our membership.

International Vice President J. Tom Baca

June 1, 2023
Dated

International Vice President Timothy Simmons

June 1, 2023
Dated

International Vice President Arnie Stadnick

June 1, 2023
Dated

International Vice President Lawrence McManamon

Dated




---

**From:** Tom Baca <tbaca@boilermakers.org>
**Sent:** Friday, June 2, 2023 10:40 AM
**To:** Newton B. Jones <njones@boilermakers.org>; Larry McManamon <lmcmanamon@boilermakers.org>; John T. Fultz <jfultz@boilermakers.org>; Arnie Stadnick <astadnick@boilermakers.org>; Tim Simmons <tsimmons@boilermakers.org>
**Subject:** Article 17 charges

Dear Sirs and Brothers:

Please see the attached decision of the International Executive Council regarding the Article 17 charges preferred against International President Newton B. Jones.

_______________________________

J. Tom Baca
International Vice President
Western States Section
International Brotherhood of Boilermakers
1401 Willow Pass Road, Suite 870
Concord, CA 94520
Phone: (925) 798-7665
Fax: (925) 798-7886

"If the workers take a notion, they can stop all speeding trains, every ship upon the ocean they can tie with mighty chains. Every wheel in the creation, every mine and every mill, fleets and armies of the nation, will at their command stand still."

-Joe Hill-

www.boilermakers.org

Sent from my iPad



EXHIBIT 3

# DECISION OF EXECUTIVE COUNCIL

## Hearing Tuesday, May 30, 2023

## Hilton Garden Inn, Kansas City, Missouri

Charges against the International President, Newton B. Jones, were filed on Friday, April 14, 2023, by International Vice President, John T. Fultz. These charges allege misuse of Union funds by the International President.

The Charges allege that President Jones violated Section 17.1.7 of the International Brotherhood of Boilermakers' (IBB) Constitution and other provisions. That provision provides that the bases of charges against Officers include:

> "Mishandling, misappropriating, or otherwise misusing Union funds or properties."

We use the term "misuse" to encompass mishandling, misappropriating or other misusing union funds or property. We acknowledge that there are other provisions which apparently are violated.

Article 17.3.2 of the IBB Constitution provides that the Executive Council has jurisdiction over charges brought against International Officers which includes President Jones. Article 17.3.2 provides:

> Executive Council Jurisdiction. The Executive Council shall have jurisdiction to hear charges of violations of this Constitution by any member or subordinate body of the International Brotherhood if in the judgment of the International President the circumstances warrant. It can exercise such jurisdiction even though charges are pending before a Local Lodge. The Executive Council shall have exclusive jurisdiction to hear charges against subordinate bodies and against International Officers. Any member of the Executive Council who is directly involved in the proceedings so that the Council member cannot function in an impartial manner shall not participate in the proceedings or be subject to challenge for cause.

The Executive Council consists of the following officers:

Newton B Jones, J. Tom Baca, John T. Fultz, Arnie Stadnick, Timothy Simmons and Lawrence McManamon.

Because President Jones is the Charged Party, he is automatically recused from any participation in the proceedings under Article 17.3.2 except to Respond to the Charges pursuant to the provisions of the Constitution. Because of this automatic exclusion, he was disqualified from taking any action with respect to the charges, including appointing someone to assume his role in processing the charges.

EXHIBIT 4

International Vice President John Fultz is the Charging Party, and he is also recused from participating in the proceedings other than as the Charging Party.

This leaves four International Vice Presidents as the Executive Council to hear the charges against the International President. Those four officers are:

J. Tom Baca (Western States), Arnie Stadnick (Canada), Timothy Simmons (Southeast) and Lawrence McManamon (Great Lakes)

After the charges were filed, the Executive Council reviewed them and set a meeting for Friday, May 12, 2023, to take appropriate action. All members of the Executive Council were given notice of this meeting, which was held by Zoom.

On Friday, May 12, 2023, the Executive Council met by Zoom. Present were the International Vice Presidents, including International Vice President McManamon. International President Newton B. Jones did not appear.

The Executive Council voted to appoint District 57 Business Manager Robert "Bobby" Lunsford to replace the International President for purposes of performing his functions in the proceedings, pursuant to Article 17.3.2. Business Manager Lunsford then appointed Retired Vice President Joseph Maloney to be the Hearing Officer.

The vote on the Executive Council to appoint Mr. Lunsford was 3 to 0, Vice President McManamon did not vote. Vice President Fultz did not participate.

After the Friday, May 12, 2023, meeting, Business Manager Lunsford directed that the hearing under Article 17.3.2 be held on Tuesday, May 30, 2023, at 1:00 p.m. in Kansas City. He made arrangements through the Hearing Officer for a location and for a court reporter.

Under the Constitution, an informal hearing is to be held beforehand. The practice of the Boilermakers has been to hold that informal hearing the morning before the formal hearing.

The informal hearing was set for 8:00 a.m. in Kansas City, Missouri at the Hilton Garden Inn where the formal hearing was to be held.

Before the hearing was held, there was repeated correspondence from International President Newton B. Jones and others acknowledging the Notice of Hearing and the fact that the hearing would be held on Tuesday, May 30, 2023. Those communications also took the position that the Executive Council was not authorized to proceed, even though Article 17.3.2 is extremely clear that the Executive Council has the duty and obligation to hear charges against any International Officer, including the International President. The Executive Council has designated Business Manager Lunsford to serve the role of the International President solely for processing charges under Article 17.3.2.

We have also reviewed Article 17 and other provisions of the Constitution as they apply to charges brought against the International President. These are unusual circumstances. We have complied with those provisions in substance given the unusual nature of the charges and the serious nature

of them. Any procedural defects were not substantive and were waived by President Jones' failure to appear or respond. The harm to our membership warrants immediate and forceful action.

International President Jones sought to designate International Secretary-Treasurer, William "Bill" Creeden, to serve in his role since he was disqualified. Because he was charged with these serious offenses, he was automatically disqualified and could not appoint IST Creeden to be his replacement. In the words of Article 17.3.2, he "shall not participate in the proceedings." This explains why the Executive Council was required to appoint Business Manager Lunsford to serve in the President's role under Article 17. It also appears from the evidence presented that IST Creeden approved the expenditures, which are the subject of the charges. He participated and facilitated in this misuse of IBB money and would be disqualified from serving in any capacity.

On the morning of Tuesday, May 30, 2023, an Informal Hearing was held. Present were Vice Presidents J. Tom Baca and Charging Party John T. Fultz. Appearing on behalf of the International President were Dan McWhirter (Administrative Assistant to the International President) presenting himself as a member of Boilermaker Local 374 and Kyle Evenson (retired Executive Director of Construction Sector Operations and current consultant) presenting himself as a member of Boilermakers Local 627. Both members were assigned to attend on behalf of President Jones. Also present at the Informal Hearing was Jeff Campbell, who is the Executive Director of Industrial Sector Operations for the IBB. He was not present at the Formal Hearing.

The Informal Hearing began at 8:00 a.m. and ended at approximately 8:33 a.m. The Hearing Officer directed that the Formal Hearing would begin at 1:00 p.m. Nothing was resolved at the Informal Hearing.

The Formal Hearing began at 1 :00 p.m. Present were Vice Presidents Baca, Stadnick and Simmons as the trial body. Vice President Fultz was present as the Charging Party. President Jones did not appear. Vice President McManamon did not appear. Robert Lunsford and Joseph Maloney were also in attendance.

Also, present at the Formal Hearing were Dan McWhirter and Kyle Evenson on behalf of International President Jones.

The fact that the International President sent three representatives to the Informal Hearing and two representatives to the Formal Hearing indicates that his office recognizes the legitimacy of this proceeding and was aware of the Hearing.

The Hearing Officer afforded Mr. McWhirter and Mr. Evenson an opportunity to make statements on behalf of President Jones. Mr. Evenson questioned how the committee came together, the process in which Mr. Lunsford was made acting President for the proceedings, and asked for a copy of the exhibits. Neither made any statements or otherwise attempted to present any evidence or defend against the charges brought against International President Jones.

Because President Jones did not appear or send a representative to raise any procedural error, any such error is waived. We see no procedural issue which affects the obligation of the Executive Council to hear these charges. He had notice of the charges and an opportunity to respond. He chose not to do so. We received no substantive response from President Jones to explain his conduct and expenditures at these proceedings.

The Hearing proceeded and Charging Party Vice President John Fultz presented his case, explaining in detail about the charges and the evidence. A binder along with other evidence was introduced and accepted by the Hearing Officer. A verbatim transcript was made by a certified court reporter.

When both Mr. Evenson and Mr. McWhirter asked for copies of the exhibits, the Hearing Officer declined their request because they said they were observers and not there to formally represent the International President. The Executive Council will provide a copy of the transcript to Mr. Jones along with the Exhibits.

The Executive Council listened carefully to the evidence and has reviewed all of the exhibits carefully. The Executive Council has reviewed the transcript. The Executive Council has deliberated.

Charge No. 1 relates to compensation to Kateryna "Kate" Jones, the wife of International President Newton Jones. Kateryna Jones was living in the Ukraine and did not possess a social security number or tax identification. Only after she got a social security number, did President Jones direct that the International retroactively pay her for approximately two years for apparently no legitimate union purpose while she was living in the Ukraine. There is no evidence she performed any work or did anything that would benefit the membership of the IBB. The record shows that she was paid retroactively $106,137.62. In addition to that, the IBB would have been liable for very substantial benefits, taxes and other costs.

We find that the International President was guilty of misuse of Union funds by directing that his wife be paid retroactively for work not performed while she was living in the Ukraine and lacked a social security number or tax identification.

Charge No. 2 relates to expenditures for restaurants and meals in North Carolina where President Jones lives. They also reflect that Kate Jones was now living in North Carolina at this time which is after the retroactive payment reflected in Charge No. 1. These receipts show meals for his wife after she moved to North Carolina. Credit card receipts for meals total approximately $40,000 while they were living in North Carolina. There is no legitimate reason and legitimate use of Union funds to pay for meals while living at home at the Union's expense. This is a plain misuse of Union funds. The notations that were used to justify these expenses show that there was no legitimate justification. They reflect, for example, discussions about various issues. There is no reason to spend Union money at a restaurant to buy a meal to talk about Union business when that could have been done at the office that was provided to President Jones or at home. This is just an abuse of member's money and is wrong. Moreover, a comparison of the receipts show that the expenses would alternate between President Jones and his wife so that they could cover meals they ate outside of their home in the area. None could be justified by travel or any other reason. Some were quite lavish and expensive. Nor was any effort made at the hearing to justify that amount which spanned approximately five years.

Charge No. 3 relates to flights to the Ukraine by President Jones and his spouse. Those flights cost a total of approximately $20,852. Again, there could be no conceivable use of Union funds for President Jones to fly to the Ukraine to visit his wife and to go to the home which he owns in the Ukraine. We have no work in the Ukraine and no business there. There is no legitimate reason for

him to travel to the Ukraine to either visit his home or his wife for Union business. This is a plain misuse of IBB funds.

The International Constitution does not provide for a statute of limitations for misuse of Union funds. The charges are timely and proper.

The documentary evidence and testimony conclusively establish that President Jones violated Article 17.1.7. This misuse is shocking. No IBB officer or employee should have been spending Union member's money for personal expenses including personal meals and/or personal travel. It was a misuse of Union funds to retroactively pay his wife while she was living in the Ukraine and apparently performing no work whatsoever for the Union.

President Jones was given the opportunity to defend himself and explain these expenditures. He chose not to show up. He chose to present no evidence. He chose not to send a representative to even attempt to explain these expenditures. We are left with uncontradicted evidence and no explanation.

There can only be one course of action for this Executive Council:

President Jones is hereby removed immediately as International President. He is directed to immediately turn over the keys, passwords, property, offices, vehicles or any property or funds of the IBB or any of its affiliates. He is directed and to perform no functions on behalf of the International Brotherhood of Boilermakers. He is directed to resign immediately all of his positions, including Trustee of all funds in which the Union participates.

President Jones is furthermore directed to reimburse the International Brotherhood of Boilermakers all of the funds which he misspent as reflected in these Charges. The IBB is directed to hire an accountant to do a forensic accounting by an independent certified public accountant experienced in auditing unions to determine the full extent of the mishandling, misappropriation and misuse of union funds and to direct that President Jones reimburse that amount after the audit is completed.

President Jones is hereby stripped of his membership and disqualified from serving in any capacity, including running for office.

The Executive Council will provide notice to President Jones of its decision. All other Officers and staff are furthermore directed to assist in the effectuation of this order for the benefit of the membership and to correct these abuses and make sure that they do not occur again in the future.

This Order goes into effect immediately.

President Jones has the right under the International Constitution to appeal this decision to the next convention.

The Executive Council thanks Vice President Fultz for filing these charges and bringing this to our attention. The drastic action of removing President Jones immediately and directing other actions is clearly necessary because of the seriousness of these allegations and the harm to our membership.

International Vice President J. Tom Baca

June 1, 2023
Dated

International Vice President Timothy Simmons

June 1, 2023
Dated

Arnie Stadnick
International Vice President Arnie Stadnick

June 1/2023
Dated

International Vice President Lawrence McManamon

Dated