# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>J. Tom Baca (Officer Capacity), et al.,<br><br>Defendants. | Case No. 2:23-cv-02250-EFM-TJJ |

**PLAINTIFF'S *EX-PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER and MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO ("IBB"), hereby applies for a temporary restraining order and preliminary injunction.

The application is made pursuant to Federal Rule of Civil Procedure 65(b) on the ground that Plaintiff has demonstrated a likelihood of success on the merits and the possibility of irreparable injury, loss or damage will result before Defendant can be heard in opposition.

Plaintiff seeks injunction relief based on the actions of the three Defendant International Vice Presidents ("IVPs"). Defendant J. Tom Baca, Arnie Stadnick, and Timothy Simmons. Plaintiff asserts that the three named Defendants are circumventing Plaintiff IBB's procedures governing how it investigates violations of its governing rules. Further, Defendants have taken the unprecedented step of misappropriating authority under the IBB Constitution and utilizing that misappropriated authority to remove the duly elected International President and stripping him of his membership in the IBB through extra-constitutional means. Plaintiffs seek a temporary

restraining order and a preliminary injunction to prevent further irreparable harm to the IBB, its officers and its members.

The application is based on the following: this Ex Parte Application; the accompanying brief supporting Plaintiff's Ex Parte Temporary Restraining Order and Motion for Preliminary Injunction; the accompanying Declarations of Michael Amash, Lawrence McManamon, and William Creeden and all exhibits attached thereto; and the Complaint originally filed by Plaintiff IBB on May 30, 2023, and any Amendments to that Complaint, and all exhibits attached thereto.

Because no counsel has yet made an appearance for any of the Defendants, Plaintiff is serving notice of the application by overnighting this application and the proposed order to all three (3) Defendants. Plaintiffs will also serve all of the papers supporting this application on all Defendants by process server. Should any defendant or attorney request a copy of the papers, Plaintiffs will promptly provide them.

Dated: June 2, 2023

                                            Respectfully submitted:

/s/ Michael E. Amash
Michael E. Amash
Blake & Uhlig, P.A.
6803 West 64th Street, Ste 300
Overland Park, KS 66202
Phone: (913) 321-8884
Fax: (913) 321-2396
Email: mea@blake-uhlig.com
ATTORNEYS FOR PLAINTIFF