IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO<br><br>    Plaintiff,<br><br>v.<br><br>J. Tom Baca (Officer Capacity), et al.,<br><br>    Defendants. | Case No. 23-2250 |

## INDEX OF EXHIBITS TO DECLARATION OF TIM SIMMONS

Below are the exhibits submitted in support of the Declaration of Tim Simmons:

| | |
|---|---|
| Exhibit 1 | A copy of the Email from Newton B. Jones addressed to Tyler Brown, dated August 22, 2015, at 4:13 p.m. |
| Exhibit 2 | A Copy of the Article 17 Charges Against Newton B. Jones |
| Exhibit 3 | A Copy of the Relevant Pages of the Constitution of the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers |
| Exhibit 4 | A Copy of the Transcript of the Hearing Proceedings before Hearing Officer Joseph Maloney on May 30, 2023 and Exhibits Submitted at the Hearing |
| Exhibit 5 | A Copy of the Decision of the Executive Council |