-----Original Message-----
From: Tyler Brown
Sent: Monday, August 24, 2015 8:40 AM
To: Kathy Stapp
Subject: FW: Kate's 1st Year Salary

Kathy,

Please see email below from International President Jones concerning backpay that is due to Kate
Jones. Per his email below, please arrange to have the remaining backpay deposited into her account.

Once this has been arranged, please let me know and advise as to the amount that will be deposited.

Thanks,

Tyler Brown
Administrative Assistant to the International President Executive Director of Industrial Sector Operations
-------------------------------------------------------------------
International Brotherhood of Boilermakers International President's Office
753 State Ave., Suite 570
Kansas City, KS 66101
PH: (913) 371-2640
FX: (913) 281-8101
EM: tbrown@boilermakers.org

*Proud Member of Boilermakers Local Lodge 483


On 8/22/15, 4:13 PM, "Newton B. Jones" <njones@boilermakers.org> wrote:

>Tyler:
>
>I believe Kate is still owed her first year's salary. As you know, we
>were not able to pay here then because she could not come to the USA
>and did not have a U.S. Social Security number.
>
>Please arrange to have the amount owed her deposited into her account
>and confirm with me.
>
>Thanks,
>
>Newt
>
>Sent from my iPhone
>-------------------------------------------------
>Newton B. Jones
>International President
>International Brotherhood of Boilermakers
>753 State Avenue, Suite 570
>Kansas City, KS 66101

2

**EXHIBIT 1**

**Page 1 of 2**

>
>(913) 371-2640 HQ Main
>(913) 281-8101 HQ Fax
>
>(919) 967-3652 NC Main
>(919) 967-6272 NC Fax
>
>www.boilermakers.org

3

**EXHIBIT 1**
**Page 2 of 2**