Mr. Newton B. Jones
International President
International Brotherhood of Boilermakers
410 Lystra Preserve Drive
Chapel Hill, NC 27517

RE: Article 17 Charge

President Jones,

I, John Fultz, registration number 1945204, a member in good standing, charge you, Newton B. Jones, with violations of Article 17.1.7: mishandling, misappropriating, or otherwise misusing union funds or properties.

- In 2015, you directed back pay to be paid to your spouse, while your spouse was not living in the United States.
- Expenditure of union funds for meals for yourself, your spouse and other family members when at your home location.
- On February 26, 2023, in Marco Island, in a meeting with the International Executive Council, legal counsel (David Elbaor, Jason McClitis, and Michael Stapp) and others in attendance, you admitted expenditure of union funds to travel to your residence in the Ukraine.

The extent of these allegations will only be understood with a full and thorough investigation.

_____          April 14, 2023
John T. Fultz                                          Date

_1945204_
Registration Number

**EXHIBIT 2**
**Page 1 of 1**