# CONSTITUTION
## of the



**International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers**

Affiliated with the AFL-CIO and CLC



*As revised and adopted
at the 34th Consolidated Convention
held July 21, 2021*

EXHIBIT 3
Page 1 of 17

30  This International Brotherhood will strive through collective
31  bargaining for immediate objectives, such as reasonable standard
32  of working conditions and hours, just compensation for work done,
33  and an annual family living wage commensurate with our modern
34  society. We seek the cooperation of other progressive, constructive, and
35  intelligent combinations of workers for the attainment of these ends.
36  Thus, by our mutual efforts, and with due regard for the rights of
37  employers and concern for the public interest, there will accrue to the
38  members of this International Brotherhood and those similarly situated,
39  increased benefits and sufficient leisure time to pursue civic, cultural,
40  spiritual, and other beneficial activities.

### 1.3 – Government

1  The International Brotherhood, when assembled in Convention, shall
2  be the highest tribunal of this International Brotherhood and shall have
3  full jurisdiction over the International Brotherhood and all District and
4  Local Lodges and other subordinate bodies.

### 1.4 – Powers of the International Brotherhood

1  The powers of this International Brotherhood while in Convention
2  session shall be legislative, executive, and judicial.

### 1.5 – Vesting of Powers

1  When the International Brotherhood is not in Convention session, its
2  executive and judicial powers only shall be vested in an International
3  Executive Council, hereinafter called the "Executive Council."

### 1.6 – Headquarters

1  The permanent headquarters of the International Brotherhood shall
2  be in Kansas, except that the International President and the Executive
3  Council are authorized and empowered, if they deem such action neces-
4  sary and to the best interests of the International Brotherhood, to trans-
5  fer the permanent headquarters of the International Brotherhood.

# ARTICLE 2
## CONVENTION

### 2.1 – Place, Time, and Expense

1  The next Convention of this International Brotherhood shall be held
2  in 2026, at a time and in a city to be determined by the Executive Coun-
3  cil. The defraying of all legitimate operating expenses, transportation
4  expenses, Convention allowances and expenses, including, but not lim-
5  ited to, Convention gifts and mementos; social functions and Conven-
6  tion banquets, luncheons, and receptions; and entertainment of dele-
7  gates, delegates' family members, and invited guests of the Convention,

EXHIBIT 3
Page 2 of 17

12   Northeast Section: States of Connecticut, Delaware, Maine, Mary-
13   land, Massachusetts, New Hampshire, New Jersey, New York, Pennsyl-
14   vania, Rhode Island, Vermont, Virginia, West Virginia, and the District
15   of Columbia.

16   Southeast Section: States of Alabama, Arkansas, Florida, Georgia,
17   Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South
18   Carolina, Tennessee, Texas, Puerto Rico, Isthmus of Panama, and the
19   U.S. Virgin Islands.

20   Canadian Section: Provinces of Alberta, British Columbia, Manitoba,
21   New Brunswick, Newfoundland, Nova Scotia, Ontario, Prince Edward
22   Island, Quebec, Saskatchewan. The three (3) territories of Northwest
23   Territories, Nunavut, and Yukon Territory.

24   One (1) member from each of the foregoing sections, who maintains
25   membership therein, shall be elected by the Convention as International
26   Vice President from such section. The International President and
27   International Secretary-Treasurer may maintain membership in any
28   area within the jurisdiction of the International Brotherhood.

### 4.4 – Nominations, Election, and Installation

#### 4.4.1 – Nominations and Election

1   The International Officers shall be nominated and elected by the
2   delegates assembled at the regular Convention. In the case of a contest
3   in any International Office, the officer in question shall be elected by
4   roll-call vote of the accredited delegates present and voting their vot-
5   ing strength as provided for in Article 2.2.1, the candidate receiving the
6   highest vote to be elected.

#### 4.4.2 – Installation of Officers

7   International Officers shall be installed and assume office on the last
8   day of the Convention.

### 4.5 – Vacancies – How Filled

1   Except as otherwise provided in Article 5.2, the International Presi-
2   dent is empowered to fill by appointment all vacancies in International
3   Office occasioned by death, resignation, or otherwise, when approved
4   by majority vote of the Executive Council, until the next succeeding In-
5   ternational Brotherhood Convention; in the event of a vacancy in the
6   office of International President such vacancy shall be filled for the bal-
7   ance of the term by majority vote of the Executive Council.

### 4.6 – Retirement of International Officers

#### 4.6.1 – Retirement Date

1  There shall be no automatic retirement date for International or Local
2  Union Officers.

#### 4.6.2 – Severance Pay

3  When an International Officer retires or dies while in office, the Of-
4  ficer or Officer's beneficiaries shall be entitled to receive as severance
5  pay the equivalent of three (3) months' salary or one (1) week's salary
6  for each year of full-time service, whichever is greater, except that such
7  amount shall not exceed the equivalent of six (6) months' salary.

### 4.7 – Outside Employment of Union Officers

1   Any full-time salaried officer or appointed representative of the In-
2  ternational Brotherhood or of a subordinate body who shall engage in
3  any business outside of the regular duties of the International Broth-
4  erhood shall immediately upon engaging in such outside business re-
5  sign or apply for leave of absence and vacate the office, provided that
6  nothing herein shall be construed as to prohibit the holding of elective
7  or appointed office in the AFL-CIO, CLC, or any department thereof,
8  or in Building Trades Councils, Metal Trades Councils, Central Bodies,
9  or State Federations chartered by the AFL-CIO with which subordinate
10 bodies are affiliated or CLC, provided that the Executive Council may
11 permit exceptions to the above.

## ARTICLE 5
## EXECUTIVE COUNCIL AND DUTIES

### 5.1 – Composition

1  The Executive Council shall be composed of the International Presi-
2  dent and the International Vice Presidents.

### 5.2 – General Duties of Executive Council

1   The Executive Council shall have governing authority over the Inter-
2  national Brotherhood and its subordinate bodies when not in Conven-
3  tion session to the end of upholding the laws and policies of the Brother-
4  hood as expressed in this Constitution; provided, however, that except
5  to the extent necessary to accomplish such purposes the subordinate
6  bodies of the Brotherhood shall have autonomy in the conduct of their
7  affairs, including organizing activities, the negotiation and administra-
8  tion of collective bargaining agreements, and engaging in economic ac-
9  tivity to that end where not done by the International Brotherhood itself;
10 and provided further, that the International Brotherhood shall not be
11 responsible for any actions, activities, or omissions of any of its subordi-

12  nate bodies or their representatives unless the same were authorized or
13  directed by the International Brotherhood. The Executive Council shall
14  have the power to supervise all business and financial affairs of the In-
15  ternational union and to authorize all expenditures deemed necessary
16  to effectuate or accomplish the objectives of this International union,
17  as set forth in Article 1.2 and other applicable provisions of the union's
18  Constitution, or for its benefit. When an International Vice President
19  retires, or for any reason vacates the office during an elected term, the
20  Executive Council, upon the recommendation of the International Presi-
21  dent, shall have the authority to: eliminate the vacated office; realign the
22  territorial sections set forth in Article 4.3; and consolidate and/or redis-
23  tribute the duties of the vacated office to one or more of the remaining
24  Officers. The Executive Council shall have authority, upon recommen-
25  dation of the International President, to continue to maintain, modify,
26  implement, and/or administer retirement, health care, and other benefit
27  programs for the benefit of officers, staff, and employees of the Interna-
28  tional union, and their dependents. The Executive Council shall have
29  the authority to consummate a merger or affiliation of another labor
30  organization into the International union, including the authority to in-
31  crease the number of International Vice Presidents-at-large where nec-
32  essary to effectuate such merger or affiliation, and to continue current
33  policies and/or modify from time to time the policy governing such
34  expenditures by the International union, its officers, and staff. The Ex-
35  ecutive Council shall have the authority to continue the transportation
36  policy replacing in whole or in part the automobile allowance set forth
37  in Articles 7 and 8 or to change said allowance if the adoption of said
38  policy or change is in the best interest of the International union, or, in-
39  lieu-of any such allowance, to purchase and maintain automobiles for
40  the use of designated officers and/or staff. The Executive Council shall
41  have the authority, acting upon a recommendation of the International
42  President, to adopt a relocation allowance policy which shall be appli-
43  cable to officers and staff who are directed to relocate their home point
44  and as a consequence incur significant economic expenditures or losses.
45  The Executive Council shall be empowered to establish and/or charter
46  subordinate bodies and to establish, and/or change the geographical
47  location of such subordinate bodies and to establish, define, and change
48  their geographic and trade or work jurisdiction. The Executive Council
49  shall have the authority to determine whether or not a Local Lodge shall
50  be affiliated or disaffiliated with a Council or District Lodge. The Execu-
51  tive Council shall have authority to establish rules and regulations to
52  properly administer the provisions of this Constitution where they are
53  not specifically spelled out herein and are not inconsistent therewith. It
54  shall have the power to pass on any subject, proposition, or grievance,
55  and hear and determine all cases of appeal from the decisions and rul-
56  ings of the International President which are filed by registered or certi-

57 fied mail with the Executive Council within thirty (30) days of the date
58 of such decision or ruling, except as provided in Articles 25.5 and 25.8,
59 and of subordinate bodies, or involving any member or officer within
60 the International Brotherhood, or any appointed representative. In all
61 matters which are to be decided and acted upon by the Executive Coun-
62 cil, a member or officer of the Brotherhood or a panel duly appointed
63 by the International President may act in the matter with required re-
64 port to the Executive Council for decision by the Executive Council. All
65 decisions of the Executive Council shall be final, except as provided in
66 Article 17.6.3.

### 5.2.1 – Authority to Require Direct Submission of Dues Check-Off

67 For any Local Lodge that has established a history of chronically late
68 submission of required reports and/or audits, the Executive Council
69 shall have the authority to require that Local Lodge to direct the em-
70 ployer in writing that monthly dues check-off shall be submitted di-
71 rectly to the International Secretary-Treasurer's office. In the event the
72 employer refuses to comply with the Local Lodge's written directive,
73 the Local Lodge shall, immediately upon receipt of the employer's dues
74 check-off, endorse the employer's dues check-off check over to the In-
75 ternational Secretary-Treasurer and forward same with all supporting
76 documents to the International Secretary-Treasurer's office by certified
77 mail. The International Secretary-Treasurer's office shall remit to the Lo-
78 cal Lodge that portion of the monthly dues receipts that are normally
79 retained by the Local Lodge.

### 5.2.2 – Authority to Require Reimbursement of Audit Expenses

80 The Executive Council shall have the authority to require the Local
81 Lodge to reimburse the International union for any and all actual ex-
82 penses incurred by International staff and/or auditors in order to bring
83 the Local Lodge into compliance with its reporting and recordkeeping
84 duties and requirements.

### 5.3 – Jurisdiction of District and Local Lodges

1 The Executive Council shall have authority to designate District and
2 Local Lodge trade or work jurisdiction and their geographical jurisdic-
3 tion. Such designation shall be set forth in each charter upon its issu-
4 ance. Such jurisdiction shall continue unless and until the International
5 President should determine to enlarge or restrict such jurisdiction as,
6 in his judgment, the interests of the International Brotherhood require.
7 Any decision of the International President to enlarge or restrict the ju-
8 risdiction of a subordinate body is subject to review by the Executive
9 Council upon appeal.

12  Any Local Lodge having less than thirty-five (35) active members
13  (unless otherwise approved by the Executive Council) shall be auto-
14  matically disbanded and its charter returned to the International Broth-
15  erhood, together with all books, records, properties, funds, and assets
16  (including trusts, trust funds, or other trust properties held, operated,
17  or controlled by such Local Lodge) owned or held by such Local Lodge
18  at the time of such disbanding, which shall become the property of the
19  International Brotherhood.

### 5.7 – Grievance Adjustment Procedures

1   All grievances or disputes involving matters which are not the prop-
2  er subject of disciplinary proceedings, including grievances or disputes
3  within a Local Lodge, or between Local Lodges, or between a District
4  Lodge and a Local Lodge, if not settled within thirty (30) days of the
5  original occurrence of the grievance or dispute, within the next fifteen
6  (15) days may be submitted for adjustment to the International Presi-
7  dent, or the International President's designee, who shall investigate
8  and resolve the matter, subject to appeal within thirty (30) days, by reg-
9  istered or certified mail to the Executive Council whose decision shall
10  be final.

### 5.8 – Meetings of Executive Council

1   The Executive Council shall meet on call of the International Presi-
2  dent as conditions warrant, but shall meet at least semi-annually, and
3  shall meet immediately preceding and following each Convention. Its
4  decisions shall be governed by majority vote. A majority of the Council
5  shall constitute a quorum. When not in formal session, the Executive
6  Council may act on any matter by letter, telephone, facsimile, e-mail, or
7  any other means as determined appropriate by the International Presi-
8  dent. All action not taken at a formal Council session shall be confirmed
9  in the form of a signed Council document.

## ARTICLE 6
### INTERNATIONAL BOARD OF TRUSTEES AND DUTIES
### 6.1 – Qualifications and Selection

1   Subject to the control and supervision of the Executive Council, there
2  shall be an International Board of Trustees, hereinafter called the "Board
3  of Trustees," consisting of the International President, International
4  Secretary-Treasurer, and a third member who shall be an elected Inter-
5  national Officer, who shall be selected by the other two (2) members,
6  subject to confirmation by the Executive Council.

### 6.7 – Termination of Responsibility

Upon the death, resignation, or removal of any one (1) or more of the members of the Board of Trustees, the legal title to all real and personal property of this International Brotherhood, wherever the same may be situated, then vesting in such former member or members, shall immediately pass to and be vested in the surviving member or members of the Board of Trustees and the successor or successors so designated; and in any such event, no further written instrument, deed, conveyance, disclaimer, or other acquittance shall be required to complete the transfer and vest the full legal title to all of such property in the surviving and successor members of the Board of Trustees.

# ARTICLE 7
## DUTIES OF THE INTERNATIONAL PRESIDENT
### 7.1 – General Duties
#### 7.1.1 – Principal Executive and Administrative Officer

The International President shall be the principal executive and administrative officer of the International Brotherhood and shall enforce all its laws according to its Constitution and policies set down by its Conventions and the Executive Council. The International President shall have direction and supervision of all subordinate bodies in connection therewith and shall exercise day to day supervision over the affairs of the International Brotherhood, all to the end of obtaining compliance with the laws and policies of the International Brotherhood as set forth in this Constitution; provided, however, that except to the extent necessary to accomplish such purposes, the subordinate bodies of the Brotherhood shall have autonomy in the conduct of their affairs, including organizing activities and the negotiation and administration of collective bargaining agreements where not done by the International Brotherhood itself or where the International Brotherhood is not a party to said collective bargaining agreement and engaging in economic activity to that end; and provided, further, that the International Brotherhood shall not be responsible for any actions, activities, or omissions of any of its subordinate bodies or their representatives unless the same were authorized or directed by the International Brotherhood. The International President shall be authorized to appoint officers pro tem of the International Brotherhood and of its District and Local Lodges and all committees not otherwise provided for. The International President shall countersign all orders for payment of money, and shall have authority to make such expenditures from the funds of the International Brotherhood as are necessary for the protection of its interests and the achievement of its objectives as approved by the Executive

26  Council. The International President shall be empowered to designate any
27  member of the International Brotherhood to perform any of the duties of
28  the International President's office.

### 7.1.2 – Appointment of Delegates to Special Conventions

29  The International President and International Secretary-Treasurer by
30  virtue of their office shall be delegates to all conventions of the American
31  Federation of Labor and Congress of Industrial Organizations (AFL-CIO).
32  Other allowed delegates to said conventions shall be appointed by the In-
33  ternational President as follows: the International Vice President from the
34  Vice Presidential section in which the convention is held; and a represen-
35  tative of each of the three (3) Divisions of the International Brotherhood
36  as provided in Article 19.1: Shipbuilding and Marine, Construction, and
37  Industrial Plants and Shops. For conventions of any other organization
38  with which the International Brotherhood may be affiliated, appointment
39  of delegates shall be at the International President's discretion.
40  The International President shall have power to authorize allowances
41  and expenses for such delegates and in addition shall have power to
42  authorize any of such delegates to attend departmental conventions of
43  the AFL-CIO or to authorize other members of the International Broth-
44  erhood to act as representatives of the Brotherhood at such conventions
45  and meetings of labor organizations or labor federations as the Interna-
46  tional President deems necessary for the interests of the Brotherhood.
47  The International President shall similarly be empowered to authorize
48  allowances and expenses for such persons.

### 7.2 – Constitutional Interpretations

1  The International President shall hear and decide all questions in-
2  volving interpretation or application of this Constitution or of subor-
3  dinate body By-Laws. All decisions shall be binding unless reversed or
4  modified by the Executive Council upon proper appeal.

### 7.3 – Salary and Expenses

1  The International President shall receive a salary of Seven Thousand
2  Forty-One Dollars and Fifty-Seven Cents ($7,041.57) per week, plus al-
3  lowances and expenses.

### 7.4 – International Representatives

1  The International President shall be empowered to appoint Interna-
2  tional Representatives whose salary shall not exceed fifty-five percent
3  (55%) of the International President's salary, per month, payable semi-
4  monthly. They shall each, in addition to the salary approved by the In-
5  ternational President, receive for allowances and expenses as follows:
6  lowest-available coach class plane fare that can be obtained, railroad

# ARTICLE 8
## DUTIES OF INTERNATIONAL VICE PRESIDENTS
### 8.1 – General Duties

1  It shall be the duty of the International Vice Presidents to supervise
2  the operation of subordinate bodies, including servicing of such bodies
3  and assisting in their organizing efforts, all under the direction of the
4  International President. When assigned by the International President,
5  they shall perform such other duties in such other localities or sections
6  as instructed. The International Vice Presidents shall transact such other
7  business as they deem advisable where they believe it to be for the best
8  interest of the International Brotherhood or when instructed to do so by
9  the International President. They shall keep the International President
10 informed on the general conditions in their respective sections. When
11 the International President, or International Secretary-Treasurer, or the
12 International Vice President of the section has cause to believe that the fi-
13 nancial affairs of a subordinate body are not being properly handled, the
14 International Vice President or a duly-designated representative, shall
15 have the power to enter any subordinate body and conduct an examina-
16 tion or audit of the books and accounts of such subordinate body and,
17 if necessary, to take whatever steps are required to correct the situation,
18 subject to the approval of the International President.

### 8.2 – Salary and Expenses

1  The International Vice Presidents shall receive a salary equivalent to
2  ninety percent (90%) of the International President's constitutionally-
3  established salary, payable weekly, plus allowances and expenses; pro-
4  vided, however, that the Executive Council shall have the authority to
5  amend and/or to replace such allowances and expenses with alterna-
6  tive allowances and expenses.

# ARTICLE 9
## DUTIES OF THE INTERNATIONAL SECRETARY-TREASURER
### 9.1 – General Duties

1  The International Secretary-Treasurer shall be responsible for keep-
2  ing a true record of all proceedings of International Conventions and
3  Executive Council meetings; shall have custody of all the property of
4  the International Brotherhood and shall receive all income; shall pay all
5  warrants drawn on the treasury when properly countersigned by the In-
6  ternational President; shall submit all bills to the International President
7  for approval, except for those of a routine, fixed, or recurring nature,
8  such as for service and supplies; shall purchase, when authorized, all
9  supplies necessary to conduct the business of the International Broth-

### 16.6 – Lockout or Victimization Benefits

Lockout or victimization benefits in the same amount as strike benefits may be paid to any member in good standing who is neither gainfully employed nor receiving unemployment compensation, workers' compensation, or accident and sickness benefits, and has lost employment by reason of being locked out by the member's employer or discharged while acting under instructions of the member's subordinate body, or a committee of such subordinate body. Such benefits shall be payable at the discretion of the International President upon approval of the Executive Council if, upon investigation, it is determined that such payments are warranted, and shall continue for such period as the lockout continues or the International President and Executive Council may determine.

### 16.7 – Limitation of Responsibility of International Brotherhood

Strike authorization and/or payment of strike benefits by the International Brotherhood does not constitute responsibility for, authorization, or approval of any illegal action or activities of any subordinate body, its officers, or members who are engaged in a strike.

## ARTICLE 17

### DISCIPLINARY PROCEEDINGS, TRIALS, AND APPEALS

### 17.1 – Offenses

The basis of charges against officers or members of a subordinate body, against officers of the International Brotherhood, or against a subordinate body itself shall include, but shall not be limited to, any one (1) or more of the following offenses:

**17.1.1.** Violation of any provision of this Constitution or the By-Laws of a subordinate body or failure to perform duties or functions specified therein;

**17.1.2.** Refusal to follow lawful directives, orders, or regulations of the International President, the Executive Council, or officers of a subordinate body;

**17.1.3.** Engaging in any subversive activity, such as fostering or abetting any Communist, Fascist, or other totalitarian movement;

**17.1.4.** Maintaining membership in another labor organization that adversely affects the interest of this International Brotherhood;

**17.1.5.** Engaging in any activity or course of conduct contrary or detrimental to the welfare or best interest of the International Brotherhood or of a subordinate body;

18   **17.1.6.**  The commission of any unlawful, dishonest, dishonorable, or
19   discreditable act in connection with union duties or responsibilities;
20   **17.1.7.**  Mishandling, misappropriating, or otherwise misusing
21   union funds or properties;
22   **17.1.8.**  Willfully making any false or fraudulent report required un-
23   der this Constitution;
24   **17.1.9.**  Encouraging or engaging in dual unionism or in a secession-
25   ist movement;
26   **17.1.10.**  Willfully slandering or libeling a member of the International
27   Brotherhood or falsely or maliciously attacking the character, impugn-
28   ing the motives, or questioning the integrity of any member of the Inter-
29   national Brotherhood;
30   **17.1.11.**  Engaging in or fomenting any acts or course of conduct
31   which are inconsistent with the duties, obligations, and fealty of
32   the members of a trade union and which violate sound trade union
33   principles or which constitute a breach of any existing collective
34   bargaining agreement;
35   **17.1.12.**  Failure to exercise responsibility toward the Interna-
36   tional Brotherhood as an institution or engaging in conduct which
37   would interfere with the International Brotherhood's performance of
38   its obligations;
39   **17.1.13.**  Threatening with violence or assaulting any union member
40   or officer;
41   **17.1.14.**  Causing disruption or disturbance at a union meeting or
42   union office, interfering with the orderly conduct thereof, or appearing
43   at any such meeting or office in an intoxicated condition;
44   **17.1.15.**  Failure to obey orders, directions, or rulings of the presiding
45   officer of any union meeting;
46   **17.1.16.**  Obtaining or assisting in obtaining membership through
47   fraudulent means or by misrepresentation. Violation of this subsection
48   shall be punishable by revocation of membership;
49   **17.1.17.**  Making known the business of the International Brotherhood
50   or any subordinate body to persons not entitled to such knowledge;
51   **17.1.18.**  Filing charges of violations of this Constitution maliciously
52   or wantonly;
53   **17.1.19.**  No member employed by any employer shall accept any con-
54   tract work;
55   **17.1.20.**  No member shall accept employment with a nonunion con-
56   tractor without prior written approval by the Business Manager or
57   where there is no Business Manager, by the President of the Local Lodge
58   having the jurisdiction over the territory.

### 17.2 – Charges and Notice of Trial

#### 17.2.1 – Charges

Charges of violation of this Constitution or subordinate body By-Laws may be made by any member in good standing who has knowledge of the alleged violation. Charges shall at all times be made in good faith and within sixty (60) days after the date that the alleged violation occurred. However, this time limit will not apply to those charges wherein the basic facts and evidence pertaining thereto could not be accumulated or made known within that period of time. In no event will any charge be processed which is based on an alleged violation occurring more than one (1) year prior to the filing of such charge except that this time limit shall not apply to any charge alleging a violation of Article 17.1.7. Failure to file charges in good faith or malicious or wanton filing of charges shall subject the charging party to disciplinary action and punishment. Charges shall be set forth in writing and a copy of the charges served upon the individual or body being charged by registered or certified mail, with return receipt requested to last-known address, and a copy thereof filed with the President of the Local Lodge and the International President. Charges shall set forth with sufficient definiteness to inform the accused of the nature and circumstances of the violations complained of, together with a reference to the particular subsection of Article 17.1 under which the charges were brought. If the charges are not filed in conformance with this paragraph, the International President is authorized to dismiss said charges. Article 17 proceedings are to address and remedy serious violations of this Constitution or subordinate body By-Laws. Accordingly, referral disputes shall be resolved through the referral disputes procedure, while contractual violations shall be resolved under the grievance procedure of the applicable labor agreement. Other disputes, such as personal or political disputes or differences shall be addressed through the Grievance Adjustment Procedures provided in Article 5.7 of this Constitution. The foregoing not withstanding, circumstances may arise in which conduct implicating the collective bargaining agreement and/or referral procedures may also be appropriately addressed through Article 17 proceedings.

#### 17.2.2 – Notice of Trial

Upon receipt of notification from the International President that charges have been properly filed, the Lodge President or the International President (where the International President has assumed jurisdiction) will, within a reasonable period of time, establish a date for an informal hearing between the parties directly involved, and a sincere effort will be made to resolve the matter at this point. If the charges are

40 disposed of as a result of this informal hearing, the agreement reached
41 by the parties shall be reduced to written form, signed by the parties
42 directly involved therein and witnesses thereto. However, if the matter
43 is not concluded on such informal basis, the Local Lodge President or
44 the International President, as the case may be, shall fix a time for trial
45 which shall be not later than forty-five (45) days following receipt of
46 such charges and shall give the accused at least fifteen (15) days notice
47 of the time and place of a hearing on such charge at which such accused
48 shall appear and defend. If the accused fails to appear, unless postpone-
49 ment has been granted for good cause, the trial shall nevertheless pro-
50 ceed. Similar notice shall be given the charging party and all directly
involved parties.

### 17.2.3 – Dismissal of Charges

51
52     In circumstances where the International President determines that it
53 is in the best interest of the International Brotherhood and its members,
54 the International President may direct that the charges be dismissed as
55 lacking in merit, as involving minor disputes, or for such other reasons
56 as the International President deems appropriate; that any or all time
57 limits for handling said charges be held in abeyance for a reasonable
58 period of time; or that the dispute be resolved in some other forum or in
59 some other manner deemed by the International President to be appro-
60 priate under the circumstances; provided, however, that no penalty may
61 be assessed against the accused member over that member's objection
62 absent a formal hearing as provided for in this Article. If not satisfied
63 with the International President's decision, the Charging Party may ap-
64 peal, in writing, by registered or certified mail, to the Executive Council,
65 providing the appeal is received by the Executive Council within fifteen
66 (15) days from the date of the International President's decision. In cases
67 of appeal, the International President will postpone further action on
68 the dispute pending final decision from the Executive Council. The deci-
69 sion by the Executive Council shall be final and binding.

### 17.3 – Trial Bodies

### 17.3.1 – Local Lodge Jurisdiction

1     Local Lodges shall have jurisdiction to hear charges, through a trial
2 body, involving their members or their officers, or members working
3 or seeking work in their jurisdiction if the offense is there committed,
4 subject to the provisions of Articles 17.2.3 and 17.3.2. The trial body of
5 the Local Lodge shall consist of a panel of three (3) of the elected of-
6 ficers of such Lodge as decided by the elected officers. No charging or
7 other directly involved party shall sit as a member of a trial body, and
8 any member of a trial body may be challenged for cause and, if the trial
9 body finds cause to exist, such member shall vacate that position and

10  the President shall fill such vacancy by appointment. In the event such
11  vacancy cannot be filled by a Local Lodge officer, the Local Lodge shall
12  elect from among the members of the Local Lodge to fill such vacancy.

### 17.3.2 – Executive Council Jurisdiction

13  The Executive Council shall have jurisdiction to hear charges of vio-
14  lations of this Constitution by any member or subordinate body of the
15  International Brotherhood if in the judgment of the International Presi-
16  dent the circumstances warrant. It can exercise such jurisdiction even
17  though charges are pending before a Local Lodge. The Executive Coun-
18  cil shall have exclusive jurisdiction to hear charges against subordinate
19  bodies and against International Officers. Any member of the Executive
20  Council who is directly involved in the proceedings so that the Council
21  member cannot function in an impartial manner shall not participate in
22  the proceedings or be subject to challenge for cause.

### 17.4 – Trial Procedure

### 17.4.1 – Conduct of Hearing

1  In all hearings, trials, and other matters which are to be decided and
2  acted upon by the Executive Council, the conduct of the hearing and
3  the taking of evidence may be performed by a member or officer of the
4  Brotherhood or by a panel duly appointed by the International Presi-
5  dent to act in the matter. The required report to the Executive Council,
6  copy of the record made at the hearing or trial, together with exhibits
7  will be forwarded to International Headquarters and the decision in
8  the case shall be made by the Executive Council based on such report
9  and record.

### 17.4.2 – Minutes of Proceedings

10  At every hearing, whether conducted on the Local or International
11  level, minutes of the proceedings shall be kept together with a summary
12  of the evidence and the testimony of witnesses. If a verbatim record is
13  desired by any party to the proceedings, the union shall provide same
14  and such party shall bear the costs of same, and other directly involved
15  parties desiring a copy shall pay the costs of such copy.

### 17.4.3 – Representation and Cross Examination

16  Either party shall have the right to confront and cross-examine wit-
17  nesses and to be represented only by a member except one in a super-
18  visory capacity. No non-members, other than witnesses and official
19  reporter, if any, shall be permitted to attend the hearing. Witnesses, ex-
20  cept when testifying, shall be excluded upon the request of an opposing
21  party or at the discretion of the trial body or Hearing Officer. The trial
22  body or Hearing Officer shall have authority to limit the attendance of
23  members if necessary to preserve order.

### 17.4.4 – Decision of Trial Body

As soon as possible, but not more than twenty-one (21) days after the conclusion of the trial, or in cases where verbatim transcript is involved within twenty-one (21) days after receipt of transcript, unless otherwise determined by the International President, the trial body shall make a decision in writing and send a copy to the accused and other directly involved parties by registered or certified mail, with return receipt requested to last-known address. If the accused is found guilty, the trial body shall establish the penalty and set it forth in its decision. Penalties should be imposed according to the nature of the offense.

### 17.5 – Penalties

### 17.5.1 – Types of Penalties

Penalties for violations of this Constitution may include reprimand, fine, suspension from office or from membership rights for a stated period, suspension from right to run for office for a stated period, suspension from right to attend meetings, or if permitted to attend from the right to speak or vote at meetings for a stated period, revocation of Withdrawal Card, expulsion from membership, suspension or revocation of charter, or a combination of any of the foregoing.

### 17.5.2 – Notification

Subordinate bodies which have imposed any penalty under this Article shall immediately notify the International President and International Secretary-Treasurer thereof in writing.

### 17.5.3 – Removal from Premises

Any person violating the provisions of Article 17.1.14 shall be required to leave the premises. If the conduct involved warrants further action, it shall be necessary to prefer charges and have a hearing conducted thereon as provided in this Article.

### 17.6 – Appeals

### 17.6.1 – Written Appeal to Executive Council

The decisions of Local Lodge trial bodies may be appealed to the Executive Council by any party adversely affected by such decision. Appeals shall be in writing and filed with the International President by registered or certified mail to be received by the International President within fifteen (15) days of the date the trial body decision is mailed and shall state the basis for the appeal. Pending action on any appeal, all penalties that might have been prescribed shall continue in effect, including payment of fines, unless otherwise directed by the International President.

### 17.6.2 – Disposal of Appeal

10  The Executive Council may dispose of the appeal as the circumstanc-
11  es and record warrant, including remand for further proceedings or
12  retrial, including alteration, change, or modification of penalty.

### 17.6.3 – Decisions Involving an International Officer

13  Decisions of the Executive Council shall be final, except that deci-
14  sions of the Executive Council finding an International Officer guilty
15  of charges of violations of the Constitution may be appealed to the next
16  Convention. If any such Officer desires to appeal, that Officer shall file
17  such appeal with the International Secretary-Treasurer within thirty
18  (30) days after receiving the decision.

## ARTICLE 18
## TRUSTEESHIPS

### 18.1 – Authority For

1   The Executive Council shall have authority to place any subordinate
2   body under trusteeship if it is satisfied after notice and hearing that a
3   trusteeship is warranted and the interests of the International Brother-
4   hood so require. If it appears that a trusteeship may be necessary, such
5   hearing shall be conducted as provided for in Article 17.4.1. The subor-
6   dinate body involved shall be given at least ten (10) days written notice
7   of such trusteeship hearing. Interested officers and members, including
8   representatives of the International Brotherhood, may appear at such
9   hearing to present evidence as to why a trusteeship should or should
10  not be imposed. Grounds for the imposition of trusteeships shall include
11  secession or threatened secession; dissolution or threatened dissolution;
12  dissipation or loss of funds or assets or financial malpractice or cor-
13  ruption or threat thereof; violation or threatened violation of collective
14  bargaining agreements; the deprivation of democratic procedures and
15  other activities constituting a violation of this Constitution and threat-
16  ening the welfare of the subordinate body membership or the Interna-
17  tional Brotherhood. If upon the evidence introduced at the trusteeship
18  hearing and all the circumstances the Executive Council is satisfied that
19  a trusteeship is required, it may impose a trusteeship for such period as
20  it deems reasonably necessary, and place a trustee appointed by the In-
21  ternational President in charge of the activities of the subordinate body.

### 18.2 – Administration of Trusteeship

1   Such trustee shall have the right, upon demand, to all the funds,
2   properties, books, and assets of the trusteed body for the period that
3   the trustee is in charge. Such properties shall be held in trust for the
4   benefit of the subordinate body and expended only to the extent neces-