IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. Tom Baca (Officer Capacity), et al.,<br><br>　　　　Defendants. | Case No. 23-2250 |

### DECLARATION OF ARNIE STADNICK

I, Arnie Stadnick, declare:

1.　　I have been a member of the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO ("Boilermakers") since <u>March 1983</u>. The first position that I held as boilermaker was <u>Boilermaker Apprentice Local 146</u>. Since that time, I have held the following positions in the Boilermakers union.

<u>Journeyman Boilermaker, Job Steward, Foreman, General Foreman, Superintendent, Business Agent Local 146, Assistant Business Manager Local 146, Elected Business Manager/Secretary Treasurer Local 146.</u>

I was appointed by International President Newton P. Jones to the following positions.

<u>International CSO Representative Canada 2015-2019</u>

I am currently an elected International Vice President to the Boilermakers representing Canada. I was first elected to that position on <u>February 1, 2019, and re-elected at Convention 2021.</u>

2.　　I was present on May 30, 2023, during the processing of the formal hearing of Article 17 charges against Mr. Jones. Neither Mr. Jones nor any representative appeared at either of

1

those proceedings. If he had been present and submitted any evidence or a plausible explanation as to why the expenditures at issue were proper, I would not have voted to support the charges. Similarly, if Mr. Jones had acknowledged that the payments were improper, but was willing to enter a repayment plan, I would not have supported the charge against him. Instead, Mr. Fultz presented significant evidence establishing financial misconduct by Mr. Jones. Without Mr. Jones presenting any evidence or argument to the contrary, I concluded that I had no choice but to vote in support of the charges against Mr. Jones.

3. Mr. Jones has refused to comply with the order, and he has remained in place in his office, and he has taken several actions against me since the charges against him were filed. Namely, I have been instructed not to travel outside of my jurisdictional area. Alarmingly, within the past week my home address was posted on Boilermakers' website. As a result, I am concerned for my safety and the safety of my family.

4. Mr. Jones has filed Article 17 charges against me and other members of the Executive Council. The charges are calculated to retaliate against me for voting against him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and accurate. Executed on June 14, 2023.

_____
ARNIE STADNICK

156643\1372876