IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO<br><br>  Plaintiff,<br><br>v.<br><br>J. Tom Baca (Officer Capacity), et al.,<br><br>  Defendants. | Case No. 23-2250 |

## DECLARATION OF J. TOM BACA

I, J. Tom Baca, declare:

1. I have been a member of the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO ("Boilermakers") since 1969. The first position that I held as a boilermaker was a journeyman. Since that time, I have held the following positions in the Boilermakers union. In 1994 I was appointed by Local 549 Business Manager Bud Cox as an Assistant Business Manager. In 2005 I was elected Business Manager of Local 549. In 2006 I was unanimously elected by the International Brotherhood of Boilermakers International Executive Council to be the International Vice President of the Western States Section.

2. I was present on May 30, 2023, during the processing of the informal hearing and formal hearing of Article 17 charges against Mr. Jones. Neither Mr. Jones nor any representative appeared at either of those proceedings. If he had been present and submitted any evidence or a plausible explanation as to why the expenditures at issue were proper, I might not have voted to support the charges. Similarly, if Mr. Jones had acknowledged that the payments were improper, but was willing to enter into a repayment plan, I also might not have supported the charges against

1

him. Instead, Mr. Fultz presented significant evidence establishing financial misconduct by Mr. Jones. Without Mr. Jones presenting any evidence or argument to the contrary, I concluded that I had no choice but to vote in support of the charges against Mr. Jones.

3. Mr. Jones has refused to comply with the Order, and he has remained in place in his office, and he has taken several actions against me since the charges against him were filed. Namely, I have been removed from the following positions due to retaliation by Mr. Jones:

   a. Pension Trustee on the Boilermaker National Funds, a position I have held for over nineteen years.

   b. Member of the Joint Committee on Administration on the Boilermaker National Funds.

   c. Boilermaker National Apprenticeship Programs and the MOST Programs, positions that I held for over sixteen years.

Mr. Jones has also restricted all travel by me outside my territorial section without his permission.

4. Mr. Jones has filed Article 17 charges against me and other members of the Executive Council. The charges are calculated to retaliate against me for voting against him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and accurate. Executed on June 13, 2023.

_____
J. TOM BACA

156643\1372865