UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| International Brotherhood of Boilermakers, | ) | |
| Iron Ship Builders, Blacksmiths, Forgers | ) | |
| and Helpers, AFL-CIO | ) | |
|       Plaintiff, | ) | |
|   v. | ) | Case No. 2:23-cv-02250-EFM-TJJ |
| | ) | |
| J. Tom Baca, et al. | ) | |
|       Defendants. | ) | |

**STATEMENT BY RANK & FILE IBB MEMBERS IN SUPPORT OF THE RECENT REMOVAL OF NEWTON JONES FROM OFFICE**

Interest Party Boilermakers for Change, by and through its attorney of record, Curtis G. Barnhill, hereby submits a statement endorsed and adopted by nearly 2,300 IBB members in support of the recent action to remove Newton Jones from office. Boilermakers for Change is an informal, unincorporated association of rank and file members of the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO. Since June 9, 2023, Boilermakers for Change has been circulating the following Statement and collecting signatures of from Boilermaker members in the United States and Canada supporting the recent action removing Newton Jones from office.

**STATEMENT**

Enough is enough! Now is our chance to have our voice heard and stop the bleeding from the top!

The majority of the members that wanted Newton Jones removed for decades but were unable to have their vote count because of how Jones has set up the voting system to where only delegates and people he appointed to their positions can pick those delegates who are the only ones allowed to vote on who is in charge.

He has closed locals that were strong enough to vote him out and turned multiple locals into districts where only he gets to appoint who are their district governing bodies. They

in turn chose who's going to be a delegate. Therefore, there is no election even allowed in those local/districts for members to vote for who their representatives shall be at the convention, that is promised to members in that constitution. He has essentially silenced the majority through strong-arm tactics and abuse of his power to be the only person allowed to make these decisions!

Jones believes himself to be the only power to be able to interpret our constitution and claims that only he can set who, what, when and where any accusations against him can or shall be heard. This in itself is a declaration of absolute power for him and that is no longer a constitution or a democratic governing body. He does not respect the very rules of the constitution Article 17 charges and deems himself as the rule maker, above reproach. This is not the case, nor should any one person be in control of any court hearing when they are the defendant, and this is an obvious conflict of interest and basic groups of rampant corruption.

Jones is requesting the court to follow his rules and that he's the only one that can set the rules. Again, this is circumventing our constitution that gives us all the right to vote in our local halls. Or for a governing body to be free of bias preceding in a case of court whereas we can see he thinks he gets to be the judge, jury and bailiff.

Ultimately, we have been silenced by taking away our constitutional right in our union. The corruption runs far deeper than this and as the members know this will change our union fundamentally and cause some slight disruption during the transition, but in no way would it bring complete chaos as Jones would want you to believe. We have been

preparing for his removal for a very long time and are doing this because it's the only way to begin to repair the damages his corruption has caused. Everyone wants him gone but no one has felt they had a chance at all because of how he's set himself up a monopoly on the governing bodies.

Attached as Exhibits 1 and 2 are the signatures of 2296 members of the International Brotherhood of Boilermakers endorsing and adopting the above Statement and are in favor of the recent removal of Newton Jones as International President of the Boilermakers Union.

                                          Respectfully submitted,

                                          /s/ Curtis G. Barnhill
                                          Curtis G. Barnhill, #14604
                                          CURTIS G. BARNHILL, ATTORNEY AT LAW
                                          831 Massachusetts
                                          Lawrence, Kansas 66044
                                          Tel: (785) 551-1586
                                          Fax: (785) 289-9964
                                          cgb@barnhillatlaw.com
                                          **Attorney for Boilermakers for Change**
                                          **An Interested Party**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system on this 20th day of June 2023, and notice of such filing was automatically transmitted via email to all registered parties and/or their counsel of record.

                                          /s/ Curtis G. Barnhill

| | | |
|---|---|---|
| Jessica Manroe | James Wallace | Robert Wilson |
| Jimmy Martin | Kenny Tillman | Sean Nolan |
| John Higdon | Dwayne Winfield | Michael Rush |
| Mike Dimaria | Alan Duff | David Stone |
| Jerry Pinkerton | Carroll M. Meredith | clint Anderson |
| Amanda Begay | Cory Smith | BJ Maloney |
| Patrick Cars | joseph Carlisle | Darrell Jones |
| Darrell Manroe | Paul Yount | Jason Johnson |
| Cecil Dorsey | John Cooksey | Joseph Mirrione |
| Jeff Rose | Jesse Miller | Justin Kidney |
| Tracie Hancock | Tanisha Sanders | Lance Neddow |
| Geoffrey Hettel | Michael Mogren | Myles Siedentopf |
| William Allberry | robert brugge | Kemmeth Cook |
| Stephen Northrup | Jeremiah Naylor | Lawrence Stearns  JR |
| Bonnie Coker | Machael Feagin | Sunny Waite |
| Kyle Day | JaVonna Martin | Emma Clark Gums |
| Gavin Pratt | Jason Kress | General Parker |
| Chandler Oates | Cody Bradford | Bill Clark |
| Quentin Bergstad | Josh King | Robert Evans |
| joseph bourque | Jonathan Burleigh | Jeffery Brown |
| Rick Brown | Eric Jones | Collin Saubert |
| Sebastian Begay | Carlos Tafoya | Anthony Fiorino |
| Derrick Petite | james bruhn | Bridgette Via |
| Donald Lezotte | shawn joyea | Alan Prior |
| Gabe Sechrest | Brandon Crosby | MATHEW BACKER |
| Richard Musick | Benjamin Payne II | Lentz Craig |
| Charles Weaver | Ward Simon | Zack Davis |
| Jerad Grossaint | Cody Clark | James Taylor |
| claude barker | Susan Wells | William Turner |
| Cody Byrer | Mark Shepherd | Terry Cardinal |
| Carla Wilkins | Dean Groby | Michael Richardson |
| mark lampe | Wendell Flener | Jean-Luc Leblanc |
| Robert Pitzer | Steven Vermeesch | Martin Willis |
| Albert Shirah jr. | Donald Goins | Thomas Webb |
| Harold Kennedy | Thaddeus Hassebroek | Andrew Dolan |
| Cleadis Skiles | Eric Riley | Kyle Bragdon |
| Jon Lawrence Lawrence | Chris Nidiffer | Mitchell Goff |
| Aaron Wesley | ed suto | Daniel Thorbecke |
| Brad Berwick | Toby Downey | Brandon Allonby |
| Colby Cates | Steele Yockey | Johnny Osborn Jr. |
| Sharon Goins | Michael Brown | Erin Carter |
| Jason Byrd | Paul Pierce | Henry Chavez |
| Ruben Canas | Howard Myo | Jeff Wheeler |
| Bill Parker | Troy Griffith | Alex West |
| Bobby Busby | Norman Hornsby | Nicholas Toole |
| Ray Arambula | Paul Massaro | Chris Adelman |
| Trenton Styczynski | patrick segars | Dylan Slater |
| Devon Ackley | Noah Barribeau | Richard Wilson |
| Jesse Johns | Brandon Dunlevy | Chip Kilzer |
| Lisa Grider | Michael Ehlenbach | Jesse Baertsch |
| James Thompson | Keith Evans | Joey Stewart |

| | | |
|---|---|---|
| Curtis Manning | Jose Valle | Dennis Horan |
| John Rankin | John Blanchard | Paul Griffin |
| Stephen Zukowski | Robert Lunsford | Jimmy Socholotuik |
| Travis Dockter | Jessica Baldridge | Ronald Crouch |
| David Bratkov | Joshua Johnson | Trevor Rouser |
| Douglas Ayers | Sebastian Stickler | Sidney Weeks |
| Jonathan Seaman | Charles Bridges | Neil Ramsey |
| Craig Neiper | Anthony Clifford | Derek Rayborn |
| Quinn Howlett | Maribel Marulanda | Daa'Iyah Hasan |
| April Littleman | Jeff Jackson Jr | Kent Lawing |
| Micbael Lansdown | Timothy Yates | Philip Fallat |
| Rodney Evans | Shawn Barcalow | Steven Lee |
| Tom Wright | Raymond Alena | Jennifer Raspet |
| Jeremy Tittle | Remi Leblanc | Patrick Grippaldi |
| Jason Hill | Julian Hernandez | Shawn Ford |
| Chad Clark | Joel Hunton | Jonathon Bradley |
| Cameron Bowden | Christopher Ottinger | Charles Demko |
| Andy Johnson | Harold Didricksen | Alec Rebbe |
| Richard French | Nathan Steber | Loncoln Graham |
| Jim Millette | Christopher Perdue | Raymond Amador |
| Danny Davenport | Brian Bond | Michael T McHone |
| Eric Bratkov | Duaine May | Richard Million |
| Brian Miller | Bittle Richard | AJ De Sousa |
| Christopher Higginbotham | Alana Bratkov | Tony Zeigler |
| Geoffrey Williams | John Cline | John Winslett |
| Jeremy Hazen | Kenneth Fahlbeck | Geraldine Yazzie |
| J onn Giese | Emmett Treich | Michael Rand |
| Joe Flynn | Ross Littlejohn | Lance Havard |
| Ross Casselman | Billy Worley | Chris Harrison |
| Chance Doell | Lynwood Dillman | Carl Holmes |
| Luc St amand | G. Diane Matthews-Marcelin | Mark T. Massey |
| Darren Berkvens | | Jason Riley |
| Bryant brown | Tiffant Crouch | Michael Bolger |
| David Cline | Chris Strait | Jonathan Hardten |
| Kaylee Crosby | Jeremy Johnson | Olguen Hyppolite |
| Mason Durham | Robert Totten | Cameron Bratcher |
| Douglas Forrest | Juan Ramos | Trina Salazar |
| Norm Martin | Michael R Pittman | Ivan Chiplinsky |
| Ray Eagle | John Jones | James Pittman |
| Timothy Barker | Jose Toledo | Graham Priof |
| Kevin Guenette | marvis bowens | Josue Fuentes |
| Matt Williams | nicholas parker | Jonna Minich |
| Victoria Miller | Andrew Floyd | Mark Griffith |
| Robin Goff | Michael Patterson | Michael Stokes |
| Mark Strachan | Ken Verbaas | Breanna Strait |
| Fred Mart | janis ripple | Dave Haubrick |
| James curtis | Aoba Fujita | Scott Burnes |
| Scott Landers | Scott Harper | Archie Maki |
| Joshua Baldridge | Bradley Smith | Preston Sapp |
| Dylan Dunnihoo | Diana beth | Jeff Glumac BM 154 |
| Rodney Griffith | Gregory Bridgmon | George Crownover |

| | | |
|---|---|---|
| Jeffrey Hirleman | Donald Trump | James Purin |
| Todd Sigurdson | Brian Moree | James Robel |
| Darnell young | Michael Pentarek | Dean MacDonell |
| Matthew Bonner | John Lindsey | Samantha matonti |
| Justin Nixon | Crantford E Smith jr | Samantha matonti |
| Michael Huet | Cory Mabrey | Arthur Lister |
| Aaron Campbell | Brian Wylde | Conrad Morgan |
| Charles Riegg | Trey Cain | brian van holten |
| Mark Brown | Mike Wilson | Anthony Prosser |
| Trevor Hassim | David Gappa | Paul Petillo |
| Jeff Redfield | Raymond Camp | Jeremy Werfel |
| Julie Rybak | Scott Devowe | Donald Rexrode II |
| Terrance Taraniuk | Michael Toth | Megan Solis |
| Michel Overton | Kenneth Higdon | Michael Coyle |
| Donald King | CALVIN MINTON | Paul Gleba |
| Frank Chapman | Terrell Stephens | Timothy Paich |
| Fernando LittleBird | Richard Long | Warren Whitson |
| Nathan Pecht | Rick Williams | Elvis Major |
| Holly DeJolie | Larry Sanner | Michael Koch |
| Curtis Efaw | Matthew Barrentine | Michael Eubanks |
| Jacob Barnette | Jimmy Riley | Nevaeh Williams |
| Chloe Keeenr | Scott Brady | Jason Edmonds |
| Oscar Sorto Vasquez | Mynor Arana | Anna Urban |
| Brent Stone | Mike Cunningham | Joshua Rhyne |
| Cliff Stone | Timothy sobczak | Terri Dawkins |
| Amanda Burleigh | Asia D | William Lane |
| Tommy Passmore | D Paul Topel | Anthony Ciferni |
| Daniel Paquette | Lindsay Carpenter | Dustin Edson |
| tiffany Miller | Phillip Amaro | Charles Premich |
| Dwayne Way | James Thomas | Timothy Cornelison |
| Rick Lampsa | Bryan Peck | Braedon Hamon |
| Jack Obrien | Elvera Bahe | Kyle Evans |
| Robert Cross | Brian Willis | Tyler Clendenin |
| Chris Sasser | Benjamin Mccain | Ranzy Penn |
| Brad Rickman | Shawn Drennen | Terence Lee |
| Gary Lynch | Kass Cortez | David Grumieaux |
| Brian Daw | Tim Branum | Jeff Diuguid |
| Thomas Kunich | Michael Angstadt | Kendra Adkins |
| Keith Rhoads | John Napier | Herman Phipps |
| Todd Stanley | bella C | Jeffrey Jones |
| John Lewis | Kelly Alterman | Mitch Haabala |
| Lucas Lytle | barbara felton | Zak Laforge |
| Peter Carrig | John Just | Zachary Frichtl |
| Matthew tolliver | Dana Stewart | Ron Terwilleger |
| kyle kurisoo | Cory Mcgrath | Cody Deford |
| James Mooore | Michael Beck | Christopher Mcfarland |
| Raymond Lynn | Gregory Rheinbolt | Nicholas Bowton |
| Ray Ventrone | Richard Spisak | Louise Begay |
| Samuel Owens | Timothy Chandley | Daniel Orbanus |
| Christopher Carver | George Talley | Marsha Dale |
| Jacob Winter | daniel brubaker | Tim Purdy |

| | | |
|---|---|---|
| Mark Martin | Scott burke | Tonya Rankin |
| James Cain | Corey Perchinski | James Lindsey |
| C Michael Woeckener | Levi Priest | Caroline Guay |
| Arnold Lisk | Stephen Wolfe | Tim McDonald |
| Kevin Sherry | Keagan Nitz | Roger Devoy |
| Joseph Jarmuszkiewicz | Lewis Slade | Toni Hamilton |
| Ted Martin | Dakota Dunnihoo | Rosena Adolphe |
| Miranda King | Cynthia Naegely | James Whitmore |
| Robert Hambrick | Robert Helms | Fordely Jean Jules |
| Will Ross | Tays Cereceres | Viergema Derisma |
| Vincent Gionti | Josh Allen | Moise Derose |
| Joshua Terrell | Sharon Webb | Hudson Monestime |
| Shaelyn Craig | Angel Bell | Seth Whipple |
| Jim Smyth | jake wendt | Beatrice Jean Pierre |
| Michael Ellis | James Longo | Joe Critelli |
| Matt Manroe | Franklin steinruck | Marty Davajon |
| Robert Kershner | Brian Shultz | Edman Hicks |
| Donald Baker | Justin Folk | vicki gannon |
| Gary Tillis | Souvenise Pogy | Bhavi Patel |
| Randy Giede | Neil Goffinet | Marlie Exantus |
| Glendaberry Berry | Greg Lippincott | Nedjie Dedlyne |
| Jason Kett | Shane Backes | Timothy Dennison |
| Joshua Roos | Carlos Orellana | Richaelle Jean Marie |
| Dean Kent | Jesse Harrison | Jenny Tolls |
| Faigame Tupai | Casey Hollinger | Justin Schwemmer |
| Thomas Bland | Dennis Doggett | Andrew Willitts |
| Kevin Mccarthy | Jarred Willis | Casey Jones |
| Michael J. Sullivan | Kevin Conde | Kenneth Moore |
| Sheila Howard | Kory Willenborg | Robert Gant |
| Anthony Jones | Mijal Michael | Michael Clemons |
| Mikayla Keshtkar | William Klausing | Jared Moss |
| Marlene A. Smith | Anthony Hill | Shane Penn |
| Shaun Sheridan | Janit Johnson | Donald wleklinski |
| Nah vongsa | Patrick Lovejoy | Shannon Neal |
| James Ross | Marianne Hummel | Josh Knotts |
| Jacob Roos | Teren Ridings | Brittany Bussa |
| Merle Blackhair | Thomas Ridings | Chad Nestor |
| Michael VonWrycza jr | David Andrews | Roger Meyer |
| Kyle Winsor | Randy Cheuvront | Genie Collins |
| Chad Thomas Weikel | George Breeding | Anthony McClure |
| Jason Wagner | Joe Beard | Daniel Shields |
| Jeff Gosch | william K. Morrin | Mark Mccarthy |
| Lance Kammerud | Bradford Griffith | Nelson Escobar |
| Barbara Reeves | Justin maness Justin maness | James P. Bodkin |
| Moises Nolasco | | Jaeden michel |
| Joe Moran | Joel Hennard | Jean Junior |
| Peggy Padilla | Stuart Mills | Tony Caleau |
| John Arnold | Ben Echols | Mark Leighton |
| Colton Welch | Duro Funaric | Adam Goodbread |
| Tim Viik | Mark Rennier | Bertha Philippe-Marc |
| Chuck Kain | William Knight | Kenzie McNeale |

| | | |
|---|---|---|
| Maribell Mendoza | Timothy (Shane) Michaloski | Yaritza Retana |
| James Bailey | Kyle Hlavka | Nick Henderson |
| Christopher Privett | Joseph Teel | cynthia guthrie |
| Joe Florido | Daniel Stockwell | Chris Siwajek |
| Harold Murphy | Dustin Ulrich | Isaiah Clark |
| Adam wells Wells | Timothy Parker | Alexis Kincer |
| Michael Strutzel | Bradly Shannon | Damien Danenas |
| Brian Jann | David Tarnalicki | Kevin Monchez |
| Tennille Vizzuso | Renee Gaudet | Stephen Romager |
| Eric Barth | Cody Cushard | Mike Keller |
| Chase Barone | Patricia Hess | Marcy Patrick |
| Douglas Odom | Sandor Ordog | Connor Fabianek |
| Kenny Lane | Jeremy Mckee | Diana Clutchingburg |
| Joe Navarro | Bud Owens | Sharon Seltzer |
| Valerie Henson | Sharon Gaucher | Jordan Church |
| John Munton | Josh Boothe | Stephen Wyland |
| David Delgado | Brady Cagle | Lucky San |
| Nathan Adkins | Brandon Tyson | Andrew Metzger |
| Russell Byrd | Marc McGee | Wyatt Lambert |
| Christopher Chad Steiner | | Michael Brown |
| Dave Bjorkman | . | Eric Barger |
| Shawn Swanson | Waylon Benson LU27 | Gregory Patterson |
| Robin Purvis | Chad Watson | Payton whitlow |
| Charles Hunger | Wade DeCoste | James Chaudoin |
| Valena Fowler | Melinda Kinnaird | Larry Seger |
| John Petronski | Brian Emmerich | David Barnes |
| Naomi Bradley | Francisco R Chavez | Alexander Paddock |
| Richard Ludwig | Erica Cummings | Jeff Davis |
| Matthew Mackay | Clayton Morgan | Brian Brewer |
| Joseph Pierre | Ricci Stassi | Matthew Petrone |
| Kynette Campbell | Earlene Meneskie | James Bice |
| Baylee Barrington | carpenter Marie | Joseph Marcelus |
| Alanna Thornton | David Canady | Hicham Tazi |
| Randall Crockett | chris dufault | Gary Salts |
| olguine Billy | Matthew Squires | Robert Davies |
| Samuel Curtis | Christopher Moore II | William South |
| Sandra Parton | Tj Toto | Joe Holzapfel |
| Virginia Tsinnijinnie | Keith Michels | Ian Bachman |
| Bart Rowley | Linda Thompson | Keith Spindler |
| floura naini | Syed Chishtey | Kinley Miller |
| Tory Anderson | Steven Dean | Aaron Swanbeck |
| Rich kelley | Cooper Reece | David Lawson |
| Shawn Rankin | Shane Ginley | Vincent Ross Gillis |
| Kris Bremec | Macaroni Brooks | David Walden |
| James Runciman-Smith | Drew Raub | Sharon Walker |
| Penny Plowman | Nelsi Cervantes | Matthew Cassell |
| Jason Mohler | Colin Harbenski | John Lynn |
| Andrew Williams | Mike Carpe | Rachel Hernandez |
| Terry Collins | Frederick Chamberlain | Rarl Gordon |
| Brent Duffy | Joshua Cline | Daniel Taylor |
| | | Richard Cowley |

| | | |
|---|---|---|
| Paul Markillie | Robert Imondi | Fenton Kirstin |
| Steven Hawkins | Eleonora Giron | Mark Cappetta |
| joseph haff | Brian Cebra | Bryan Deng |
| Dylan Burkett | Donald Trump | Noah Goren |
| Shane Hamer | Tony Tweel | Alonzo Medina |
| Wayne Paradise | Felix Pabon | Richard Taylor |
| Robin Sullivan | Linda INFANTE | Juan Medina |
| Tyler Burns | Rick Mitchell | Jim Pearson |
| tim sullivan | Brian Johnson | KaiLyn HoFFman |
| Michael Schultz | Kevin Daniel | Chlow Mayfield |
| Tyler Randel | Celia Wildroot | Francisco j Fernandez |
| Josh Rhedin | A Martin | Evan Darling |
| Tony Mosley | Ryan Koske | Sebastian Spurgeon |
| Bertina Van Der Lip | Maria Alvarez | Kayla Hammond |
| Bruce Galinsky | Darrell Underwood | Char Crowell |
| John Niedoba | Travis jones | Chris Fernandez |
| John Hughes | Scott Mitchell | Lola Shovel |
| glen glen | Husseina Lawal | Mike Olson |
| Patricia Feeney | Michael Cain | Luis Fernandez |
| Trinity Foster | Suzan Selzer | Charles Johnson |
| Jarod Murphey | Shayne Harris | roy bruno |
| Rémi-Paul Lanteigne | Victoria Veltmann | Yancarlos Estevez |
| Charles Kitchenman | Drake Larensen | fernandez |
| Daniel O'Brien | David Tackett | Robin Dimona |
| Yes No | Lance Rich | Keith D'Alessandro |
| Dalton Wright | Tammy Weins | Jeff Kerr |
| Alivia Thomas | Shawn Shannon | Adam Oakley |
| Paul Jones | Michael Cooper | Luis Umana |
| Terry Parker | Yasmine Horton | Chelcee Billups |
| Alethia Fulsom | Marvin Rhodes | Shayla Silva |
| Miesah Bailey | Rocky Ohnemus | John Esposito |
| Dennis Seabolt | Patrick Bonner | James B Cox |
| Allen Allcorn | Shelia Lindsey | William Wiley |
| Lucas Dunbar | Jaryus Brim | Keith Stewart |
| James Avery | Shelby Lange | Tanner Starwalt |
| Amanda Kiersted | Jim Head | Adam Kaluba |
| Ruben MANRIQUEZ | Corazon Padilla | Blaine Roulst |
| Ana Cecilia Vásquez | Kandace Rios sanchez | Y von Rajcs |
| Joseph Holman | Curtis Bell | Dan Nordstrom |
| Nick Moreau | Tammy Adams | Deanna Pesta |
| Giovanna Circolo | Mike Townsend | Kit Triplett |
| Joseph Donati | George Dainty | Richard Button |
| Tammy Jones | JoJo Blueher | Vena Campbell |
| Austin Crawford | Raven Powell | James Pelletier |
| Kevin Olsen | Z Bh | Cristina Cuadra |
| Kristen Griffin | Emily Capps | Carol Book |
| Roderick Ward Jr | Scott Erickson | Jan Leicht |
| Teo Chu | Kemberly Reese | Daniel Frichtl |
| Michael Gibson | Carla Ramirez | Lee Weber |
| Scottie Valandingham | Tony Lentini | Miya Banks |
| Haz Ritter | Cynthia Cadena | Donald Pugh |

| | | |
|---|---|---|
| John Doe | Dale Dahlman | Brandon Halter |
| Josh Standiford | Derek Barclay | Joshua Shumway |
| A Ny-kieL Milan | Maxton Tomsic | Linda Green |
| david huffman | Michael Rix | Ahner Heath |
| Rocky Abalos | George Pearce | hailey yonkers |
| Edwin Fernandez | Christian Cole | Sean Baker |
| Bradley Bender | Ivy Rogers | Mahsa Najafi |
| Vincent Cesario | Maryellen Redish | Todd Lawton |
| Cesar Pena | E E | Jenny Hernandez |
| Anyah Roberson | Carleigh Eddy | Mike Wells |
| Hardeep Sandhar | Yevgeny Tevs | Lenore Black |
| victor urena | Tucker John | Latoya Johnson |
| Alex Kowtun | Carlos Garcia | Judy Bruce |
| Nikkos Rivera | Chuck Scheerle | Rick Furey |
| Orva M Gullett | James Dunnaway | James Mckeary |
| Thomas Heim | Ruddy Fernandez | Matthew Honkanen |
| Kara Turpin | ego shi | Ryan Flanegan |
| Corey Ross | Braedan Mitchell | Robert Franklin |
| Jackie Barry | gibu gibby | pamela hamilton |
| Kurtis Jackson | Eddy Brutus | Dan Lévis |
| Thomas Antonioli | Leonard Gunderson | Kathryn Toese |
| Jaden Goins | Larry Ladd | Cheryl Nelsen |
| Allister Layne | Michael Brotherton Sr. | Jena Hensley |
| lauren armington | Bud Whitham | Cam Mitchell |
| jack butler | Daniel Rutherford | Barbara Johns |
| Bob Blokk | Mimose Lemonier | Emily Watson |
| Sara Rick | Chad Long | Lante Lewis |
| roselyn jaramillo | Cardi Mosley | Hailey Ness |
| Luke Williams | Ahmed Mohamed | James Chase |
| Eric DeFusco | Francois Fabrice | Katey Crawford |
| Scott Pham | Violene Saint Juste | Maria Chirinos |
| Gabriel Nichols | Bicardy Jean | Harley Nguyen |
| Melissa Hodges | Ava Zehr | Dalton Miller |
| Mark Birolini | Carson Sooley | Dalton Durham |
| James Cain | ellie martinez | Malaz ELBASHIR |
| Justin Kaufman | Kenya Pena | Talon Stegall |
| Michael McNeely | donnie osborne | Tashala Fulton |
| Lee Gatesman | Adam Christopher | Brooklyn Weyers |
| Larry Sin | Char 25T | Matthew Martin |
| Michele Tierney | Adam OBrien | Mike robinson |
| The Glee Club | Bob Canois | Gary Smith |
| Jamie Mickschutz | Colin Anderson | Isidro Sarabique |
| Elizabeth Nolin | Amelia Jaspin | Shawn Vanderville |
| Jerry Cold | Sara Richardson | Yvonne Zamora |
| Kathryn Irby | Jay Carter | PATRICK tolliver |
| Adrienne McNairy | Sofia Jofre | Kt Thompson |
| Nolan Armstrong | Kobe Saeturn | Jess LaBuff |
| Ana Chavez | julez RAHHHH | Matrisha Toliver |
| Charles Cornett | Ivanna Khomenko | Jackie Kent |
| Barry Catt | Talan Altizer | Damieon Ryan |
| nig ga | Derak Wireman | William Swasey |

| | | |
|---|---|---|
| Nick McDowell | Anurag Garg | Kyle Parscal |
| Christopher Hanley | Ronald Cadle | Mike Steber |
| Anthony kern | Francisca Ilboudo | Elie Sattari |
| Darrell Reinhart | Chris Linneweber | Ryan Feldott |
| Codie Foster | John Fielding | Dominique Dedmon |
| Maya Sahoo | Cody Biggs | Deborah Lynn Hoster |
| Heather Isaac | Jacob Sims | Chris Miller |
| Chris Cochran | S Waite | Blake Hudson |
| Charles Vanover | Travis Stafford | Justin Krepp |
| Nicole McDaneld | Albert Hawkins | Andrew Nicoli |
| Kathie Lodding | Kaye Laviolette | Keytwana Hudson |
| Timothy Lee | Santiago Ramírez | James Bridges |
| Matthew Deveau | Cody Maize | Byron Ward |
| Zachary Zucati | Matthew Smith | allain basque |
| Divya Nagendran | Walter Tucker | Adhrit Ravindra |
| Evelyn Hansen | julie picray | Drea Nez |
| Maria Sanchez | Patrick Nowlin | Kathleen Svelnis |
| Lorinda Fullington | Raymond Parr | Jelina Santiago |
| Gordon Meier | Robert Armstrong | Julie Cannon |
| Toronto City Warming | Brandon McDonald | Rodney Monticello |
| Centre Support | Gisselle Vargas | Troy Leek |
| Brian Neil | Steven Cofer | Jeremy Stout |
| Jessica Torre | David Fletcher | Yoanna Garcia |
| Carlee Hicks | Lonnie Harden | Nathon Taraniuk |
| Evan Axelrod | KELLY AIME | Yuehua Zhou |
| Kerry Mewhort | Andrew Minkey | Jason Gallegos |
| Brian Dowden | Frank Fanzo | William Garrison |
| john gunther | Nathan Woodruff | Andrew Inman |
| Mike Rimicci | Jo Lo | Tyler Angell |
| Chaz Clutter | Rob Laursen | Frederick VanHaaren |
| Loubert Deus | Tim Gronek | Atu Akak |
| Kathie Williams | Jeffery Lodermeier | Charles Roseman |
| Eric Nultemeier | Curtis Lee | Kaylee Gonzalez |
| Nicholas Addison | Adrian Dearmond | Kelley McKeon |
| Sandra Ciprian | Casey Coker | Kenneth Jennings |
| Tim Maurer | Franklin Weishaar | luke nitrogen |
| Karen Fontana | Jane Cannistraci | Mona Lisa Viscarra |
| Mathieu Dossous | Melissa Demirjian | Robert Dickison |
| shallow. the funny orca | Greg Fassett | Wayne Blakeman |
| Hank Gorebeater | Doug Wright | Daniel Slager |
| Joshua Curphey | James Powell | Paul Kibbe |
| Emily Vergara | Matthew Wright | Elizabeth LeVin |
| Arya Peltier | John Feemster | Kelsey Lee |
| taylor ophelia | Phillop Jones | Brent Vogel |
| Albert Gonzalez | Dante Eaker | Kevin Johnson |
| Jerome Smith | Curtis Chapin | Shan Hendy |
| Shaun Estes | Larry Whitaker | Jeffrey Dyer |
| Heman Fowler | Clay Galloway | Aaron Gonzales |
| Heath Tyler | Mike Uylaki | Kory Murphy |
| Janine Kniola | Tomas Marchan | Jesus Ayala |
| dale bohna | Jaice Patterson | Nathan Vanderhoef |

| | | |
|---|---|---|
| Aiy Sanchez | Billie Mccrary | Alain Francisco Torres |
| Aynalem Kassa | &  Philip Zapata | Montana |
| William Dunlap | Jim Dailey | Joe Coyle |
| Scarlett Fitzpatrick | Michael Neu | Li Zhang |
| Okbit Mehari | ShingShlong LongDong | Mary Salazar |
| Matthew Llamas | Bradley Shultz | Callum Murray |
| Whistleblower Knauftz | Daniel Kelley | Jason Neu |
| S | Michelle Bivins | Patrick Neu |
| . | David Wilson | Kyle Gilliard |
|  Y. Lam | Andrew King | Jamie Barker |
| Montey goss jr | Marcellas Neumann | Dan Koches |
| Sub to NotHsxrd | Marilyn Starr | Robin PLANTE |
| Jacqueline mcintosh | Gabriel Cole | Darrick Creech |
| Zakira Gardoon | John M | Robert Zimmerman |
| ashley eggelton | Alexander Poling | Shannon Lentz |
| Darrell Yoder | Kayla Hammaker | Mick Braley |
| Nazrudeen Mohammed | Caleb Pauli | Johnny Rebb |
| Jacob Schwartz | Jeff Cross | Anne Klaver |
| Rachel Amsellem Ditkoff | Michelle Blyth | Gary Secuskie |
| Craig Shaffer | Francis Thoune | Daniel Burks |
| Stephen chisholm | Michael Ast | Masoom Hakimpor |
| mark hollinger | Freney Ronaldo Pierre | Jason Wilson |
| Kim Bronson | Franklin Page | Linda Nichols |
| Brent Braasch | Tim Carpentier | Angel Wheeler |
| Mike Paredes | Carl Crockett | Christian Beatteay |
| Greg Torrance | Aron Peterson | Carolyn Crawford |
| Christopher Tom | William Graham | James Robel |
| Madric Cheng | Lynda Hoogendoorn | Marcus Petropoulos |
| Matthew Iverson | Matt Windbiel | Chris Klein |
| Brandin Boyle | Baljit Johal | Suzette Cly |
| Ryan Allshouse | Michelle Diaz | Nolan Mason |
| Adam Moisan | Najah Masood | Don Phillips |
| Shannon Stobbe | Rob Howard | Robert Barker |
| Tim Krause | Colleen Dolan | Pablo Medina |
| Bereket Denboba | Austin Hamrick | Fultz Adam |
| William Anderson | Omar Hassan | Robert Salewsky |
| Darrell Holt | Andrew Craig | Salewsky |
| Shane Lubovich | Tim Simmons | Tim Nunnelley |
| Thomas Siwajek | Imelda Marines | William Boggs |
| Mitch Bird | Scoot Snapper | Juan Segovia |
| The perfect gift | Melia Stockdale | Reeeeecord 2 |
| Shad Perry | Dakota castello Castello | Joe Fechter |
| Spencer Hewitt | Amrita Thuva | Key Michael |
| You gui Li | Amanda Jusino | Stephanie Haimovitz |
| Jason LeBlanc | Ariana Hutcherson | Rod Rogers |
| Dan Gassenberg | Chad Madrigga | Jeremy Harding |
| justin tiemann | William Brush | Tiffany Hayes |
| Reuben Ingalsbe | mark harper | Jered Hinchcliffe |
| Kevin Scott | Timothy Brumfield | Kyle Parsons |
| Nathan Mann | Chris Gibson | Kurtis Whitmire |
| Christopher White | Martin Kristopher | Sophie Caines |

| | | |
|---|---|---|
| Lincoln Woods | Mary Morabito | Leeland Dahn |
| Dan Waloway | Jose Gonzalez | Kyle Parker |
| Dillon Perchinski | Sana Zakaria | Adkins James |
| Timothy Anderson | Sara Littman | Marvin Shaver |
| Hai Mickle | Charles Parkman | Eric Parker |
| Joshua Monhollen | Kedir Osman | Doug Belasco |
| Jason Whiteaker | Matthew Koepp | Camillo DiBenedetto |
| Lynn DeLano | James Ogden | Tanner Schneider |
| Travis Stufflebean | G Spaulding | Phillip Hudson |
| Stefan Welch | Paul Kupchick | Bentley Warr |
| Michael Sheldon | Brett Johnson | Chris DeArmond |
| Jash Gayle | Ivan Zheng | Thomas Lee |
| Kenneth Stufflebean | Chris Vinceslii | James Waldenmeyer |
| Jeff Desaulnier | Stacey England | John Voyak |
| Sherman Bennett | Glenn Witz | Martin Koughan |
| Brandon Egdorf | Marcus Fresch | |
| Cory Evans | Daniel Witz | |
| Jacob Allender | Brittany Neadow | |
| Sal Lopez | Brian Rivers | |
| Manty S | monserrat moran leyva | |
| Emerson Dame | Viktor Leshchyshak | |
| Christopher Headley | Otis Sistrunk | |
| Hailey Campbell | Pamela Olcott | |
| Alex Takian | Brian Machal | |
| Blaine Carusone | Kelly Olaveson | |
| Brett Wells | Reita Hansen | |
| Rennae Ross | Bernice Esposito | |
| Stan Severson | Khalil Hawkins | |
| Aidan Alvarez | David Bennett | |
| Tameka Murphy | Miranda Kowana | |
| Tia Trosclair | Dino Gaudreau | |
| Javier luis Carmenaty | Frank Williamson | |
| García | Paul Stahl | |
| Juliana Armenta | Patrick Farnum | |
| Elise Nobody | william watsone | |
| Matias Fresquez | Jonathan Johnson | |
| Tatum Richard | Brian Anglin | |
| Shay Simmons | Gary Pelletier | |
| Brandon Harmon | Carmece King | |
| Ova Fletcher | Bryce Stewart | |
| Brittney Bosoni | Brad Sievers | |
| Larry Logue | Paul ZARRIS | |
| Nolan Kirkwood | Dan LUEDTKE | |
| Dola Holland | Clifton Johnson | |
| David Shareno | Daniel Railey | |
| Denise Pawlowski | Summer Iris | |
| Joseph Tate | sylvia sb | |
| Frazier Chad | Charles Ingle | |
| mathieu hache | Brian Gilbert | |
| Edward Allen | Nathan McCatty | |
| Wendy Kwan | Brad Walters | |