IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>J. TOM BACA, et al.,<br><br>Defendants. | Case No. 23-CV-2250-EFM-TJJ |

## ORDER GRANTING AMENDED APPLICATION TO INTERVENE

This matter is before the Court on the Amended Application to Intervene (ECF No. 90) filed by interested party Boilermaker for Change ("Movant"). Along with its Amended Application, Movant has filed its two proposed pleadings that set out the claims or defenses for which intervention is sought: Proposed Answer to Amended Complaint of IBB (ECF No. 91) and Proposed Answer to First Amended Counterclaim (ECF No. 92). The response time has passed and no responses in opposition to the Amended Application to Intervene have been filed.

Movant is an informal, unincorporated association of rank-and-file members of the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO ("IBB"), the Plaintiff in this case. Movant seeks intervention of right pursuant to Federal Rule of Procedure 24(a)(2). Intervention as of right is mandatory under Rule 24(a)(2) when the applicant satisfies each of four conditions: "(1) timeliness, (2) an interest relating to the property

or transaction that is the subject of the action, (3) the potential impairment of that interest, and (4) inadequate representation by existing parties."[1]

Movant has satisfied each of the four above-listed conditions. Its application is timely filed within a couple months of the filing of the Complaint and well before the scheduling conference. Movant claims its members have an interest in this case because their jobs, job security, work safety, pay, and benefits come from the strength of IBB as their exclusive bargaining agent. Further, as members of the IBB, they have an interest that the IBB is free of corruption and nepotism. They have an interest that the IBB is run by officers who are aware of their fiduciary duties to the membership and run the organization in an efficient and effective manner.

Movant also argues that the interests of its members are not adequately represented by any of the current parties. All the parties in the above-captioned action are officers of the IBB, or the spouse of the International President. As such they all receive benefits from the alleged largesse of the members' dues and most have not "worked with the tools" for years. As such, there is a potential impairment of the interests of Movant's members and inadequate representation of their interests by the existing parties.

Accordingly, the Court finds that resolution of this action may impair or impede Movant's ability to protect the interests of its members.[2]  Therefore, Movant is entitled to intervene as of right and the Court will grant its application.

**IT IS THEREFORE ORDERED** that the Amended Application to Intervene (ECF No. 90) filed by interested party Boilermaker for Change is granted. Movant is granted leave to and

---

[1] *Kane Cnty., Utah v. United States*, 928 F.3d 877, 889 (10th Cir. 2019).

[2] *See* Fed. R. Civ. P. 24(a)(2).